HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
BANCO POPULAR DOMINICANO, C. POR A., :
: CIVIL ACTION
Plaintiff, :
: CIVIL ACTION NO.
-against- :
:
LEVI STRAUSS & CO., : RULE 7.1 STATEMENT
:
Defendant. : 07 CV 6443
:
------------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Banco Popular Dominicano, C. por A. ("Banco Popular"), certifies that Banco Popular's parent company is Grupo Popular, S.A., and no other company or individual owns greater than ten percent (10%) of Banco Popular's stock.

Dated: New York, New York
       July 16, 2007

                                                        Respectfully submitted,

                                                        HERRICK, FEINSTEIN LLP

                                                        _____
                                                        Mary Ellen Shuttleworth
                                                        2 Park Avenue
                                                        New York, New York 10016
                                                        Attorneys for Plaintiff