# All PURPOSE ACKNOLEDGMENT

STATE OF CALIFORNIA )
:ss
COUNTY OF SACRAMENTO )

On July 17, 2007 before me, Liana Ignes, Notary Public, personally appeared:

John E. Arnold-Registered Process Server

Proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signatures on the instrument, the person(s) or the entity on behalf of which the persons acted, executed the instrument.

WITNESS by my hand and official seal.

_____
Liana Ignes

LIANA J. IGNES
Commission # 1726619
Notary Public - California
Sacramento County
My Comm. Expires Feb 24, 2011

re: Affidavit of Service on Levi Strauss & Co.

| | |
|---|---|
| Attorney: | MARY ELLEN SHUTTLEWORTH, ESQ. (Bar#: ) |
| Law Firm: | HERRICK, FEINSTEIN LLP |
| Address: | 2 PARK AVENUE |
| CSZ: | NEW YORK, NY 10016 |
| Phone: | 212-592-1469 |
| Fax: | |
| Representing: | Plaintiff |

## UNITED STATES DISTRICT COURT, DISTRICT OF NEW YORK

CASE NO.: 07CV6443

### AFFIDAVIT OF SERVICE

**BANCO POPULAR DOMINICANO, C. PR A.**

    Plaintiff/Petitioner,

vs.

**LEVI STRAUSS &CO.**

    Defendant/Respondent.
_____/

Received by **Advanced Legal Service** on **07/16/2007** at **09:05 PM** to be served upon:

**LEVI STRAUSS &CO.**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO    ss.

I, **JOHN E. ARNOLD**, depose and say that:

I am over the age of 18 years and not a party to this action.

On **07/17/2007** at **10:19 AM**, I served the within **SUMMONS; COMPLAINT(CIVIL ACTION); INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ; RULE 7.1; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN** on **LEVI STRAUSS &CO.** at **2730 GATEWAY OAKS DRIVE, SUITE 100 , Sacramento, CA 95833** in the manner indicated below:

By delivering a true copy of this process to **CSC LAWYERS INC.-AGENT FOR SERVICE, BY SERVING RHONDA MCCARTY** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female – Age: 38 – Skin: White – Hair: Blonde – Height: 5-4" – Weight: 160**

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

                                                                   7-17-07

X_____
JOHN E. ARNOLD - 2003-10 (Sacramento)
Advanced Legal Service
816 H Street, Suite 207
Sacramento, CA  95814
916.446-2051
Atty File#:  - Our File# 6456