HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
BANCO POPULAR DOMINICANO, C. POR A.,           :
                                                :  CIVIL ACTION
                       Plaintiff,               :
                                                :  NO. 07 Civ. 6443 (LTS)(THK)
     -against-                                  :
                                                :
LEVI STRAUSS & CO.,                             :
                                                :
                       Defendant.               :
                                                :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true copy of the Initial Conference Order to be served by first-class U.S. mail upon Levi Strauss & Co., 1155 Battery Street, San Francisco, CA 94111 on July 26, 2007.

Dated: New York, New York
       July 31, 2007

_____
Mary Ellen Shuttleworth