UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
Banco Popular Dominicano, C. Por A.,    :

       Plaintiff,    :    No. 07 Civ. 6443 (LTS) (THK)

vs.    :

Levi Strauss & Co.,    :

       Defendant.
------------------------------------- X

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between Banco Popular Dominicano, C. Por A. (the "Plaintiff") and Levi Strauss & Co. (the "Defendant"), that the time for the Defendant to answer, move or otherwise respond with respect to the Complaint, dated July 12, 2007, in the above-entitled action is extended through and including August 27, 2007.

Dated: August 6, 2007

| | |
|---|---|
| HERRICK FEINSTEIN LLP<br>2 Park Avenue<br>New York, New York 10016<br>Mary Ellen Shuttleworth, Esq.<br><br>_/s/ Mary Ellen Shuttleworth_<br>Mary Ellen Shuttleworth<br><br>*Attorneys for Plaintiff*<br>*Banco Popular Dominicano, C. Por A.* | COOLEY GODWARD KRONISH LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Robert L. Eisenbach III (Cal. Bar No. 124896)<br><br>-and-<br><br>1114 Avenue of the Americas<br>New York, New York 10036<br>Ronald R. Sussman (RS 0641)<br>Jeffrey L. Cohen (JC 2556)<br><br>_/s/ Ronald R. Sussman_<br>Ronald R. Sussman (RS 0641)<br><br>-and-<br><br>Levi Strauss & Co.<br>1155 Battery Street<br>San Francisco, CA 94111<br>Tracy M. Preston, Esq.<br><br>*Attorneys for Defendant*<br>*Levi Strauss & Co.* |

1337426 v1/NY