Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Robert L. Eisenbach III (Cal. Bar No. 124896)
and
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Ronald R. Sussman, Esq. (RS-0641)
Jeffrey L. Cohen, Esq. (JC-2556)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                  :
                                                        :     CIVIL ACTION
BANCO POPULAR DOMINICANO, C. POR A.,                    :
                                                        :     No. 07 Civ. 6443 (LTS)(THK)
                         Plaintiff,                     :
                                                        :
     - against -                                        :
                                                        :
LEVI STRAUSS & CO.,                                     :
                                                        :
                         Defendant.                     :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jeffrey L. Cohen, do hereby certify that on August 6, 2007 I caused a true copy of the Stipulation Extending Time To Respond to Complaint to be served by first-class U.S. Mail upon Herrick Feinstein LLP, 2 Park Avenue, New York, New York 10016, Attention: Mary Ellen Shuttleworth, Attorney for Plaintiff.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Jeffrey L. Cohen
　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Cohen (JC-2556)

1338892 v1/NY