_SWAN, 5._

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X

Banco Popular Dominicano, C. Por A.,    :

       Plaintiff,    :    No. 07 Civ. 6443 (LTS) (THK)

    vs.    :

Levi Strauss & Co.,    :

       Defendant.

-------------------------------------- X

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between Banco Popular Dominicano, C. Por A. (the "Plaintiff") and Levi Strauss & Co. (the "Defendant"), that the time for the Defendant to answer, move or otherwise respond with respect to the Complaint, dated July 12, 2007, in the above-entitled action is extended through and including August 27, 2007.

Dated: August 6, 2007

HERRICK FEINSTEIN LLP
2 Park Avenue
New York, New York 10016
Mary Ellen Shuttleworth, Esq.

_Mary Ellen Shuttleworth_

_Attorneys for Plaintiff_
_Banco Popular Dominicano, C. Por A._

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert L. Eisenbach III (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, New York 10036
Ronald R. Sussman (RS 0641)
Jeffrey L. Cohen (JC 2556)

_Ronald R. Sussman (RS 0641)_

-and-

Levi Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq.

_Attorneys for Defendant_
_Levi Strauss & Co._

SO ORDERED:

8/22/07

U.S.D.J.

1337426 v1/NY