UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

Banco Popular Dominicano, C. Por A.,  :

       Plaintiff and  :
       Counter-Claim Defendant,  :

vs.  :

Levi Strauss & Co.,  :

       Defendant and
       Third Party Plaintiff,  :  INDEX No. No. 07 Civ. 6443 (LTS) (THK)

:  **DEFENDANT AND THIRD PARTY**
vs.  **PLAINTIFF'S RULE 7.1 DISCLOSURE**
:  **STATEMENT**

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;  :
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap  :
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera  :
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,  :
Inc.,

       Third Party Defendants.  :

:

------------------------------------------- X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Levi Strauss & Co. ("LS&CO.") submits the following statement identifying its parent corporations and any publicly held corporation owning ten percent or more of its stock.

    1.    LS&CO. does not have a parent corporation.

    2.    No publicly held corporation owns ten percent or more of LS&CO.'s stock.

1344458 v3/NY

Dated: August 27, 2007

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert E. Eisenbach III, Esq. (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

By: _____
Ronald R. Sussman, Esq. (RS 0641)
Gregory G. Plotko, Esq. (GP 9234)

-and-

Levis Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq. (Cal. Bar No. 154393)

Attorneys for Defendant and Third-Party Plaintiff
Levi Strauss & Co.