UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

Banco Popular Dominicano, C. Por A., :

       Plaintiff and :
       Counter-Claim Defendant,
       :

vs. :

Levi Strauss & Co.,
       :

       Defendant and :
       Third Party Plaintiff,

       :    INDEX No. No. 07 Civ. 6443 (LTS) (THK)

vs. :

Interamericana Apparel Company, Inc.; :    **CERTIFICATE OF SERVICE**
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical; :
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile :
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label :
Group Dominicana, Inc.; and Tag-It Pacific,
Inc., :

       Third Party Defendants. :

------------------------------------------------ X

    I, Gregory G. Plotko, do hereby certify that on August 27, 2007, I caused a true copy of the Answer with Counterclaim and Third Party Complaint in Interpleader to be served by first-class U.S. Mail upon:

    Herrick Feinstein LLP
    2 Park Avenue
    New York, NY 10016
    Attn: Mary Ellen Shuttleworth, Esq.
    Attorney for Plaintiff.

                                                       _____
                                                       Gregory G. Plotko (GP-9234)

1344155 v2/NY

Dated: August 27, 2007

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert E. Eisenbach III, Esq. (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Ronald R. Sussman, Esq. (RS 0641)
Gregory G. Plotko (GP-9234)

-and-

Levis Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq.

Attorneys for Defendant and Third-Party Plaintiff
Levi Strauss & Co.