UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

Banco Popular Dominicano, C. Por A., :

        Plaintiff. :

vs. : INDEX No. No. 07 Civ. 6443 (LTS) (THK)

Levi Strauss & Co., :

        Defendant. :

         :

------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007
```

### ORDER PURSUANT TO FEDERAL RULE 67 AND 28 U.S.C. §§ 2041 & 2042 GRANTING LEAVE TO LEVI STRAUSS & CO. TO DEPOSIT INTERPLEADER PROCEEDS INTO THE REGISTRY OF THIS COURT

Came on for consideration the letter request of defendant, Levi Strauss & Co. ("LS&CO."), dated August 27, 2007, pursuant to Rule 7067 of the Federal Rules of Civil Procedure and 28 U.S.C. 2041 & 2042 for leave to deposit proceeds into the registry of the Court (the "Deposit Request"), and having considered the request, and having determined that notice was appropriate, the Court:

FINDS that LS&CO. has demonstrated sufficient cause and justification for making deposit of the Interpleader Funds[1] into the registry of the Court;

Copies mailed /s/ [signature] /s/ [signature]
Chambers of Judge Swain  8/24/07

---

[1] Unless otherwise specified, capitalized terms used herein shall have the meanings given them in the Deposit Request.

1343751 v1/NY

Accordingly, it is hereby:

ORDERED that the Deposit Request is GRANTED, and LS&CO. is hereby authorized to deposit the Interpleader Funds into the registry of this Court. to the extent such deposit is not inconsistent with the requirements of the laws of the Dominican Republic.

Dated: August 24, 2007
New York, New York

Laura T. Swain, U.S.D.J.

1343751 v1/NY

2