UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

| | |
|---|---|
| Banco Popular Dominicano, C. Por A., | : |
|      Plaintiff and<br>     Counter-Claim Defendant, | :<br>: |
| vs. | : |
| Levi Strauss & Co., | :   INDEX No. No. 07 Civ. 6443 (LTS) (THK) |
|      Defendant and<br>     Third Party Plaintiff, | :<br>: |
| vs. | : |
| Interamericana Apparel Company, Inc.; Interamericana Products International, S.A.; QST Dominicana LLC; US Paper & Chemical; Apparel Machinery & Supply Co.; YKK Snap Fasteners America, Inc.; Southern Textile Dominicana, Inc.; Industria Cartonera Dominicana, S.A. (Smurfit); The Graphic Label Group Dominicana, Inc.; and Tag-It Pacific, Inc., | :<br>:<br>:  **CERTIFICATE OF SERVICE**<br>:<br>:<br>:<br>: |
|      Third Party Defendants. | |

----------------------------------------- X

1350414 v1/NY

## CERTIFICATE OF SERVICE

I, Brian W. Byun, do hereby certify that on September 10, 2007 I caused a true copy of the Pre-Trial Order to be served by Federal Express upon the following parties:

The Graphic Label Group, Inc.
201 4th Street
Suite 207
Oakland, California  94607

Cartonera Dominicana, S.A. (Smurfit)
1000 Sawgrass Corporate Parkway
Suite 120
Sunrise, Florida  33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey  07512

YKK Snap Fasteners America Inc.
1850 Parkway Place
Suite 300
Marietta, Georgia  30067-4439

QST Dominicana, LLC
525 Monroe Street
Suite 1400
Chicago, Illinois  60661

Tag-It Pacific, Inc.
21900 Burbank Blvd.
Woodland Hills, California  91367

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, Pennsylvania  19134

U.S. Paper and Chemical
206 Mohican Road
Canadensis, Pennsylvania  18325

Interamericana Products International, S.A.

3345 N.W., 116th Street
Miami, Florida  33176

Interamericana Apparel Company, Inc.
3345 N.W., 116th Street
Miami, Florida  33176

                                      /s/Brian W. Byun
                                      Brian W. Byun (BB-3009)