%AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PLAINTIFF
Banco Popular Dominicano, C. Por A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Levi Strauss & Co.

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
QST Dominicana, LLC

To: Name and address of Third Party Defendant
QST Dominicana, LLC
525 Monroe St., Suite 1400
Chicago, IL 60661
Attn: President

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                AUG 2 7 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                              *Signature of Server*

                         _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO POPULAR DOMINICANO, C. POR A.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>LEVI STRAUSS & CO.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>07 CIV. 6443 (LTS) (THK)<br><br>AFFIDAVIT OF SERVICE OF:<br>THIRD PARTY SUMMONS IN A CIVIL CASE; ANSWER WITH COUNTERCLAIM AND THIRD PARTY COMPLAINT IN INTERPLEADER |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Aug 29, 2007**, at **11:05 AM**, I served the above described documents upon **QST DOMINICANA, LLC** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JEFF CARLEVATO / CHIEF FINANCIAL OFFICER**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **525 MONROE ST., STE 1400, CHICAGO, IL 60661**.

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **6'1"**   Wgt: **190**   Hair: **BLACK/GRAY**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct to the best of my knowledge.

_signature_
Robert D Fairbanks, Lic #: 117-001119

SUBSCRIBED AND SWORN to before me this 29th day of August, 2007

_Joan C. Harenberg_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

CLIENT NAME:
Rapid & Reliable Attorney Service, Inc.
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
33271