AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PLAINTIFF
    Banco Popular Dominicano, C. Por A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
    Levi Strauss & Co.

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
    U.S. Paper and Chemical

To: Name and address of Third Party Defendant

U.S. Paper and Chemical
206 Mohican Road
Canadensis, Pennsylvania 18325
Attn: President

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 2 7 2007

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                Signature of Server

                                          _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: September 5, 2007  4:15

NAME OF SERVER: Robert F. Harris
TITLE: Process server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served Donna Brizard for US Paper & Chemical
206 Mohican Road  Canadensis PA. 18325
white female, age 45, black hair, 160 lbs. 5'4"

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/07
Date

Signature of Server: *Robert F. Harris*

Robert F. Harris
Scranton PA.

Address of Server

NOTARIAL SEAL
PATRICIA L M MONGIELLO
Notary Public
DUNMORE BOROUGH, LACKAWANNA COUNTY
My Commission Expires Apr 1, 2010

*Patricia L M Mongiello*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.