AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF

    Banco Popular Dominicano, C. Por A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    Levi Strauss & Co.

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT

    Apparel Machinery & Supply Co.

To: Name and address of Third Party Defendant

    Apparel Machinery & Supply Co.
    1836 East Ontario Street
    Philadelphia, Pennsylvania 19134
    Attn: President

        **YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 2 7 2007

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                              *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/29/07 |
| NAME OF SERVER Russell Monte | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served:

☑ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Cheryl Bachalach, mgr. Apparel

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/29/07
   Date

Signature of Server

Address of Server
C & E Legal Courier Service
1341 N. Delaware Ave.
Suite 303
Phila PA 19125

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.