AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

PLAINTIFF
  Banco Popular Dominicano, C. Por A.

V. DEFENDANT AND THIRD PARTY PLAINTIFF
  Levi Strauss & Co.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number:  07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
  YKK Snap Fasteners America Inc.

To: Name and address of Third Party Defendant
  YKK Snap Fasteners America Inc.
  1850 Parkway Place, Suite 300
  Marietta, Georgia 30067-4439
  Attn: President

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

AUG 27 2007
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BANCO POPULAR, et al,

    Plaintiff,

v.

LEVI STRAUSS & CO.,

    Defendant.

Case Number: 07 Civ. 6443 (LTS) (THK)

-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA   )
                         ) ss.:
COUNTY OF COBB    )

Cletis Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action and reside in the State of Georgia.

2. On the 29th day of August, 2007, at approximately 2:00 p.m., I served a Thid Party Summons In A Civil Action, and Answer with Counterclaim and Third Party Complaint in Interpleader upon YKK Snap Fasteners America Inc., by serving its' registered agent, CT Corporation System c/o Lynn McDonald, at 1201 Peachtree Street, Atlanta, Georgia 30309. I would describe her as a female, white, 40 years of age, 5'4", 140 pounds, with red hair.

This 30th day of August, 2007.

_____
Cletis Reid

Sworn to and subscribed before me,
this 30th day of ~~June~~ August, 2007.

_____
Notary Public