AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF
    Banco Popular Dominicano, C. Por A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
    Levi Strauss & Co.

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
    Southern Textile Dominicana, Inc.

To: Name and address of Third Party Defendant

    Southern Textile Dominicana, Inc.
    c/o Precision Custom Cutting
    200 Maltese Drive
    Totowa, New Jersey 07512    Attn: President

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M[ICHA]EL McMAHON             AUG 2 7 2007

CLERK             DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COOLEY GODWARD KRONISH, LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BANCO POPULAR DOMINICANO, C. POR A.,

                Plaintiff,

-against-

LEVI STRAUSS & CO.,

                Defendant and Third Party Plaintiff,

SOUTHERN TEXTILE DOMINICANA, INC.,

                Third Party Defendant.
-------------------------------------------------------------X

Case No.: 07 Civ 6443 (LTS) THK

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK )

      **JUAN ROLDAN**, being duly sworn, deposes and says:

      1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

      2.    That on August 27, 2007, at approximately 3:29 p.m., I served by hand a true and correct copy of the **THIRD PARTY SUMMONS IN A CIVIL ACTION, ANSWER WITH COUNTERCLAIM AND THIRD PARTY COMPLAINT IN INTERPLEADER,** all upon **SOUTHERN TEXTILE DOMINICANA, INC., C/o Precision Custom Cutting,** by Personal Delivery, via Mr. Peter Longo, who identified himself as a "Chairman of Precision Custom Coatings LLC" as well as being authorized, as Agent to accept service on behalf of Southern Textile Dominicana, Inc., C/o Precision Custom Cutting, which service was effected at the business address indicated below:

                SOUTHERN TEXTILE DOMINICANA, INC.
                C/o Precision Custom Cutting
                200 Maltese Drive / 1st Floor
                Totowa, New Jersey 07512

      3.    **Mr. Peter Longo** can best be described as:

Male – White skin – Brown hair - Approximately 44 – 54 years of age, 5'7" - 5'11" and 155 - 195 lbs.

Dated:  August 27, 2007
            New York, New York

                                                          JUAN ROLDAN
                                                          License No.: 0983113

Sworn to before me on this the 27th day of August 2007.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 200_

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*