AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

PLAINTIFF
    Banco Popular Dominicano, C. Por A.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

    Levi Strauss & Co.

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:  07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT

    The Graphic Label Group, Inc.

To: Name and address of Third Party Defendant

    The Graphic Label Group, Inc.
    201 4th Street, Suite 207
    Oakland, California 94607
    Attn: President

        **YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Mary Ellen Shuttleworth, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
Attn: Ronald R. Sussman, Esq.
(212) 479-6000

-and-
Attn: Robert L. Eisenbach III, Esq.
101 California Street, 5th Floor
San Francisco, CA 94111-5800

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 7 2007

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

AO 441  (Rev. 8/01)  Third Party Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                            *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney:<br>RONALD R. SUSSMAN, Esq.<br>COOLEY GODWARD KRONISH LLP<br>1114 AVE. OF THE AMERICAS<br>NEW YORK, NY 10036<br><br>Attorney for: Defendant | Telephone No.:<br>(212) 479-6000<br><br>Ref. No. or File No.:<br>LEVI | For Court Use Only |
| --- | --- | --- |

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York |
| --- |

| Plaintiff: BANCO POPULAR DOMINICANO<br>Defendant: LEVI STRAUSS & CO. |
| --- |

| **AFFIDAVIT OF SERVICE**<br>(Third Party Summons In A) | Hearing Date: | Time: | Dept/Div | Case Number:<br>07 CIV. 6443 (LTS) (THK) |
| --- | --- | --- | --- | --- |

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the: Third Party Summons In A Civil Action; Answer With Counterclaim And Third Party Complaint In Interpleader

2.   a. Party Served:            THE GRAPHIC LABEL GROUP, INC.

    b. Person Served:       MATTHEW GOWDY - VICE PRESIDENT - CAUCASIAN MALE AGE 50 6'3" 195LBS GRAY HAIR

    c. Address:             201 4th STREET, SUITE 207 OAKLAND, CA 94607

3. I served the party named in item 2
    a. **by personally delivering** the copies
        (1) on:            Wed, Aug. 29, 2007
        (2) at:            3:40PM

5. Person serving:
RESHANYA KEOUGH
SAME DAY ATTORNEY SERVICE
(REGISTERED ALAMEDA COUNTY #584)
725 WASHINGTON ST, SUITE 200
OAKLAND, CA 94607
(510) 444-1441

Fee for service:
**I Declare** under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

▶ _____



6. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State, Aug. 30, 2007

My Commission Expires: ▶ April 11, 2011
                      (Date)

▶ _Barbara Luck_
                      (Notary public)          COOLE.32110