AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

PLAINTIFF
    Banco Popular Dominicano, C. Por A.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
    Levi Strauss & Co.

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
    Tag-It Pacific, Inc.

To: Name and address of Third Party Defendant
    Tag-It Pacific, Inc.
    21900 Burbank Blvd.
    Woodland Hills, California 91367
    Attn: President

    **YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016 | COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ronald R. Sussman, Esq.<br>(212) 479-6000<br><br>-and-<br>Attn: Robert L. Eisenbach III, Esq.<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 |

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_

(By) DEPUTY CLERK

AUG 2 7 2007

DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

State of New York         County of New York         U.S. District Court Court

Index Number: 07 CIV. 6443 (LTS) (THK)
Date Filed: 8/27/2007

Plaintiff:
**Banco Popular Dominicano, C. Por A.**
vs.
Defendant and Third:
**Levi Strauss & Co**

For:
Rapid & Reliable Attorney Service, Inc.
160 Broadway
Suite 1305
New York, NY  10038

Received by Rapid & Reliable Attorney Service, Inc. on the 28th day of August, 2007 at 1:46 pm to be served on **Tag-It Pacific, Inc, 21900 Burbank Blvd., Suite 270, Woodland Hills, CA 91367**.

I, Jim Sands, being duly sworn, depose and say that on the **29th day of August, 2007** at **11:58 am, I:**

Served the within named company by delivering a true copy of the **Third Party Summons in a Civil Action; Answer with Counterclaim and Third party Complaint in Interpleader.** to **Lory Schnider** as Authorized Agent '

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.



KRISTINA DEMIRCHYAN
Commission # 1709316
Notary Public - California
Los Angeles County
My Comm. Expires Dec 7, 2010

State of California
County of Los Angeles

Subscribed and Sworn to (or affirmed) before me on the 31st day of August, 2007, By James Patrick Sands personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC

Jim Sands
914

Rapid & Reliable Attorney Service, Inc.
160 Broadway
Suite 1305
New York, NY  10038
(866) 227-1877
Our Job Serial Number: 2007001457

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s