**SR&A** STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
50 Broadway, Suite 2003
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 240
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

September 17, 2007

JILL S. TAYLOR
jtaylor@sralawfirm.com
Direct 212.931.8305

VIA FACSIMILE (212) 805-0426
Hon. Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
Room 755
New York, NY 10007

Re:  Banco Popular v. Levi Strauss, et al.
     Docket No.:  07cv6433(LTS)(THK)
     Our File No.:  848-7001

Your Honor:

This office represents Defendant YKK Snap Fasteners America, Inc. in the above-referenced action.

Enclosed please find an executed Stipulation Extending Time to Answer to be "so ordered" by Your Honor. A copy is also being filed through ECF.

Thank you for your courtesies in this regard.

Respectfully submitted,

JILL S. TAYLOR

JST/am
Enclosure

cc:

VIA FACSIMILE (212) 479-6275
Gregory Plotko, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

SRA FILE # 848-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
Banco Popular Dominicano, C. Por A.,

                                     Plaintiff,

             -against-

Levi Strauss & Co.,

            Defendant and Third Party Plaintiff,

             -against-

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.; QST
Dominicana LLC; US Paper & Chemical; Apparel
Machinery & Supply Co.; YKK Snap Fasteners
America, Inc; Southern Textile Dominicana Inc.;
Industria Cartonera Dominicana, S.A. (Smurfit);
The Graphic Label Group Dominicana, Inc.; and
Tag-It Pacific, Inc.,

                         Third Party Defendants.
------------------------------------------------------------x

Index No.: No. 07 Civ. 6443 (LTS) (THK)

**STIPULATION EXTENDING TIME TO ANSWER**

**IT IS HEREBY STIPULATED**, by the undersigned counsel for the respective parties in the above-named matter that the time for defendants, YKK SNAP FASTENERS AMERICA, INC., to appear, answer, or otherwise move with respect to the plaintiffs' Complaint is hereby extended up to and including October 1, 2007.

**IT IS HEREBY STIPULATED** Defendant waives, and agrees not to assert, any defenses based upon lack of personal jurisdiction including improper service of process.

Dated: September 17, 2007
      New York, New York

| | |
|---|---|
| COOLEY GODWARD KRONISH LLP | STRONGIN ROTHMAN & ABRAMS, LLP |
| *(signature)* | *(signature)* |
| Gregory Plotko, Esq. (GP 9234) | Howard F. Strongin, Esq. (HS 7851) |
| COOLEY GODWARD KRONISH LLP | Attorneys for Defendant |
| 114 Avenue of the Americas | YKK SNAP FASTENERS AMERICA, INC. |
| New York, NY 10036 | 50 Broadway, Suite 2003 |
| Attorney for Defendant and Third Party Plaintiff | New York, NY 10004 |
| LEVI STRAUSS & CO. | (212) 931-8300 |

So Ordered

_____
Laura Taylor Swain, U.S. D.J.