SRA FILE # 848-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007

---------------------------------------------------------x

Banco Popular Dominicano, C. Por A.,

                                Plaintiff,

-against-

Levi Strauss & Co.,

           Defendant and Third Party Plaintiff,

-against-

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.; QST
Dominicana LLC; US Paper & Chemical; Apparel
Machinery & Supply Co.; YKK Snap Fasteners
America, Inc; Southern Textile Dominicana Inc.;
Industria Cartonera Dominicana, S.A. (Smurfit);
The Graphic Label Group Dominicana, Inc.; and
Tag-It Pacific, Inc.,

                                Third Party Defendants.
---------------------------------------------------------x

Index No.: No. 07 Civ. 6443 (LTS) (THK)

**STIPULATION EXTENDING TIME TO ANSWER**

      **IT IS HEREBY STIPULATED**, by the undersigned counsel for the respective parties in the above-named matter that the time for defendants, YKK SNAP FASTENERS AMERICA, INC., to appear, answer, or otherwise move with respect to the plaintiffs' Complaint is hereby extended up to and including October 1, 2007.

      **IT IS HEREBY STIPULATED** Defendant waives, and agrees not to assert, any defenses based upon lack of personal jurisdiction including improper service of process.

Dated: September 17, 2007
       New York, New York

COOLEY GODWARD KRONISH LLP

_____
Gregory Plotko, Esq. (GP 923 Y)
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

STRONGIN ROTHMAN & ABRAMS, LLP

_____
Howard F. Strongin, Esq. (HS 7851)
Attorneys for Defendant
YKK SNAP FASTENERS AMERICA, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300

So Ordered

_____ 9/19/2007
Laura Taylor Swain, U.S.D.J.