IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 0 2007

---

BANCO POPULAR DOMINICANO, C. POR A.,

    Plaintiff and
    Counter-Claim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and
    Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

    Third Party Defendants.

NO. 07 Civ. 6443 (LTS) (THK)

STIPULATION EXTENDING
TIME TO RESPOND TO
COUNTERCLAIM

---

IT IS HEREBY STIPULATED AND AGREED, by and between Banco Popular Dominicano, C. Por A. (the "Plaintiff") and Levi Strauss & Co. (the "Defendant"), that the time for the Plaintiff to answer, move or otherwise respond with respect to the Counterclaim, dated August 27, 2007, in the above-entitled action is extended through and including October 3, 2007.

Dated: New York, New York
       September 19, 2007

HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Mary Ellen Shuttleworth, Esq.

By: /s/ Mary Ellen Shuttleworth
    Mary Ellen Shuttleworth
*Attorneys for Plaintiff and Counter-Claim Defendant Banco Popular Dominicano, C. Por A.*

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert L. Eisenbach III (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, NY 10036
Ronald R. Sussman (RS 0641)
Jeffrey L. Cohen (JC 2556)

Gregory G. Plotko (GP 9234)

_____
Gregory G. Plotko (GP 9234)

-and-
Levi Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq.
*Attorneys for Defendant Levi Strauss & Co.*

So Ordered

_____ 9/20/2007
Honorable Laura Taylor Swain, U.S.D.J.