UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BANCO POPULAR DOMINICANO, C. POR A.,   :   **[Document electronically filed]**
                                       :
         Plaintiff and                 :
         Counter-Claim Defendant,      :
    vs.                                :   NO. 07 Civ. 6443 (LTS) (THK)
                                       :
LEVI STRAUSS & CO.,                    :
                                       :   <u>**CERTIFICATE OF SERVICE**</u>
         Defendant and                 :
         Third Party Plaintiff,        :
    vs.                                :
                                       :
Interamericana Apparel Company, Inc.;  :
Interamericana Products International, S.A.; :
QST Dominicana LLC; US Paper & Chemical; :
Apparel Machinery & Supply Co.; YKK Snap :
Fasteners America, Inc.; Southern Textile :
Dominicana, Inc.; Industria Cartonera  :
Dominicana, S.A. (Smurfit); The Graphic Label :
Group Dominicana, Inc.; and Tag-It Pacific, :
Inc.,                                  :
                                       :
         Third Party Defendants.       :
------------------------------------------------------------------ x

    I, Mary Ellen Shuttleworth, do hereby certify that on September 21, 2007, I caused a true copy of the Revised Initial Conference Order to be served by regular mail upon the following parties:

    Howard F. Strongin, Esq.
    STRONGIN ROTHMAN & ABRAMS, LLP
    *Attorneys for Defendant*
    *YKK Snap Fasteners America Inc.*
    50 Broadway, Suite 2003
    New York, NY  10004
    (212) 931-8300

    Charles Caranicas, Esq.
    VEDDER PRICE KAUFMAN & KAMMHOLZ, PC
    *Attorneys for Third-Party Defendant*
    *QST Dominicana, LLC*
    1633 Broadway, 47th Floor
    New York, NY  10019
    (212) 407-7700

The Graphic Label Group, Inc.
201 4th Street
Suite 207
Oakland, California 94607

Cartonera Dominicana, S.A. (Smurfit)
1000 Sawgrass Corporate Parkway
Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Tag-It Pacific, Inc.
21900 Burbank Blvd.
Woodland Hills, California 91367

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, Pennsylvania 19134

U.S. Paper and Chemical
206 Mohican Road
Canadensis, Pennsylvania 18325

Interamericana Products International, S.A.
3345 N.W., 116th Street
Miami, Florida 33176

Interamericana Apparel Company, Inc.
3345 N.W., 116th Street
Miami, Florida 33176

/s/ Mary Ellen Shuttleworth
Mary Ellen Shuttleworth