UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 5 2007

Plaintiff Banco Popular Dominicano, C. Por A. ("Banco Popular"), by its attorneys Herrick Feinstein, LLP; Defendant and Third Party Plaintiff Levi Strauss & Co ("Levi"), by its attorneys Cooley Godward Kronish LLP; and Third Party Defendant QST Dominicana LLC ("QST"), by its attorneys Vedder, Price, Kaufman & Kammholz, P.C., hereby stipulate and agree to an extension of time for QST to answer or otherwise respond to Levi's Third Party Complaint in Interpleader until, and including, October 3, 2007. QST agrees to waive its objection that the Third Party Complaint was improperly served, but QST does not waive any other potential jurisdictional objections. This stipulation in no way precludes QST from seeking further extensions.

NEWYORK #1528081

The parties further stipulate and agree that signatures transmitted by facsimile or e-mail are to be taken as original signatures.

September 20, 2007

COOLEY GODWARD KRONISH, LLP

*/s/ Gregory G. Plotko (GP9234)*

GREGORY G. PLOTKO (GP9234)
1141 Avenue of the Americas
New York, New York 10036
(212) 479-6000
Attorney for Defendant/Third Party Plaintiff
*Levi Strauss & Co.*

VEDDER PRICE KAUFMAN
& KAMMHOLZ, PC

*/s/ Charles Caranicas (CC 9244)*

Charles Caranicas (CC 9244)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700
Attorney for Third Party Defendant
*QST Dominicana LLC*

HERRICK FEINSTEIN LLP

*/s/ Mary Ellen Shuttleworth (MS    )*

Mary Ellen Shuttleworth (MS    )
2 Park Avenue
New York, New York 10016
(212) 592-1400
Attorneys for Plaintiff
*Banco Popular Dominicano, C. Por A.*

NEWYORK#785408.1

SO ORDERED:

*/s/ 9/24/2007*
U.S.D.J.