Swin/s

09/19/2007 11:30 FAX 415 501 7650     LEVI STRAUSS                             ☒002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

Banco Popular Dominicano, C. Por A.,

    Plaintiff and
    Counter-Claim Defendant,

vs.                                                       INDEX No. No. 07 Civ. 6443 (LTS) (THK)

Levi Strauss & Co.,

    Defendant and
    Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;          STIPULATION OF DISMISSAL WITH
Interamericana Products International, S.A.;   PREJUDICE AS TO THIRD PARTY
QST Dominicana LLC; US Paper & Chemical;       DEFENDANT, TAG-IT PACIFIC, INC.
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

    Third Party Defendants.

------------------------------------------------------- x

    WHEREAS, on April 10, 2007, defendant and third-party plaintiff, Levi Strauss & Co., ("LS&CO.") received a Notice of Attachment and Memorandum of Garnishee from Tag-It Pacific, Inc. ("Tag-It"), seeking to levy and garnish all funds owed by LS&CO. to Interamericana Apparel Company, Inc. ("Interamericana");

    WHEREAS, LS&CO. filed and served its third-party summons and complaint dated August 20, 2007 against Tag-It to interplead Tag-It into the above-referenced case;

    WHEREAS, Tag-It has represented to LS&CO. that it instructed the Sheriff of Sacramento County to withdraw the Writ of Attachment issued by the Los Angeles Superior Court in Case Number BC 367155 (the "Superior Court Action") on April 3, 2007 against LS&CO. and to release the garnishment related thereto pursuant to a settlement with the above-referenced plaintiff, Banco Popular Dominicano, C. Por A.;

1347638 v4/NY

09/19/2007 11:30 FAX 415 501 7650      LEVI STRAUSS                                    ☒003

WHEREAS, on or about September 12, 2007, Tag-It dismissed the Superior Court Action with prejudice; and

WHEREAS, Tag-It now asserts that it has no further claim against any assets of Interamericana including the $2,325,132.27 in receivables owed by LS&CO. to Interamericana.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the third-party action against Tag-It is hereby dismissed with prejudice.

Dated: September 18, 2007.

TAG-IT PACIFIC, INC.,
Third-Party Defendant

By: _____
Lennie Schnell

Its: Chief Financial Officer

By its attorneys,

THE GERSH LAW FIRM
15281 Ventura Blvd., Suite 515
Encino, CA 91436
TEL: (818) 536-5700
FAX: (818) 981-4618

By: _____
Rochelle A. Herzog, Esq.

LEVI STRAUSS & CO.,
Defendant and Third-Party Plaintiff

By: _____
Tracy M. Preston, Esq.

Its: Global H.R. and Litigation Counsel

By its attorneys,

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert E. Eisenbach III, Esq. (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, New York 10036
TEL: (212) 479-6000
FAX: (212) 479-6275

By: _____
Ronald R. Sussman, Esq. (RS 0641)

-and-

Levis Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq. (Cal. Bar No. 154393)

SO ORDERED:

_____ 10/1/07
U.S.D.J.

1347635 v4/NY                                   2

09/19/2007 WED 11:18 [TX/RX NO 7700] ☒003