**SR&A** STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
50 Broadway, Suite 2003
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 240
Livingston, NJ 07039
Tel 973.758.9301• Fax 973.758.9302

WWW.SRALAWFIRM.COM

HOWARD F. STRONGIN
hstrongin@sralawfirm.com
Direct 212.931.8301

October 1, 2007

VIA FACSIMILE (212) 805-0426
Hon. Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
Room 755
New York, NY 10007

Re:  Banco Popular v. Levi Strauss, et al.
     Docket No.:  07cv6433(LTS)(THK)
     Our File No.:  848-7001

Your Honor:

This office represents Defendant YKK Snap Fasteners America, Inc. in the above-referenced action.

Enclosed please find an executed Stipulation further Extending Time to Answer to be "so ordered" by Your Honor. A copy is also being filed through ECF.

Please note, we received verbal consent from Mary Ellen Shuttleworth, Esq., counsel for Banco Popular Dominicano, C Por A.

Thank you for your courtesies in this regard.

Respectfully submitted,

*Howard F. Strongin*
HOWARD F. STRONGIN

HFS/am
Enclosure



cc:

VIA FACSIMILE (212) 479-6275
Gregory Plotko, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

VIA FACSIMILE (212) 545-3391
Mary Ellen Shuttleworth, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

SRA FILE # 848-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
Banco Popular Dominicano, C. Por A.,

          Plaintiff and
          Counter-Claim Defendant,

Index No.: No. 07 Civ. 6443 (LTS) (THK)

-against-

Levi Strauss & Co.,

          Defendant and Third Party Plaintiff,

STIPULATION EXTENDING TIME TO ANSWER

-against-

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.; QST
Dominicana LLC; US Paper & Chemical; Apparel
Machinery & Supply Co.; YKK Snap Fasteners
America, Inc; Southern Textile Dominicana Inc.;
Industria Cartonera Dominicana, S.A. (Smurfit);
The Graphic Label Group Dominicana, Inc.; and
Tag-It Pacific, Inc.,

          Third Party Defendants.
------------------------------------------------X

**IT IS HEREBY STIPULATED**, by the undersigned counsel for the respective parties in the above-named matter that the time for third-party defendant, YKK SNAP FASTENERS AMERICA, INC., to appear, answer, or otherwise move with respect to the plaintiffs' Complaint is hereby extended up to and including October 10, 2007.

**IT IS HEREBY STIPULATED** Defendant waives, and agrees not to assert, any defenses based upon lack of personal jurisdiction including improper service of process.

Dated: October 1, 2007
       New York, New York

COOLEY GODWARD KRONISH LLP

_____
Gregory Plotko, Esq. (GP-9234)
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

STRONGIN ROTHMAN & ABRAMS, LLP

_____
Howard F. Strongin, Esq. (HS 7851)
Attorneys for Defendant
YKK SNAP FASTENERS AMERICA, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300

So Ordered

_____
Laura Taylor Swain, U.S. D.J.