SRA FILE # 848-7001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 5 2007

---------------------------------------------------------X

Banco Popular Dominicano, C. Por A.,

    Plaintiff and
    Counter-Claim Defendant,

  -against-

Levi Strauss & Co.,

    Defendant and Third Party Plaintiff,

  -against-

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.; QST
Dominicana LLC; US Paper & Chemical; Apparel
Machinery & Supply Co.; YKK Snap Fasteners
America, Inc; Southern Textile Dominicana Inc.;
Industria Cartonera Dominicana, S.A. (Smurfit);
The Graphic Label Group Dominicana, Inc.; and
Tag-It Pacific, Inc.,

    Third Party Defendants.

---------------------------------------------------------X

Index No.: No. 07 Civ. 6443 (LTS) (THK)

**STIPULATION EXTENDING TIME TO ANSWER**

  **IT IS HEREBY STIPULATED**, by the undersigned counsel for the respective parties in the above-named matter that the time for third-party defendant, YKK SNAP FASTENERS AMERICA, INC., to appear, answer, or otherwise move with respect to the plaintiffs' Complaint is hereby extended up to and including October 10, 2007.

  **IT IS HEREBY STIPULATED** Defendant waives, and agrees not to assert, any defenses based upon lack of personal jurisdiction including improper service of process.

Dated: October 1, 2007
New York, New York

COOLEY GODWARD KRONISH LLP

*/s/ Gregory Plotko*

Gregory Plotko, Esq. (GP-1234)
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

STRONGIN ROTHMAN & ABRAMS, LLP

*/s/ Howard F. Strongin*

Howard F. Strongin, Esq. (HS 7851)
Attorneys for Defendant
YKK SNAP FASTENERS AMERICA, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300

So Ordered

*/s/ Laura Taylor Swain*  10/5/2007
Laura Taylor Swain, U.S.D.J.