SRA FILE # 848-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BANCO POPULAR DOMINICANO, C. POR A.,

                              Plaintiff and
                       Counter-Claim Defendant,

                        -against-

LEVI STRAUSS & CO.,

                Defendant and Third Party Plaintiff,

                        -against-

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA LLC;
US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC; SOUTHERN
TEXTILE DOMINICANA INC.; INDUSTRIA
CARTONERA DOMINICANA, S.A. (SMURFIT):
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; AND TAG-IT PACIFIC, INC.,

                          Third Party Defendants.
------------------------------------------------------------------x

**Docket #: 07 Civ. 6443 (LTS) (THK)**

**RULE 7.1 DISCLOSURE**

      Third-Party Defendant, YKK Snap Fasteners American, Inc. ("YKK"), by its attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, hereby certifies pursuant to F.R.C.P. 7.1 that YKK is not a publicly traded company in the United States. There are no corporate parents of YKK and there are no affiliates and/or subsidiaries of YKK

which are publicly held.

Dated:    New York, New York
         October 10, 2007

                        Yours, etc.

                        STRONGIN ROTHMAN & ABRAMS, LLP

                        _____
                        HOWARD F. STRONGIN (HS 7851)
                        Attorneys for Third-Party Defendant
                        YKK SNAP FASTENERS AMERICA, INC.
                        50 Broadway, Suite 2003
                        New York, NY 10004
                        (212) 931-8300

STATE OF NEW YORK   )
                    )SS.:
COUNTY OF NEW YORK  )

LYUDMILA TIMOSHENKO, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Middlesex County, New Jersey. That on this 10th day of October, 2007 she served the within **RULE 7.1 DISCLOSURE** upon:

MARY ELLEN SHUTTLEWORTH, ESQ.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Attorney for Plaintiff
BANCO POPULAR DOMINICANO, C. POR A.

GREGORY PLOTKO, ESQ.
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Federal Express Office within the State of New York, by Overnight Mail.

_____
LYUDMILA TIMOSHENKO

Sworn to before me this
10th day of October, 2007

_____
NOTARY PUBLIC

HOWARD F. STRONGIN
Notary Public, State of New York
No. 02ST4758421
Qualified in NASSAU County
Comm'... ...ires DECEMBER 31, 20__