UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BANCO POPULAR DOMINICANO, C. POR A.,

                                      Plaintiff and
                           Counter-Claim Defendant,

**Docket #: 07 Civ. 6443 (LTS) (THK)**

                     -against-

**JURY DEMAND**

LEVI STRAUSS & CO.,

              Defendant and Third Party Plaintiff,

                    -against-

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA LLC;
US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC; SOUTHERN
TEXTILE DOMINICANA INC.; INDUSTRIA
CARTONERA DOMINICANA, S.A. (SMURFIT):
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; AND TAG-IT PACIFIC, INC.,

                             Third Party Defendants.
-------------------------------------------------------------x

      Third-Party Defendant, YKK SNAP FASTENERS AMERICA, INC. ("YKK") hereby demands a trial by jury of the issues of fact in the above-entitled action.

Dated:     New York, New York
             October 10, 2007

Yours, etc.

STRONGIN ROTHMAN & ABRAMS, LLP

_____
HOWARD F. STRONGIN (HS 7851)
Attorneys for Third-Party Defendant
YKK SNAP FASTENERS AMERICA, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300