UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

NOTICE OF MOTION FOR
THE *PRO HAC VICE*
ADMISSION OF MICHAEL M.
EIDELMAN AND RANDALL M.
LENDING

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Charles Caranicas in support of this motion and the certificates of good standing annexed thereto, third party defendant QST Dominicana LLC ("QST"), by its attorneys, Vedder, Price, Kaufman & Kammholz, P.C., will move this Court before the Honorable Theodore H. Katz at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York in Courtroom 17A, at a date and time designated by the Court, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admissions of Michael M. Eidelman and Randall M. Lending, each shareholders at Vedder, Price, Kaufman & Kammholz, P.C., as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel or advocate.

NEWYORK/#186368.1

Dated: New York, New York
October 19, 2007

                         Respectfully submitted,

                         **VEDDER, PRICE, KAUFMAN &**
                         **KAMMHOLZ, P.C.**

                         By: _____
                         Charles Caranicas (CC 9244)

                         1633 Broadway, 47th Floor
                         New York, New York 10019
                         (212) 407-7700

                         Attorneys for Third Party Defendant
                         *QST Dominicana LLC*

To:    Mary Ellen Shuttleworth, Esq.
        Herrick Feinstein, LLP
        2 Park Avenue
        New York, New York 10016
        *Attorneys for Plaintiffs*

        Gregory G. Plotko, Esq.
        Cooley Godward Kronish, LLP
        1141 Avenue of the Americas
        New York, New York 10036
        *Attorneys for Defendant Levi Strauss & Co.*

        Howard F. Strongin, Esq.
        Strongin Rothman & Abrams, LLP
        50 Broadway, Suite 2003
        New York, New York 10004
        Attorneys for Third Party Defendant
        *YKK Snap Fasteners America, Inc.*

        Rochelle A. Herzog, Esq.
        The Gersh Law Firm
        15281 Ventura Blvd., Suite 515
        Encino, California 91436
        Attorneys for Third Party Defendant
        *Tag-It Pacific, Inc.*

Cartonera Dominacana, S.A. (Smurfit)
1000 Sawgrass Corp. Pkwy, Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, PA 19134

U.S. Paper & Chemical
206 Mohican Road
Canadensis, PA 18325

Interamericana Products Int'nat'l, S.A.
3345 N.W. 116th Street
Miami, Florida 33176

Interamericana Apparel Co., Inc.
3345 N.W. 116th Street
Miami, Florida 33176

The Graphic Label Group, Inc.
201 4th Street, Suite 207
Oakland, California 94607

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

AFFIDAVIT OF CHARLES
CARANICAS IN SUPPORT OF
MOTION FOR *PRO HAC VICE*
ADMISSION OF MICHAEL M.
EIDELMAN AND RANDALL M.
LENDING

CHARLES CARANICAS, being duly sworn, deposes and says as follows:

1. I am an associate of the law firm of Vedder, Price, Kaufman & Kammholz, P.C., 1633 Broadway, 47th Floor, New York, New York 10019, attorneys for Third Party Defendant QST Dominicana LLC ("QST") in the above-captioned action.

2. I submit this affidavit in support of QST's motion for the *pro hac vice* admission of Michael M. Eidelman, Esq. and Randall M. Lending, Esq., as an attorney for QST.

3. I am a member in good standing of the Bar of the State of New York as well as the Bars of the United States District Courts for the Southern and Eastern Districts of New York.

4. As shown in the annexed certificates of good standing: Michael M. Eidelman and Randall M. Lending are each members in good standing of the Bar of the State of Illinois.

NEWYORK/#186368.1

**WHEREFORE** your affiant respectfully requests that QST's motion for the admission of

Michael M. Eidelman and Randall M. Lending as attorneys *pro hac vice* be granted.

Dated: New York, New York
       October 19, 2007

                                              Charles Caranicas (CC 9244)

Sworn to and subscribed before
me this 19th day of October, 2007

      Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Michael Marc Eidelman

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Michael Marc Eidelman was duly admitted to practice in said Court on (08/31/1988) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2007 )

    Michael W. Dobbins, Clerk,
    By: Jannette Nuñez
    Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/29577Certificate.htm      10/17/2007

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Randall Marc Lending

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Randall Marc Lending was duly admitted to practice in said Court on (01/11/1989) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/17/2007)

Michael W. Dobbins, Clerk,
By: Jannette Nuñez
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    **Plaintiff and Counterclaim Defendant,**

vs.

LEVI STRAUSS & CO.,

    **Defendant and Third Party Plaintiff,**

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    **Third-Party Defendants.**

07 Civ. 6443 (LTS)(THK)

**ORDER FOR THE *PRO HAC VICE* ADMISSION OF MICHAEL M. EIDELMAN AND RANDALL M. LENDING**

    Third Party Defendant QST Dominicana LLC ("QST"), having moved pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admissions of Michael M. Eidelman and Randall M. Lending, each shareholders at Vedder, Price, Kaufman & Kammholz, P.C., as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel or advocate, it is ORDERED:

    That the motion herein is granted, and Michael M. Eidelman, Esq. and Randall M. Lending, Esq. are hereby permitted to argue or try this case in whole or in part as counsel.

    IT IS SO ORDERED.

                                                  Hon. Theodore H. Katz, U.S.M.J.

DATED:                   , 2007

NEWYORK/#186368.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NEW YORK )

Sharr V. Evans, being duly sworn, hereby deposes and says as follows:

1. I am not a party to this action, am over eighteen years of age, and reside in New York, New York.

2. On October 19, 2007, I caused the within **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*; AFFIDAVIT OF CHARLES CARANICAS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** and proposed **ORDER** to be served on all parties by dispatching true copies of same, enclosed in a properly addressed wrapper, for delivery by regular mail, to the following addresses:

NEWYORK/#186368.1

Mary Ellen Shuttleworth, Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, New York 10016
*Attorneys for Plaintiffs*

Gregory G. Plotko, Esq.
Cooley Godward Kronish, LLP
1141 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendant Levi Strauss & Co.*

Howard F. Strongin, Esq.
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, New York 10004
Attorneys for Third Party Defendant
*YKK Snap Fasteners America, Inc.*

Rochelle A. Herzog, Esq.
The Gersh Law Firm
15281 Ventura Blvd., Suite 515
Encino, California 91436
Attorneys for Third Party Defendant
*Tag-It Pacific, Inc.*

Cartonera Dominacana, S.A. (Smurfit)
1000 Sawgrass Corp. Pkwy, Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, PA 19134

U.S. Paper & Chemical
206 Mohican Road
Canadensis, PA 18325

Interamericana Products Int'nat'l, S.A.
3345 N.W. 116th Street
Miami, Florida 33176

Interamericana Apparel Co., Inc.
3345 N.W. 116th Street
Miami, Florida 33176

The Graphic Label Group, Inc.
201 4th Street, Suite 207
Oakland, California 94607

Sworn to and subscribed before me on
this 19th day of October, 2007

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

_____
Charles S. Caranicas

_____
Shaun M. Evans