UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

**THIRD PARTY DEFENDANT QST DOMINICANA LLC'S NOTICE OF MOTION TO DISMISS FOR FORUM NON CONVENIENS**

    **PLEASE TAKE NOTICE** that, upon the Complaint ("Complaint") of Plaintiff Banco Popular Dominicano, C. por A. and the Third Party Complaint ("Third Party Complaint") of Levi Strauss & Co. ("Levis")(Exhibits 1 and 2 hereto, respectively), and the Memorandum of Law in Support of Third Party Defendant's Motion to Dismiss, Third Party Defendant QST Dominicana LLC ("QST"), by its attorneys, Vedder, Price, Kaufman & Kammholz, P.C., will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 17C, at a date and time to be determined by the Court, for an order dismissing the case pursuant to FRCP 12(b)(3) for *forum non conveniens* and further relief as the Court may deem just and proper.

NEWYORK/#187120.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposing papers, if any, must be served on the undersigned no later than November 12, 2007.

Dated: New York, New York
October 24, 2007

Respectfully submitted,

**VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.**

By: _____
Charles Caranicas (CC 9244)

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Attorneys for Third Party Defendant
QST Dominicana LLC

Michael M. Eidelman, Esq.
Randy M. Lending, Esq.
VEDDER PRICE KAUFMAN
& KAMMHOLZ, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

To:   Mary Ellen Shuttleworth, Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, New York 10016
*Attorneys for Plaintiffs*

Gregory G. Plotko, Esq.
Cooley Godward Kronish, LLP
1141 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendant Levi Strauss & Co.*

Howard F. Strongin, Esq.
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, New York 10004
Attorneys for Third Party Defendant
*YKK Snap Fasteners America, Inc.*

Rochelle A. Herzog, Esq.
The Gersh Law Firm
15281 Ventura Blvd., Suite 515
Encino, California 91436
Attorneys for Third Party Defendant
*Tag-It Pacific, Inc.*

Cartonera Dominacana, S.A. (Smurfit)
1000 Sawgrass Corp. Pkwy, Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, PA 19134

U.S. Paper & Chemical
206 Mohican Road
Canadensis, PA 18325

Interamericana Products Int'nat'l, S.A.
3345 N.W. 116th Street
Miami, Florida 33176

Interamericana Apparel Co., Inc.
3345 N.W. 116th Street
Miami, Florida 33176

The Graphic Label Group, Inc.
201 4th Street, Suite 207
Oakland, California 94607

NEWYORK/#187120.1