Scwin/S



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
Banco Popular Dominicano, C. Por A.,        :

        Plaintiff and
        Counter-Claim Defendant,   :

vs.                                         :   INDEX No. No. 07 Civ. 6443 (LTS) (THK)

Levi Strauss & Co.,                         :

        Defendant and
        Third Party Plaintiff,    :

vs.                                         :

Interamericana Apparel Company, Inc.;       :   STIPULATION OF DISMISSAL WITH
Interamericana Products International, S.A.;    PREJUDICE AS TO THIRD PARTY
QST Dominicana LLC; US Paper & Chemical;    :   DEFENDANT, TAG-IT PACIFIC, INC.
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile   :
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,                                       :

        Third Party Defendants.    :

-------------------------------------------------- x

    WHEREAS, on April 10, 2007, defendant and third-party plaintiff, Levi Strauss & Co., ("LS&CO.") received a Notice of Attachment and Memorandum of Garnishee from Tag-It Pacific, Inc. ("Tag-It"), seeking to levy and garnish all funds owed by LS&CO. to Interamericana Apparel Company, Inc. ("Interamericana");

    WHEREAS, LS&CO. filed and served its third-party summons and complaint dated August 20, 2007 against Tag-It to interplead Tag-It into the above-referenced case;

    WHEREAS, Tag-It has represented to LS&CO. that it instructed the Sheriff of Sacramento County to withdraw the Writ of Attachment issued by the Los Angeles Superior Court in Case Number BC 367155 (the "Superior Court Action") on April 3, 2007 against LS&CO. and to release the garnishment related thereto pursuant to a settlement with the above-referenced plaintiff, Banco Popular Dominicano, C. Por A.;

1347636 v4/NY

09/19/2007 11:30 FAX 415 501 7650          LEVI STRAUSS                                    ☒003

WHEREAS, on or about September 12, 2007, Tag-It dismissed the Superior Court Action with prejudice; and

WHEREAS, Tag-It now asserts that it has no further claim against any assets of Interamericana including the $2,325,132.27 in receivables owed by LS&CO. to Interamericana.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the third-party action against Tag-It is hereby dismissed with prejudice.

Dated: September 18, 2007.

TAG-IT PACIFIC, INC.,                       LEVI STRAUSS & CO.,
Third-Party Defendant                       Defendant and Third-Party Plaintiff

By: _____                 By: _____
    Lonnie Schnell                              Tracy M. Preston, Esq.

Its: Chief Financial Officer                Its: Global H.R. and Litigation Counsel

By its attorneys,                           By its attorneys,

THE GERSH LAW FIRM                          COOLEY GODWARD KRONISH LLP
15281 Ventura Blvd., Suite 515              101 California Street, 5th Floor
Encino, CA 91436                            San Francisco, CA 94111-5800
TEL: (818) 536-5700                         Robert E. Eisenbach III, Esq. (Cal. Bar No. 124896)
FAX: (818) 981-4618

By: _____                 -and-
    Rochelle A. Herzog, Esq.
                                            1114 Avenue of the Americas
                                            New York, New York 10036
                                            TEL: (212) 479-6000
                                            FAX: (212) 479-6275

                                            By: _____
                                                Ronald R. Sussman, Esq. (RS 0641)

                                            -and-

                                            Levis Strauss & Co.
                                            1155 Battery Street
                                            San Francisco, CA 94111
                                            Tracy M. Preston, Esq. (Cal. Bar No. 154393)

                                                              SO ORDERED:

1347638 v4/NY           2
                                                              _____ 10/11/07
                                                                    U.S.D.J.

09/19/2007 WED 11:18 [TX/RX NO 7700] ☒003