ACTO No. 293/2007.

En la ciudad de Santiago de los Caballeros, Municipio y Provincia de Santiago, República Dominicana, a los Veinticuatro (24) días del mes de octubre del año dos mil siete (2007).------------------------------------------------

Actuando a requerimiento de la empresa **INTERAMERICANA APPAREL COMPANY, INC.**, compañía debidamente constituida conforme a las Leyes Dominicanas, amparada bajo la Ley 8-90 sobre Fomento de Zonas Francas, con su domicilio social ubicado en la calle Central de la Tercera Etapa del Parque Industrial de Santiago, denominado "Licenciado Víctor Manuel Espaillat Mera", situado en la avenida Circunvalación de Santiago, debidamente representada por su Gerente de Recursos Humanos, la señora **ROSA UREÑA**, dominicana, mayor de edad, soltera, economista, domiciliada y residente en esta ciudad, portadora de la Cédula de Identidad y Electoral No. 031-0045223-8, quien tiene como abogados constituidos y apoderados especiales a los los licenciados **MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGA BATLLE** y **DIORIS A. GOMEZ,** dominicanos, mayores de edad, casado los primeros y soltero el cuarto, abogados de los tribunales de la República, domiciliados y residentes en la ciudad de Santiago de los Caballeros, portadores de las Cédulas de Identidad y Electoral números 031-0306881-7, 031-0102740-1, 031-0093974-7 y 031-0399416-0, con matrículas del Colegio de Abogados números 16318 168-95, 0090-2603, 387-1835 y 252212 579-02, respectivamente, con estudio profesional común abierto en el edificio Scotiabank, segunda planta marcado con el número 56 de la calles Del Sol y Mella, donde mi requeriente hace elección de domicilio para todos los fines y consecuencias legales del presente acto.-----------------  --------

1

Yo, NAPOLEON ANTONIO GONZALEZ ESPINAL, Alguacil Ordinario del Juzgado de Trabajo del Distrito Judicial de Santiago, con mi domicilio y residencia en la casa No.32 de la calle Jesús Diplán del Ensanche Conani, de esta ciudad de Santiago de los Caballeros, portador de la cédula de identidad y electoral No.031-0181172-1.-----------------------------------------

EXPRESAMENTE y en virtud del anterior requerimiento, me he trasladado, dentro de esta ciudad, PRIMERO: Al domicilio social subsidiario de la empresa QST DOMINICANA LLC., ubicado en el Caribean Industrial Park, Zona Franca de Matanzas, Santiago de los Caballeros, y una vez allí, hablando con _Mercedes Alvarez_, en su calidad de _Gerente de oficina_ persona con calidad para recibir el presente acto, según me lo declaró y dijo ser; le notifico a la empresa QST DOMINICANA LL, lo que más adelante se dirá; y SEGUNDO: a la calle No. 11, literal y número V-11 de los Jardines Metropolitanos, que es donde tienen su domicilio los LICDOS. MARLIT BADIA TAVERAS y J. GUILLERMO ESTRELLA RAMIA, abogados, constituidos y apoderados especiales de la sociedad comercial QST DOMINICANA LLC, de conformidad con el acto No. 1027/2007, de fecha nueve (09) de octubre del 2007, instrumentado por la ministerial Yira M. Rivera Raposo, y una vez allí hablando, con _____, quien me declara ser _____, de los LICDOS. MARLIT BADIA TAVERAS y J. GUILLERMO ESTRELLA RAMIA, quien dice tener calidad para recibir el presente acto, y hablando en la forma indicada les notifico a QST DOMINICANA LLC, y a los Licenciados LICDOS. MARLIT BADIA TAVERAS Y J. GUILLERMO ESTRELLA RAMIA, en sus aludidas calidades, lo siguiente:---

2

1. Que mi requeriente por medio del presente acto interpone formal Recurso de Apelación contra la Sentencia Civil número 1788 de fecha 1 de octubre del año 2007, dictada por la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, en sus atribuciones civiles, cuyo dispositivo textualmente dice lo siguiente:-----------------------------

   "FALLA: PRIMERO: Condena a la parte demandada INTERAMERICANA APPAREL COMPANY, a pagar la suma de NOVECIENTOS TREINTA Y UN MIL CUATROSCIENTOS NOVENTA Y SEIS DOLARES NORTEAMERICANOS CON 64/100 (US$931,496.64) a favor de QST DOMINICANA LLC, parte demandante. SEGUNDO: Condena a la parte demandada al pago de un interés mensual de un uno por ciento (1%), a partir de la fecha de la demanda a título de indemnización suplementaria. TERCERO: Declara regular y válido en cuando a la forma y en cuento al fondo, el embargo retentivo trabado mediante actos números 148/2007 del 21 de febrero del 2007 y 155/2007 del 22 de febrero del 2007, de la Ministerial Yira Rivera Raposo, Alguacil Ordinaria de la Segunda Sala de la Cámara Penal del Juzgado de Primera Instancia del Distrito Judicial de Santiago, actuando a requerimiento de QST DOMINICANA LLC, en perjuicio de INTERAMERICANA APPAREL COMPANY y entre las manos de LEVI STRAUSS & CO. y GRUPO M. CUARTO: Ordena a los terceros embargados pagar válidamente entre las manos del embargante, las sumas de las que se conozcan deudora de INTERAMERICA APPAREL COMPANY, hasta el monto del crédito que tiene el embargante contra su deudor, en principal, intereses, costas y demás accesorios de derecho. QUINTO: Condena a la parte demandada al pago de las costas del procedimiento, con distracción de las mismas a favor de los Licenciados Marlit Badía y J. Guillermo Estrella Ramia quienes afirman estarlas avanzando en su mayor parte. I por esta nuestra sentencia, así se pronuncia, ordena y firma. Firmados. (Samuel Guzmán Fernández, Juez y Angelita Grullón, Secretaria)."

2. Que el presente Recurso de Apelación se interpone por no estar mi requeriente conforme con dicha sentencia, con todas sus consecuencias legales y de derecho. BAJO TODA CLASE DE RESERVAS.-------------------------------------------

3

3. Que, en consecuencia, y atendiendo al FORMAL RECURSO DE APELACION interpuesto mediante este acto contra la Sentencia número 1788 de fecha 1 de octubre del año 2007, dictada por la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, en sus atribuciones civiles, mi requeriente, *CITA Y EMPLAZA* a MIS REQUERIDOS, para que en el plazo de la Octava Franca comparezcan constituyendo abogado, a las NUEVE (9:00) horas de la MAÑANA, por ante la Cámara Civil y Comercial de la Corte de Apelación del Departamento Judicial de Santiago, en sus atribuciones civiles, la cual celebra sus audiencias públicas en uno de los apartamentos de la Tercera Planta del Palacio de Justicia de esta ciudad de Santiago de los Caballeros, ubicado en la Manzana formada por las Avenidas 27 de Febrero y Circunvalación y las calles 4 y E. Guerrero del Ensanche Román, a los medios y fines siguientes:

ATENDIDO: A que mi requeriente, en su momento oportuno, probará ante ese Tribunal, que con la sentencia recurrida han sido violadas elementales reglas de derecho y de procedimiento, incluyendo la violación del derecho de defensa del apelante y que la demanda en cobro de pesos y validez de embargo retentivo, resulta improcedente y mal fundada;

ATENDIDO: A que en el caso que nos ocupa, el Juez a-quo hizo una incorrecta apreciación de los hechos y una errónea aplicación del derecho;----------------------------------

ATENDIDO: A que de conformidad con lo dispuesto por el artículo 444, modificado por la ley número 845 del 15 de

julio de 1978, 456, 457, 461 y 463 del Código de Procedimiento Civil Dominicano, vigente, es procedente tanto en la forma como en el fondo el que presente recurso de apelación.-------------------------------------------------

**ATENDIDO:** A que al tenor de lo dispuesto por el artículo 130 del Código de Procedimiento Civil, modificado por la ley número 507 del 25 de julio de 1941, toda parte que sucumba en justicia, será condenada al pago de las costas.---------------

**ATENDIDO:** A que de acuerdo a lo estipulado por el artículo 133, modificado por la ley número 507 del 25 de julio de 1941, los abogados pueden pedir la distracción de las costas a su provecho, afirmando que ellos las han avanzado en su mayor parte.---------------------------------------------------

**ATENDIDO:** A las demás razones que se alegarán en su oportunidad.-----------------------------------------------

POR TALES MOTIVOS y por los que se alegarán en su oportunidad, OIGA mi requerida a mi requeriente PEDIR y a la Cámara Civil y Comercial de la Corte de Apelación del Departamento Judicial de Santiago, en sus atribuciones civiles, FALLAR: PRIMERO: Que sea declarado bueno y válido en cuanto a la forma el recurso de apelación interpuesto por **INTERAMERICANA APPAREL COMPANY, INC.**, contra la sentencia número 1788 de fecha 1 de octubre del año 2007, dictada por la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, en sus atribuciones civiles, en favor de la empresa **QST DOMINICANA LLC**; SEGUNDO: Que sea revocada en cuanto al fondo, en todas sus partes, la sentencia apelada, dictada en favor de mi

5

requerida, y en consecuencia, que obrando por propia autoridad rechace por improcedente, mal fundada y carente de base legal, la demanda en cobro de pesos y validez de embargo interpuesta por **QST DOMINICANA LLC** contra **INTERAMERICANA APPAREL COMPANY, INC.**, y TERCERO: Condenando a mi requerida **QST DOMINICANA LLC**, al pago de las costas del procedimiento, ordenando su distracción en provecho de los abogados constituidos y apoderados especiales de mi requeriente, quienes afirman estarlas avanzando en su mayor parte. BAJO TODA CLASE DE RESERVAS DE DERECHO.------------------------

Y a fin de que mis requeridos, **QST DOMINICANA LLC** y los **LICDOS. MARLIT BADIA TAVERAS** y **J. GUILLERMO ESTRELLA**; no puedan alegar ignorancia, les notifico el presente acto, dejándoles copia del mismo en manos de las personas con quienes dije haber hablado y que indico anteriormente. Este acto consta de seis (6) páginas, todas selladas, firmadas y rubricadas por mí, tanto en su original como en sus copias. COSTO RD$ 1,000.-----------------------------------

DOY FE: EL ALGUACIL

\\Server\USUARIO\MAURICIO\actos de alguaciles\apelacion-interamericana.doc

6