UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    **Plaintiff and Counterclaim Defendant,**

vs.

LEVI STRAUSS & CO.,

    **Defendant and Third Party Plaintiff,**

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    **Third-Party Defendants.**

07 Civ. 6443 (LTS)(THK)

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK)

    **CHARLES S. CARANICAS**, being duly sworn, hereby deposes and says as follows:

    1.    I am not a party to this action, am over eighteen years of age, and reside in Brooklyn, New York.

    2.    On October 24, 2007, I caused the within **THIRD PARTY DEFENDANT QST DOMINICANA LLC's NOTICE OF MOTION TO DISMISS FOR *FORUM NON CONVENIENS*** and supporting **MEMORANDUM OF LAW** to be served on all parties by dispatching true copies of same, enclosed in a properly addressed wrapper, for delivery by regular mail, to the following addresses:

NEWYORK/#187122.1

Mary Ellen Shuttleworth, Esq.
Herrick Feinstein, LLP
2 Park Avenue
New York, New York 10016
*Attorneys for Plaintiffs*

Gregory G. Plotko, Esq.
Cooley Godward Kronish, LLP
1141 Avenue of the Americas
New York, New York 10036
*Attorneys for Defendant Levi Strauss & Co.*

Howard F. Strongin, Esq.
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, New York 10004
Attorneys for Third Party Defendant
*YKK Snap Fasteners America, Inc.*

Rochelle A. Herzog, Esq.
The Gersh Law Firm
15281 Ventura Blvd., Suite 515
Encino, California 91436
Attorneys for Third Party Defendant
*Tag-It Pacific, Inc.*

Cartonera Dominacana, S.A. (Smurfit)
1000 Sawgrass Corp. Pkwy, Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, PA 19134

U.S. Paper & Chemical
206 Mohican Road
Canadensis, PA 18325

Interamericana Products Int'nat'l, S.A.
3345 N.W. 116th Street
Miami, Florida 33176

Interamericana Apparel Co., Inc.
3345 N.W. 116th Street
Miami, Florida 33176

The Graphic Label Group, Inc.
201 4th Street, Suite 207
Oakland, California 94607

_____
Charles S. Caranicas

Sworn to and subscribed before me on
this 24th day of October, 2007

_____
Notary Public

**NANCY J. NEUBAUER**
**Notary Public, State of New York**
**No. 01NE5041602**
**Qualified in New York County**
**Commission Expires April 10, 2011**

NEWYORK/#187122.1