USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 1 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

BANCO POPULAR DOMINICANO, C. POR A.,

    Plaintiff and
    Counter-Claim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and
    Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

    Third Party Defendants.

------------------------------------------------------------- x

NO. 07 Civ. 6443 (LTS) (THK)

**STIPULATION EXTENDING TIME TO RESPOND TO QST DOMINICANA LLC'S MOTION TO DISMISS**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the undersigned parties' time to submit opposition, if any, to Third-Party Defendant QST Dominicana LLC's Motion to Dismiss for Forum Non Conveniens, in the captioned action is extended through and including December 10, 2007. Third-Party Defendant QST Dominicana LLC's time to reply is extended through and including January 18, 2008.

Facsimile transmission or scanned signatures on the within Stipulation shall be deemed to have the same validity and effect as original signatures, and may be filed with the Court by any party hereto without further notice.

Dated: New York, New York
October 31, 2007

HERRICK, FEINSTEIN LLP

By: _____
Mary Ellen Shuttleworth
2 Park Avenue
New York, NY 10016
*Attorneys for Plaintiff and Counter-Claim Defendant Banco Popular Dominicano, C. Por A.*

COOLEY GODWARD KRONISH LLP

By: _____
Gregory Plotko, Esq.
1114 Avenue of the Americas
New York, NY 10036
*Attorneys for Defendant/Third Party Plaintiff Levi Strauss & Co.*

STRONGIN ROTHMAN & ABRAMS, LLP

By: _____
Howard F. Strongin, Esq.
50 Broadway, Suite 2003
New York, NY 10004
*Attorneys for Third Party Defendant YKK Snap Fasteners America, Inc.*

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.

By: _____
Charles Caranicas, Esq.
1633 Broadway, 47th Floor
New York, New York 10019
*Attorneys for Third Party Defendant QST Dominicana LLC*

_____
U.S.D.J.

Facsimile transmission or scanned signatures on the within Stipulation shall be deemed to have the same validity and effect as original signatures, and may be filed with the Court by any party hereto without further notice.

Dated: New York, New York
       October 31, 2007

| | |
|---|---|
| HERRICK, FEINSTEIN LLP | COOLEY GODWARD KRONISH LLP |
| By:_____ | By:_____ |
| Mary Ellen Shuttleworth | Gregory Plotko, Esq. |
| 2 Park Avenue | 1114 Avenue of the Americas |
| New York, NY 10016 | New York, NY 10036 |
| *Attorneys for Plaintiff and Counter-Claim Defendant Banco Popular Dominicano, C. Por A.* | *Attorneys for Defendant/Third Party Plaintiff Levi Strauss & Co.* |
| STRONGIN ROTHMAN & ABRAMS, LLP | VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. |
| By:_____ | By:_____ |
| Howard F. Strongin, Esq. | Charles Caranicas, Esq. |
| 50 Broadway, Suite 2003 | 1633 Broadway, 47th Floor |
| New York, NY 10004 | New York, New York 10019 |
| *Attorneys for Third Party Defendant YKK Snap Fasteners America, Inc.* | *Attorneys for Third Party Defendant QST Dominicana LLC* |

_____ 1 NOV 2007
U.S.D.J.