UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

    -against-

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff.



No. 07 Civ. 6443 (LTS)(THK)

### ORDER

    The Court has received and reviewed Defendant's motion for admission pro hac vice (docket item 35). Defendant's motion is DENIED without prejudice to renewal upon the filing of supplemental submissions meeting the requirements of Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York. Specifically, Defendant shall file certificates of good standing for each state in which each applicant is a member of the bar.

    SO ORDERED.

Dated: New York, New York
       November 2, 2007

                            LAURA TAYLOR SWAIN
                            United States District Judge