

Jethel Fiallo Pellerano
Intérprete Judicial



## CERTIFICATION

I the undersigned, Jethel María Fiallo Pellerano, Dominican citizen, of age, married, with Identification and electoral card number 001-0196326-2, Judiciary Interpreter of the First Instance Court of the National District, duly sworn, with registered number 17350 on date 10/13/92.

DECLARE that the precedent document: **Act of bailiff number 711/2007 notifying the company INTERAMERICANA APPAREL COMPANY INC. dated on October twenty four, 2007** drafted in Spanish and translated into English, to the best of my knowledge and belief, having faith in accordance with the original and nothing was omitted; in the city of Santiago de los Caballeros, Dominican Republic, this October twenty five (25) of year two thousand seven (2007). ---------------------------------------
----------------------

*[Seal: JETHEL Ma. FIALLO P. — INTERPRETE JUDICIAL, JUZGADO DE PRIMERA INSTANCIA, D.N., Santo Domingo, R.D.]*

*[Signature: Jethel Fiallo Pellerano]*

*[Stamp: Exonerado de sellos por virtud de la Ley de Eficiencia Recaudatoria No.173-07 del 17 de julio de 2007]*

While every effort has been made to ensure accuracy in translation, the Original Spanish document takes precedence over the translation in the event of any dispute concerning interpretation.

Act Number <u>711/2007</u>

In the city of Santiago de los Caballeros, Municipality and province of Santiago, Dominican Republic, this October 24, two thousand seven.

By request of the company LEVI'S STRAUSS & CO., commercial company organized and existent in accordance with the laws of United States of America with domicile and process server headquarters on Weston Corporate Ctr. 200, --00So Commerce Pkwy, Weston Fl. 3331, USA and office of 27 de Febrero Ave. Plaza Optimus suite No. A-23 of this city duly represented by its General Manager RAFAEL DAVID TEJADA CASTILLO, Dominican, of age, married, private employee with domicile and residence in this city bearer of the Identification and Electoral card No. 031-0112644-3 with constituted lawyers and special proxy LUIS FERNANDO DISLA MUñOZ, Dominican, of age, married and resident in this city, bearer of Identification and Electoral Card No. 031-0082588-8, lawyer of the Courts of the Republic, registered in the Board of Lawyers of Dominican Republic under No. 0079-1241, with office open on Module 412, fourth floor, Plaza Coral, on Bartolomé Colon and Germán Soriano in this city, where my process server chooses domicile for the legal purposes and consequences of the present act.-----------------------------------------------

I JUAN CARLOS LUNA PEñA , Dominican, of age, single, 031-0307963-2, regular of the Second Penal Room of the First Instance of the Judicial District of Santiago, with domicile and residence in the house No. 10 of 11st. Street of Ensanche Bermudez in this city.---------

EXPRESSLY and by virtue of the former requirement I traveled within the limits of my jurisdiction FIRST: to one of the warehouse of Carr. Navarrete No. 1 of the Second Stage of Zona Franca Industrial Lic. Victor M. Espaillat Mera in this city of Santiago .Where bears domicile and office INTERAMERICANA APPAREL COMPANY INC. and once there I verified that is <u>closed</u> and not being employees with whom to leave copy of this act I traveled therefore SECOND to the warehouse located in the same street and being <u>closed</u> where bears its domicile the company TMC and once there talking with ------------------ in its quality of <u>Human Resources</u> in accordance with what he declared to be, regarding _____ being advised by the referred officer the original of it I HAVE NOTIFIED the Company INTERAMERICANA APPAREL COMPANY INC. in the hands of the qualified representative of the next neighbor, the company TCM by virtue of what estated article 68 of the Civil Procedure Code the following:

A) Complete and accurate copies of the originals on English and their respective translations into Spanish the following documents of the following documents, which where duly legalized by a North American Public Notary certified in the General Consulate of Dominican Republic on New York and legalized in the Secretary of State of Foreign Affairs:------------------------------------------------------------------------------------------------

1. Response to Counterclaim and Claim to Third on Joint Claim for the same Cause, addressed by my process server to the District Court of United States, South District of New York dated on August 27, 2007 by which my process server is defending himself of

a previous claim against him before the same court by Banco Popular Dominicano C. por A. and submit a counter claim against such bank with presence of third parties, including my process servers.----------------------------------------------------------------------------------

2. "Summon to Third on Civil Action" dated on August 27, 2007 by which the referred North American Court order the summon of the referred third ones and grant a reasonable term to submit their defenses, if any, regarding such main claim of Banco Popular Dominicano as the referred counterclaim, and

3. "Order of Conference" of the Court of the District of United States South District of New York, dated on September 21st 2007 by which the referred US court order to held a "Pre Trial Conference regarding the referred dispute and fix such conference for December 7, 2007 at two hours fifteen minutes in the afternoon (2:15 p.m.)----------------------------------

B) As a consequence my process server: 1. SUMMON to my summoned that in a term no longer than twenty (20) calendar days, from the date of notification of this act, to produce her response or defense regarding such claims and submit or notify them, in any truth way , the lawyer constituted by my process server, in office indicated at the beginning of this act, to the court empowered of the referred claims, to the following address: United States District Court for the Southern District of New York, 500 pearls Street, New York, New York 10007, to the attention of Clerk of the Court and 2. INVITE in the event that where deemed appropriated to legally appear to the "Pre trial Conference" to be held in such Court at two hours fifteen minutes in the afternoon (2:15 p.m.) on December 7, 2007 in the Court Room No. 17C on Court Daniel Patric Moyniha US Courthouse, WARNING that even their presence is not obligatory, their fault of response such claims could bear not desirables consequences for the summoned.------------------------

UNDER ALL KIND OF RESERVES.--------------------------------------------------------------------

And with the same requirements, constitution of lawyer, election of domicile and further mentions indicated above. I acting bailiff traveled to the second floor of the Scotiabank Building on Del Sol Street No. 56 with Mella Street in this city to the office of MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGGA BATTLE AND DIORIS A. GOMEZ  and once there with -----------------------in her quality of *Secretary,* in accordance with what she said. I HAVE NOTIFIED   MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGGA BATTLE AND DIORIS A. GOMEZ, in their quality as special lawyers constituted and empowered of the company INTERAMERICANA APPAREL COMPANY, INC. the procedure of force lien and validation of it submitted by such company in the hands of my process server and of several creditors of the same company, complete copies and accurate of the present act and the heading documents for its knowledge and the appropriated purposes.  UNDER ALL KIND OF RESERVES.-------------

With the purpose that my summoned the company NTERAMERICANA APPAREL COMPANY, INC. and MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGGA BATTLE AND DIORIS A. GOMEZ could not allege ignorance I have notified and warned leaving complete copies of the present act and its annexes in the hands of the person that

I spoke and referred above. This act is comprised by three (3) sheets and the documents heading forty (40), eighteen (18) of them in English and the remaining twenty two (22) in Spanish, for a total of forty three (43) sheets, all signed and sealed by me on originals and copies.
COST RD$1,500.00

With visa
    By TMC neighbor

                                     I GIVE FAITH: THE BAILIFF

SEALS IN ORIGINAL DOCUMENT AFFIXED HERE



ACTO NUMERO 911/2007

En la ciudad de Santiago de los Caballeros, Municipio y Provincia de Santiago, República Dominicana, a los Veinticuatro (24) días del mes de octubre del año dos mil siete (2007).----------------------------------------------------------------

A requerimiento de la empresa **LEVI' STRAUSS & CO.**, sociedad comercial organizada y existente de conformidad con las leyes de los Estados Unidos de América, con su domicilio y asiento social principal en Weston Corporate Ctr., Ste. 200, 2700So. Comerse Pkwy, Weston, Fl. 33331, U.S.A. y sucursal en la avenida "27 de febrero", Plaza Optimus, local No.A-23, de esta ciudad debidamente representada en este acto por su Gerente General, **RAFAEL DAVID TEJADA CASTILLO**, dominicano, mayor de edad, casado, empleado privado, domiciliado y residente en esta ciudad, portador de la Cédula de Identidad y Electoral No.031-0112644-3 quien tiene como abogado constituido y apoderado especial al **LICENCIADO LUIS FERNANDO DISLA MUNOZ**, dominicano, mayor de edad, casado, domiciliado y residente en esta ciudad, portador de la Cédula de Identidad y Electoral No.031-0082588-8 abogado de los Tribunales de la República, matriculado en el Colegio de Abogados bajo el No. 0079-1241 con estudio profesional abierto en el módulo 412 de la cuarta planta de la "Plaza Coral" ubicada en la esquina formada por la avenida "Bartolomé Colón" y la calle "Germán Soriano" de esta ciudad, donde mi requeriente hace formal elección de domicilio para los fines y consecuencias legales del presente acto.------------------------------------------------------------------

Yo, **JUAN CARLOS LUNA PEÑA**, dominicano, mayor de edad, soltero, 031-0307963-2, ordinario de la Segunda Sala Penal del Juzgado de Primera Instancia del Distrito Judicial de Santiago, domiciliado y residente en la casa marcada con el No.10 de la calle" 11" del sector Ensanche Bermúdez, de esta ciudad.----------------------------------------

**EXPRESAMENTE** y en virtud del anterior requerimiento me he trasladado, dentro de los límites de mi jurisdicción **PRIMERO:** a una de las naves de la carretera Navarrete No.1 de la Segunda. Etapa de la Zona Franca Industrial Licdo. Victor M. Espaillat Mera, de esta ciudad de Santiago, que es donde tiene su domicilio y asiento social la empresa **INTERAMERICANA APPAREL COMPANY, INC.**, y una vez allí, he comprobado que dicha nave se encuentra _Cerrada_ y no habiendo encontrado empleados o sirvientes a quienes dejar copia de este acto, me he trasladado a continuación, **SEGUNDO:** a la nave industrial ubicada en la misma calle y _Aledaña_ de la anterior, que es donde tiene su domicilio y asiento social la empresa **TMC**, y una vez allí, hablando con _Cecilio Jimenez_, en su calidad de _Recursos Humanos_ según me lo declaró y dijo ser, respecto de la _____, habiendo sido visado por el mencionado funcionario el original del mismo, **HE NOTIFICADO** a la empresa **INTERAMERICANA APPAREL COMPANY, INC.**, en manos de un representante calificado de su más próxima

vecina, la empresa **TMC**, en virtud de lo que dispone el artículo 68 del Código de Procedimiento Civil, lo siguiente:----------------------------------------------------------------

A) Copias íntegras y textuales, tanto de sus originales en lengua inglesa como de sus respectivas traducciones al idioma español, de los siguientes documentos, los cuales fueron debidamente legalizados por un Notario Público norteamericano, certificados en el Consulado General de la República Dominicana en Nueva York y legalizados en la Secretaría de Estado de Relaciones Exteriores:-------------------------------------------

1. "Respuesta con Contra Demanda y Demanda de Tercero en Litigación Conjunta por la Misma Causa", dirigido por mi requeriente a la Corte de Distrito de Estados Unidos, Distrito Sur de Nueva York en fecha 27 de agosto de 2007, por la cual mi requeriente se defiende de una demanda previa que en su contra interpusiera por ante el mismo tribunal el Banco Popular Dominicano, C. por A. e interpone a su vez una contra demanda contra dicho banco, con puesta en causa de varios terceros, incluyendo a mis requeridos.------------------------------------------------------------------

2. "Citación a Terceros en Acción Civil", de fecha 27 de agosto de 2007, mediante la cual la citada corte norteamericana ordena citar a los aludidos terceros y les otorga un plazo razonable para que presenten sus defensas, si las tuvieren, tanto respecto de la demanda principal del Banco Popular Dominicano como de la mencionada contrademanda, y --------------------------------------------------------------------------

3. Orden de Conferencia de la Corte de Distrito de Estados Unidos, Distrito Sur de Nueva York, de fecha 21 de septiembre de 2007, mediante la cual el mencionado tribunal estadounidense ordena la celebración de una "**conferencia pre-juicio**" respecto de la mencionada litis y fija dicha conferencia para el día 7 de diciembre de 2007, a las dos horas y quince minutos de la tarde (2:15p.m.).-------------------------

B) Que, en consecuencia, mi requeriente: **1. INTIMA** a mi requerida para que en un plazo no mayor de veinte (20) días calendario, contados desde la fecha de notificación de este acto, produzca su respuesta o defensa en relación con dichas demandas y las envíe o comunique, de cualquier modo fehaciente, tanto al abogado constituido por mi requeriente, en su estudio indicado al principio de este acto como al tribunal apoderado de las citadas demandas, a la siguiente dirección: United States District Court for the Southern District of New York, 500 Pearls Street, New York, New York 10007 attention: Clerk of the Court (Oficial de la Corte), y **2. LA INVITA** para que, si lo considera pertinente, comparezca legalmente a la "**conferencia pre-juicio**" que celebrará dicha Corte a las dos horas y quince minutos de la tarde (2:15p.m.) del día 7 de diciembre de 2007, en el Salón de Corte No.17C, ubicado en la Corte Daniel Patrick Moynihan U.S., **ADVIRTIENDOLE** que aunque su asistencia a dicha conferencia no es mandatoria, su falta de respuesta a las demandas podría tener consecuencias indeseables para mi requerida.-------------------------------------------

**BAJO TODA CLASE DE RESERVAS.**------------------------------------------------------

2

Y a los mismos requerimiento, constitución de abogado, elección de domicilio y demás menciones precedentemente indicadas, Yo, alguacil actuante, me he trasladado a continuación, a la segunda planta del Edificio Scotiabank, ubicado en la calle Del Sol No.56, a esquina calle Mella de esta ciudad,, que es donde tienen su estudio profesional los **LICDOS. MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGA BATLLE** y **DIORIS A. GOMEZ,** y una vez allí, hablando con ___Paola Pessara___, en su calidad de ___Secretaria___, según me lo declaró y dijo ser, **HE NOTIFICADO** a los **LICDOS. MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGA BATLLE** y **DIORIS A. GOMEZ,** en su común calidad de abogados constituidos y apoderados especiales de la empresa **INTERAMERICANA APPAREL COMPANY, INC.** en los procedimientos de embargo retentivo y de validación de los mismos trabados contra dicha empresa, en manos de mi requeriente, y a requerimiento de diversos acreedores de la misma empresa, copias íntegras y textuales del presente acto y de los documentos que lo encabezan, para su conocimiento y fines que en derecho fueren de lugar. **BAJO TODA CLASE DE RESERVAS.**--------------------------------------------------------------------------------

Y a fin de que mis requeridos la **INTERAMERICANA APPAREL COMPANY, INC.** y los **LICDOS. MIGUEL MAURICIO DURAN, EDUARDO TRUEBA LEYBA, JOSE RAMON VEGA BATLLE** y **DIORIS A. GOMEZ no** puedan alegar ignorancia, así se los he notificado y advertido, dejándoles sendas copias íntegras del presente acto y de sus anexos en manos de las personas con las que dije haber hablado y que indico anteriormente. Este acto consta de tres (3) hojas y los documentos que lo encabezan de cuarenta (40), dieciocho (18) de ellas en inglés y las veintidós (22) restantes en español, para un total de cuarenta y tres (43) hojas, todas firmadas, selladas y rubricadas por mí, en original y copias.------

**COSTO: RD$** _1,500.00_

**VISADO:** _____
       Por TMC, vecina.

**DOY FE:**

