

Jethel Fiallo Pellerano
Intérprete Judicial



## CERTIFICATION

I the undersigned, Jethel María Fiallo Pellerano, Dominican citizen, of age, married, with Identification and electoral card number 001-0196326-2, Judiciary Interpreter of the First Instance Court of the National District, duly sworn, with registered number 17350 on date 10/13/92.

DECLARE that the precedent document: **Act of bailiff number 709/2007 notifying the company SOUTHERN TEXTILE DOMINICANA INC. dated on October twenty four, 2007** drafted in Spanish and translated into English, to the best of my knowledge and belief, having faith in accordance with the original and nothing was omitted; in the city of Santiago de los Caballeros, Dominican Republic, this October twenty five (25) of year two thousand seven (2007). ---------------------------------------
---------------------

While every effort has been made to ensure accuracy in translation, the Original Spanish document takes precedence over the translation in the event of any dispute concerning interpretation.

Act Number 709/2007

In the city of Santiago de los Caballeros, Municipality and province of Santiago, Dominican Republic, this October 24, two thousand seven.

By request of the company LEVI'S STRAUSS & CO., commercial company organized and existent in accordance with the laws of United States of America with domicile and process server headquarters on Weston Corporate Ctr. 200, --00So Commerce Pkwy, Weston Fl. 3331, USA and office of 27 de Febrero Ave. Plaza Optimus suite No. A-23 of this city duly represented by its General Manager RAFAEL DAVID TEJADA CASTILLO, Dominican, of age, married, private employee with domicile and residence in this city bearer of the Identification and Electoral card No. 031-0112644-3 with constituted lawyers and special proxy LUIS FERNANDO DISLA MUñOZ, Dominican, of age, married and resident in this city, bearer of Identification and Electoral Card No. 031-0082588-8, lawyer of the Courts of the Republic, registered in the Board of Lawyers of Dominican Republic under No. 0079-1241, with office open on Module 412, fourth floor, Plaza Coral, on Bartolomé Colon and Germán Soriano in this city, where my process server chooses domicile for the legal purposes and consequences of the present act.--------- -----------------------------------

I JUAN CARLOS LUNA PEñA   , Dominican, of age, single, 031-0307963-2, regular of the Second Penal Room of the First Instance of the Judicial District of Santiago, with domicile and residence in the house No. 10 of 11st. Street of Ensanche Bermudez in this city.---------

EXPRESSLY and by virtue of the former requirement I traveled within the limits of my jurisdiction to one of the warehouse registered with No. 33 St, NA. of Parque Industrial Santiago Norte (PISANO), locate on Aut. J. Balaguer Km 7 ½ . Where bears domicile and office SOUTHERN TEXTILE DOMINICANA INC. and once there talking with -------------- ---- in its quality of *General Manager* in accordance with what she declared I NOTIFIED SOUTHERN TEXTILE DOMINICANA INC. the following:----------------------------

A) Complete and accurate copies of the originals on English and their respective translations into Spanish the following documents of the following documents, which where duly legalized by a North American Public Notary certified in the General Consulate of Dominican Republic on New York and legalized in the Secretary of State of

Foreign Affairs:------------------------------------------------------------------------------------------------

1. Response to Counterclaim and Claim to Third on Joint Claim for the same Cause, addressed by my process server to the District Court of United States, South District of New York dated on August 27, 2007 by which my process server is defending himself of a previous claim against him before the same court by Banco Popular Dominicano C. por A. and submit a counter claim against such bank with presence of third parties, including my process servers.----------------------------------------------------------------------

2. "Summon to Third on Civil Action" dated on August 27, 2007 by which the referred North American Court order the summon of the referred third ones and grant a reasonable term to submit their defenses, if any, regarding such main claim of Banco Popular Dominicano as the referred counterclaim, and

3. "Order of Conference" of the Court of the District of United States South District of New York, dated on September 21st 2007 by which the referred US court order to held a "Pre Trial Conference regarding the referred dispute and fix such conference for December 7, 2007 at two hours fifteen minutes in the afternoon (2:15 p.m.)-----------

B) As a consequence my process server: 1. SUMMON to my summoned that in a term no longer than twenty (20) calendar days, from the date of notification of this act, to produce her response or defense regarding such claims and submit or notify them, in any truth way , the lawyer constituted by my process server, in office indicated at the beginning of this act, to the court empowered of the referred claims, to the following address: United States District Court for the Southern District of New York, 500 pearls Street, New York, New York 10007, to the attention of Clerk of the Court and 2. INVITE in the event that where deemed appropriated to legally appear to the "Pre trial Conference" to be held in such Court at two hours fifteen minutes in the afternoon (2:15 p.m.) on December 7, 2007 in the Court Room No. 17C on Court Daniel Patric Moyniha US Courthouse, WARNING that even their presence is not obligatory, their fault of response such claims could bear not desirables consequences for the summoned.-----

UNDER ALL KIND OF RESERVES.-----------------------------------------------------------

And with the same requirements, constitution of lawyer, election of domicile and further mentions indicated above. I acting bailiff traveled as follow to the house registered on No. V-11 11th Street. Los Jardines Metropolitanos in this city, office of the lawyers J. GUILLERMO ESTRELLA RAMIA AND MARLIT BADIA TAVERAS, and once there with ---------------------------in her quality of Secretary, in accordance with what she said. I HAVE NOTIFIED  J. GUILLERMO ESTRELLA RAMIA AND MARLIT BADIA TAVERAS, in their quality as special lawyers constituted and empowered of the company SOUTHERN TEXTILE DOMINICANA INC. the procedure of force lien and validation of it submitted by such company in the hands of my process server and against INTERAMERICANA APPAREL INTERNATIONAL COMPANY, INC. complete copies of the present act and the heading documents for its knowledge and purposes appropriated in law. UNDER ALL KIND OF RESERVES.-------------

With the purpose that my process servers, the company SOUTHERN TEXTILE DOMINICANA INC. and J. GUILLERMO ESTRELLA RAMIA AND MARLIT BADIA TAVERAS could not allege ignorance I have notified and warned leaving complete copies of the present act and its annexes in the hands of the person that I spoke and referred above. This act is comprised by three (3) sheets and the documents heading forty (40), eighteen (18) of them in English and the remaining twenty two (22) in Spanish, for a total of forty three (43) sheets, all signed and sealed by me on originals and copies.
COST RD$1,500.00

I GIVE FAITH: THE BAILIFF

SEALS IN ORIGINAL DOCUMENT AFFIXED HERE

ACTO NUMERO _709/2007_

En la ciudad de Santiago de los Caballeros, Municipio y Provincia de Santiago, República Dominicana, a los _veinticuatro (24)_ días del mes de octubre del año dos mil siete (2007).----------------------------------------------------------------------------------------------------

A requerimiento de la empresa **LEVI' STRAUSS & CO.**, sociedad comercial organizada y existente de conformidad con las leyes de los Estados Unidos de América, con su domicilio y asiento social principal en Weston Corporate Ctr., Ste. 200, 2700So. Comerse Pkwy, Weston, Fl. 33331, U.S.A. y sucursal en la avenida "27 de febrero", Plaza Optimus, local No.A-23, de esta ciudad debidamente representada en este acto por su Gerente General, **RAFAEL DAVID TEJADA CASTILLO**, dominicano, mayor de edad, casado, empleado privado, domiciliado y residente en esta ciudad, portador de la Cédula de Identidad y Electoral No.031-0112644-3, la que tiene como abogado constituido y apoderado especial al **LICENCIADO LUIS FERNANDO DISLA MUNOZ**, dominicano, mayor de edad, casado, domiciliado y residente en esta ciudad, portador de la Cédula de Identidad y Electoral No.031-0082588-8, abogado de los Tribunales de la República, matriculado en el Colegio de Abogados de la República Dominicana bajo el No. 0079-1241, con estudio profesional abierto en el módulo 412 de la cuarta planta de la "Plaza Coral", ubicada en la esquina formada por la avenida "Bartolomé Colón" y la calle "Germán Soriano" de esta ciudad, donde mi requeriente hace formal elección de domicilio, para los fines y consecuencias legales del presente acto.----------------------------

Yo, **JUAN CARLOS LUNA PEÑA**, dominicano, mayor de edad, soltero, 031-0307963-2, Alguacil de la Segunda Sala Penal del Juzgado de Primera Instancia del Distrito Judicial de Santiago, domiciliado y residente en la casa marcada con el No.10 de la calle" 11" del sector Ensanche Bermúdez, de esta ciudad.-------------------------------------------------

**EXPRESAMENTE** y en virtud del anterior requerimiento me he trasladado, dentro de los límites de mi jurisdicción a la nave industrial marcada con el No.33 de la calle _S/N_ del Parque Industrial Santiago Norte (PISANO), ubicado en _la autopista J. Balaguer Km 7½ que_ es donde tiene su domicilio y asiento social la **SOUTHERN TEXTILE DOMINICANA, INC.** y una vez allí, hablando con _Eva Clara_, en su calidad de _Gerente General_, según me lo declaró y dijo ser, HE NOTIFICADO a la empresa **SOUTHERN TEXTILE DOMINICANA, INC.**, lo siguiente:--------------------------------------------------------------------------------------------

**A)** Copias íntegras y textuales, tanto de sus originales en lengua inglesa como de sus respectivas traducciones al idioma español, de los siguientes documentos, los cuales fueron debidamente legalizados por un Notario Público norteamericano, certificados en el Consulado General de la República Dominicana en Nueva York y legalizados en la Secretaría de Estado de Relaciones Exteriores:----------------------------------------------------

**1.** "Respuesta con Contra Demanda y Demanda de Tercero en Litigación Conjunta por la Misma Causa", dirigido por mi requeriente a la Corte de Distrito de Estados Unidos, Distrito Sur de Nueva York en fecha 27 de agosto de 2007, por la cual mi requeriente se defiende de una demanda previa que en su contra interpusiera por ante el mismo tribunal el Banco Popular Dominicano, C. por A. e interpone a su vez una contra demanda contra dicho banco, con puesta en causa de varios terceros, incluyendo a mis requeridos.-----------------------------------------------------------------------------------------

**2.** "Citación a Terceros en Acción Civil", de fecha 27 de agosto de 2007, mediante la cual la citada corte norteamericana ordena citar a los aludidos terceros y les otorga un plazo razonable para que presenten sus defensas, si las tuvieren, tanto respecto de la demanda principal del Banco Popular Dominicano como de la mencionada contrademanda, y -------

**3.** "Orden de Conferencia" de la Corte de Distrito de Estados Unidos, Distrito Sur de Nueva York, de fecha 21 de septiembre de 2007, mediante la cual el mencionado tribunal estadounidense ordena la celebración de una "**conferencia pre-juicio**" respecto de la mencionada litis y fija dicha conferencia para el día 7 de diciembre de 2007, a las dos horas y quince minutos de la tarde (2:15p.m.).------------------------------------------------------

**B)** Que, en consecuencia, mi requeriente: **1. INTIMA** a mi requerida para que en un plazo no mayor de veinte (20) días calendario, contados desde la fecha de notificación de este acto, produzca su respuesta o defensa en relación con dichas demandas y las envíe o comunique, de cualquier modo fehaciente, tanto al abogado constituido por mi requeriente, en su estudio indicado al principio de este acto, como al tribunal apoderado de las citadas demandas, a la siguiente dirección: United States District Court for the Southern District of New York, 500 Pearls Street, New York, New York 10007 attention: Clerk of the Court (Oficial de la Corte), y **2. LA INVITA** para que si lo considera pertinente, comparezca legalmente a la "**conferencia pre-juicio**" que celebrará dicha Corte a las dos horas y quince minutos de la tarde (2:15p.m.) del día 7 de diciembre de 2007, en el Salón de Corte No.17C, ubicado en la Corte Daniel Patrick Moynihan U.S. Courthouse, **ADVIRTIENDOLE** que aunque su asistencia a dicha conferencia no es obligatoria, su falta de respuesta a las demandas podría tener consecuencias indeseables para mi requerida.--------------------------------------------------------------------------------

BAJO TODA CLASE DE RESERVAS.---------------------------------------------------------

Y a los mismos requerimiento, constitución de abogado, elección de domicilio y demás menciones precedentemente indicadas, Yo, alguacil actuante, me he trasladado a continuación, a la casa marcada con el No.V-11 de la calle "11" del sector Jardines Metropolitanos de esta ciudad, que es donde tienen su estudio profesional los LICDOS. J. GUILLERMO ESTRELLA RAMIA Y MARLIT BADIA TAVERAS, y una vez allí, hablando con _Claret Bencici_ , en su calidad de _Secretaria_ , según me lo declaró y dijo ser, HE NOTIFICADO a los LICDOS. J. GUILLERMO ESTRELLA RAMIA Y MARLIT BADIA TAVERAS, en su común calidad de abogados constituidos y apoderados

2

especiales de la empresa **SOUTHERN TEXTILE DOMINICANA, INC.** en el procedimiento de embargo retentivo y de validación del mismo trabado por dicha empresa, en manos de mi requeriente y en contra de mi la **INTERAMERICANA APPAREL INTERNATIONAL COMPANY, INC.**, copias íntegras y textuales del presente acto y de los documentos que lo encabezan, para su conocimiento y fines que en derecho fueren de lugar. **BAJO TODA CLASE DE RESERVAS.**------------------------

Y a fin de que mis requeridos, la empresa **SOUTHERN TEXTILE DOMINICANA, INC.**, y los **LICDOS. J. GUILLERMO ESTRELLA RAMIA Y MARLIT BADIA TAVERAS** no puedan alegar ignorancia, así se los he notificado y advertido, dejándoles sendas copias íntegras del presente acto y de sus anexos en manos de las personas con las que dije haber hablado y que indico anteriormente. Este acto consta de tres (3) hojas y los documentos que lo encabezan de cuarenta (40), dieciocho (18) de ellas en inglés y las veintidós (22) restantes en español, para un total de cuarenta y tres (43) hojas, todas firmadas, selladas y rubricadas por mí, en original y copias.------

COSTO: RD$ 1,500.ºº



3