SRA FILE # 848-7001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Banco Popular Dominicano, C. Por A.,

                                Plaintiff and
                Counter-Claim Defendant,

                    -against-

Levi Strauss & Co.,

           Defendant and Third Party Plaintiff,

                    -against-

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.; QST
Dominicana LLC; US Paper & Chemical; Apparel
Machinery & Supply Co.; YKK Snap Fasteners
America, Inc; Southern Textile Dominicana Inc.;
Industria Cartonera Dominicana, S.A. (Smurfit):
The Graphic Label Group Dominicana, Inc.; and
Tag-It Pacific, Inc.,

                    Third Party Defendants.
-----------------------------------------------------------------x

**Index No.: No. 07 Civ. 6443 (LTS) (THK)**

**NOTICE OF APPEARANCE**

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

Enter the appearances of the undersigned as counsel in this case YKK SNAP FASTENERS AMERICA, INC. The undersigned certifies that he is admitted to practice in this court. Please include the undersigned in the email distribution list as jtaylor@sralawfirm.com.

Dated:     New York, New York
              November 20, 2007

Yours, etc.

STRONGIN ROTHMAN & ABRAMS, LLP

_____
JILL S. TAYLOR, ESQ. (JT-4731)
Attorneys for Defendant
YKK SNAP FASTENERS AMERICA, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300