UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA
LLC; US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN
TEXTILE DOMINICANA, INC; INDUSTRIA
CARTONERA DOMINICANA, S.A. (Smurfit);
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
NOV 2 7 2007

07 Civ. 6443 (LTS)(THK)

**ORDER FOR THE *PRO HAC VICE* ADMISSION OF MICHAEL M. EIDELMAN AND RANDALL M. LENDING**

    Third Party Defendant QST Dominicana LLC ("QST"), having moved pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admissions of Michael M. Eidelman and Randall M. Lending, each shareholders at Vedder, Price, Kaufman & Kammholz, P.C., as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel or advocate, it is ORDERED:

    That the motion herein is granted, and Michael M. Eidelman, Esq. and Randall M. Lending, Esq. are hereby permitted to argue or try this case in whole or in part as counsel.

    IT IS SO ORDERED.

DATED: November 27, 2007

Hon. Theodore H. Katz, U.S.M.J.
**LAURA TAYLOR SWAIN U.S.D.J.**

NEWYORK/#186368.1