# HERRICK

New York
Newark
Princeton



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 8 2007

MARY ELLEN SHUTTLEWORTH
Direct Tel:  212.592.1469
Direct Fax: 212.545.3391
Email: mshuttleworth@herrick.com

November 27, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

VIA FACSIMILE (# 212-805-0426)

The Honorable Laura Taylor Swain
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

Re:  *Banco Popular Dominicano, C. Por A. v. Levi Strauss & Co.*
     No. 07 Civ. 6443 (LTS) (THK)
     Adjourned Submission Date for Preliminary Pretrial Statement

Dear Judge Swain:

We represent the plaintiff/counter-claim defendant Banco Popular Dominicano, C. Por A. in the referenced action. I write with the consent of the parties seeking to adjourn the submission date for the preliminary pretrial statement from November 30, 2007 until **December 4, 2007**.

By copy of this letter, we also inform all parties that the pretrial conference has been rescheduled to December 6, 2007 at 2:00 in Courtroom 17C at 500 Pearl Street.

Respectfully,

Mary Ellen Shuttleworth

cc: Robert L. Eisenbach, Esq. (via email)
    Gregory Plotko, Esq. (via email)
    Randall M. Lending, Esq. (via email)
    Charles Caranicas, Esq. (via email)
    Jill Taylor, Esq. (via email)

The preliminary pretrial statement shall be filed, and a courtesy copy faxed to Chambers, by 2:00pm on December 4, 2007.

SO ORDERED.

_____  11/28/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Faxed to PIA Counsel
Copies mailed
Chambers of Judge Swain  11-28-07

HERRICK, FEINSTEIN LLP
A New York limited
liability partnership
including New York
professional corporations

2 Park Avenue New York, NY 10016 • Tel 212.592.1400 • Fax 212.592.1500 • www.herrick.com

** TOTAL PAGE.02 **