

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

PLAINTIFF
    Banco Popular Dominicano, C. Por A.

V. DEFENDANT AND THIRD PARTY PLAINTIFF
    Levi Strauss & Co.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07 Civ. 6443 (LTS) (THK)

V. THIRD PARTY DEFENDANT
    Industria Cartonera Dominicana, S.A. (Smurfit)

To: Name and address of Third Party Defendant

    Industria Cartonera Dominicana, S.A. (Smurfit)
    1000 Sawgrass Corporate Parkway, Suite 120
    Sunrise, Florida 33323
    Attn: President

*RECEIVED SEP 1 4 2007 U.S.D.C. S.D.N.Y. CASHIERS*

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Mary Ellen Shuttleworth, Esq.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016

| DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
| (name and address)
| COOLEY GODWARD KRONISH LLP
| 1114 Avenue of the Americas
| New York, NY 10036
| Attn: Ronald R. Sussman, Esq.
| (212) 479-6000
|
| -and-
| Attn: Robert L. Eisenbach III, Esq.
| 101 California Street, 5th Floor
| San Francisco, CA 94111-5800

an answer to the third-party complaint which is served on you with this summons, within _____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 2 7 2007

CLERK _____    DATE _____
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                                      *Signature of Server*

                                                 _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of New York

Index Number: 07 CIV.6443 (LTS) (T                                   Date Filed: 8/27/2007

Plaintiff:
**BANCO POPULAR DOMINICANO, C. POR A.**

vs.

Defendant:
**LEVI STRAUSS & CO**

For:
COOLEY GODWARD KRONISH LLP
1114 Avenue Of The Americas
New York, NY 10036

Received by J. A. WRIGHT & ASSOCIATES to be served on **INDUSTRIA CARTONERA DOMINICANA, S.A. (SMURFIT), 1000 SAWGRASS CORPORATE PARKWAY, SUITE 120 SUNRISE, FLORIDA 33323**.

I, JAMES A. WRIGHT, FCI,LPI, being duly sworn, depose and say that on the **29th day of August, 2007** at **4:30 pm**, I:

Served a **THIRD PARTY SUMMONS IN A CIVIL CASE** upon MARIA CABRE, PURCHASING MANAGER who is authorized to accept service on behalf of INDUSTRIA CARTONERA DOMINICANA, S.A. (SMURFIT) the deponent/witness/party.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Hispanic, Height: 5' 5", Weight: 120, Hair: Brown, Glasses: N

I certify that I am more than 18 years of age; that I have no interest in the above cause of action; and that I am a private investigator in good standing in the county and/or in the judicial circuit, in which this process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated therein are true and correct.

JAMES A. WRIGHT, FCI,LPI
C9300569

J. A. WRIGHT & ASSOCIATES
Post Office Box 770385
Coral Springs, FL 33077
(954) 720-9194

Subscribed to and Sworn to before me on the 30th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

CHERYL BRUCE
Notary Public - State of Florida
My Commission Expires Nov 6, 2009
Commission # D 488270
Bonded By National Notary Assn.

Our Job Serial Number: 2007000319
Ref: BANCO V LEVI

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5a