UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x
BANCO POPULAR DOMINICANO, C. POR A.,      :  **[Document electronically filed]**
                                          :
      Plaintiff and                       :
      Counter-Claim Defendant,            :
vs.                                       :  NO. 07 Civ. 6443 (LTS) (THK)
                                          :
LEVI STRAUSS & CO.,                       :
                                          :  **CERTIFICATE OF SERVICE**
      Defendant and                       :
      Third Party Plaintiff,              :
vs.                                       :
                                          :
INTERAMERICANA APPAREL COMPANY, INC;      :
INTERAMERICANA PRODUCTS INTERNATIONAL, S.A. :
QST DOMINICANA LLC; US PAPER & CHEMICAL;  :
APPAREL MACHINERY & SUPPLY CO.; YKK SNAP  :
FASTENERS AMERICA, INC.; SOUTHERN TEXTILE :
DOMINICANA, INC.; INDUSTRIA CARTONERA     :
DOMINICANA, S.A. (SMURFIT); THE GRAPHIC LABEL :
GROUP DOMINICANA, INC.; AND TAG-IT PACIFIC, :
INC.,                                     :
                                          :
      Third Party Defendants.             :
---------------------------------------------------------------------- x

    I, Mary Ellen Shuttleworth, do hereby certify that on November 29, 2007, I caused a true copy of the Memo Endorsement, dated November 28, 2007, to be served by regular mail upon the following parties:

    Gregory Plotko, Esq.
    COOLEY GODWARD KRONISH LLP
    *Attorneys for Defendant and Third Party Plaintiff*
    *Levi Strauss & co.*
    1114 Avenue of the Americas
    New York, NY 10036
    (212) 479-6146

    Jill Taylor, Esq.
    Howard F. Strongin, Esq.
    STRONGIN ROTHMAN & ABRAMS, LLP
    *Attorneys for Third Party Defendant*
    *YKK Snap Fasteners America Inc.*
    50 Broadway, Suite 2003
    New York, NY 10004
    (212) 931-8300

Charles Caranicas, Esq.
VEDDER PRICE KAUFMAN & KAMMHOLZ, PC
*Attorneys for Third-Party Defendant*
*QST Dominicana, LLC*
1633 Broadway, 47th Floor
New York, NY  10019
(212) 407-7700


The Graphic Label Group, Inc.
201 4th Street
Suite 207
Oakland, California 94607

Cartonera Dominicana, S.A. (Smurfit)
1000 Sawgrass Corporate Parkway
Suite 120
Sunrise, Florida 33323

Southern Textile Dominicana, Inc.
c/o Precision Custom Cutting
200 Maltese Drive
Totowa, New Jersey 07512

Tag-It Pacific, Inc.
21900 Burbank Blvd.
Woodland Hills, California 91367

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, Pennsylvania 19134

U.S. Paper and Chemical
206 Mohican Road
Canadensis, Pennsylvania 18325

Interamericana Products International, S.A.
3345 N.W., 116th Street
Miami, Florida 33176

Interamericana Apparel Company, Inc.
3345 N.W., 116th Street
Miami, Florida 33176


                                            /s/ Mary Ellen Shuttleworth
                                            Mary Ellen Shuttleworth

# HERRICK

New York
Newark
Princeton

**MARY ELLEN SHUTTLEWORTH**
Direct Tel: 212.592.1469
Direct Fax: 212.545.3391
Email: mshuttleworth@herrick.com

November 27, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not] [send?] such certification to Chambers.

<u>VIA FACSIMILE (# 212-805-0426)</u>

The Honorable Laura Taylor Swain
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

Re:   *Banco Popular Dominicano, C. Por A. v. Levi Strauss & Co.*
      No. 07 Civ. 6443 (LTS) (THK)
      <u>Adjourned Submission Date for Preliminary Pretrial Statement</u>

Dear Judge Swain:

We represent the plaintiff/counter-claim defendant Banco Popular Dominicano, C. Por A. in the referenced action. I write with the consent of the parties seeking to adjourn the submission date for the preliminary pretrial statement from November 30, 2007 until **December 4, 2007**.

By copy of this letter, we also inform all parties that the pretrial conference has been rescheduled to December 6, 2007 at 2:00 in Courtroom 17C at 500 Pearl Street.

Respectfully,

Mary Ellen Shuttleworth

cc:   Robert L. Eisenbach, Esq. (via email)
      Gregory Plotko, Esq. (via email)
      Randall M. Lending, Esq. (via email)
      Charles Caranicas, Esq. (via email)
      Jill Taylor, Esq. (via email)

*The preliminary pretrial statement shall be filed, and a courtesy copy faxed to chambers, by 2:00pm on December 4, 2007.*

SO ORDERED.

11/28/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Herrick, Feinstein LLP
A New York limited liability partnership including New York professional corporations

2 Park Avenue, New York, NY 10016 • Tel 212.592.1400 • Fax 212.592.1500 • www.herrick.com