UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

Banco Popular Dominicano, C. Por A., :

       Plaintiff and :
       Counter-Claim Defendant,
       :

vs. :

Levi Strauss & Co., :

       Defendant and
       Third Party Plaintiff, :       INDEX No. No. 07 Civ. 6443 (LTS) (THK)

       :       **CLERK'S CERTIFICATE**

vs. :

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

       Third Party Defendants.

------------------------------------- X

1394146 v1/NY

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this interpleader action commenced on August 27, 2007 with the filing of a summons and third-party complaint, a copy of the summons and third-party complaint was served on the third-party defendant **Apparel Machinery & Supply Corp.** by serving Cheryl Bacharach, the third-party defendant's manager, at the third party defendant's principal place of business in Philadelphia, Pennsylvania, and proof of such service thereof was filed on September 13, 2007.

I further certify that the docket entries indicate that the third party defendant has not filed an answer or otherwise moved with respect to the third party complaint herein. The default of the third party defendant is hereby noted.

Dated: New York, New York
_____

**J. MICHAEL MCMAHON**
Clerk of the Court

By: _____
Deputy Clerk