UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

Banco Popular Dominicano, C. Por A., :

Plaintiff and :
Counter-Claim Defendant, :

vs. :

Levi Strauss & Co., :

Defendant and :
Third Party Plaintiff, :

vs. :

Interamericana Apparel Company, Inc.; Interamericana Products International, S.A.; QST Dominicana LLC; US Paper & Chemical; Apparel Machinery & Supply Co.; YKK Snap Fasteners America, Inc.; Southern Textile Dominicana, Inc.; Industria Cartonera Dominicana, S.A. (Smurfit); The Graphic Label Group Dominicana, Inc.; and Tag-It Pacific, Inc., :

Third Party Defendants.

------------------------------------- x

INDEX No. No. 07 Civ. 6443 (LTS) (THK)

**CLERK'S CERTIFICATE**

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this interpleader action commenced on August 27, 2007 with the filing of a summons and third-party complaint, a copy of the summons and third-party complaint was served on the third-party defendant **The Graphic Label Group Dominicana, Inc.** by serving Matthew Gowdy, the third-party defendant's vice president, at the third party defendant's principal place of business in Oakland, California, and proof of such service thereof was filed on September 13, 2007.

I further certify that the docket entries indicate that the third party defendant has not filed an answer or otherwise moved with respect to the third party complaint herein. The default of the third party defendant is hereby noted.

Dated: New York, New York
Nov 30, 2007

**J. MICHAEL MCMAHON**
Clerk of the Court

By: ______________________
Deputy Clerk