**SERVICE LIST**

Charles Spencer Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. Lasalle Street, Suite 2600
Chicago, IL 60601
*Counsel for QST Dominicana, LLC*

Mary Ellen Shuttleworth, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
*Counsel for Banco Popular Dominicano, C. Por A.*

Howard F. Strongin
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, NY 10004
*Counsel for YKK Snap Fasteners America Inc.*

Marlit Badia Taveras and J. Guillermo Estrella Ramia
Estrella & Tupete
Call 11 No. V-11
Jardines Metropolitanos
Santiago, República Dominicana
*Counsel for Southern Textile Dominicana Inc. and US Paper and Chemical*

Miguel Mauricio Duran, Eduardo Trueba Leyba, Jose Ramon Vegga Battle, Dioris A. Gomez
Scotia Bank Building
Del Sol Street No. 56 at Mella Street
Santiago de los Caballeros, Dominican Republic
*Counsel for Interamericana Apparel, Inc. and Interamericana Products International, S.A.*

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, Pennsylvania  19134

The Graphic Label Group, Inc.
201 4th Street
Suite 207
Oakland, California  94607

Industria Cartonera Dominicana, S.A. (Smurfit)
1000 Sawgrass Corporate Parkway
Suite 120
Sunrise, Florida  33323

Daniel I. Goldberg
Salon Marrow Dyckman Newman & Broudy, LLP
292 Madison Avenue
New York, New York 10017
*Counsel for Precision Custom Coatings, Inc.*

1397968 v1/NY