**SR&A**  STRONGIN ROTHMAN & ABRAMS, LLP

NEW YORK
50 Broadway, Suite 2003
New York, NY 10004
Tel 212.931.8300 • Fax 212.931.8319

NEW JERSEY
70 South Orange Ave., Suite 240
Livingston, NJ 07039
Tel 973.758.9301 • Fax 973.758.9302

WWW.SRALAWFIRM.COM

JILL S. TAYLOR
jtaylor@sralawfirm.com
Direct 212.931.8305

December 17, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 8 2007

VIA FACSIMILE (212) 805-0426
Hon. Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: Banco Popular v. Levi Strauss, et al.
Docket No.: ~~07cv6433~~(LTS)(THK)   07cv6443
Our File No.: 848-7001

Dear Judge Swain:

This office represents Defendant YKK Snap Fasteners America, Inc. ("YKK") in the above-referenced action.

I am writing to advise the court, and my adversaries, of a change in YKK's position on Jurisdiction (Section B), as set forth in the Preliminary Pretrial Statement. Upon further consultation with our client, YKK no longer finds that the Southern District of New York is the proper venue for this action. YKK supports QST Dominicana LLC's Motion to Dismiss for Forum Non Conveniens, and will submit papers supporting the transfer of venue to the Dominican Republic.

I thank the court for its courtesies and consideration.

Respectfully submitted,

JILL S. TAYLOR

JST/am
Enclosure

cc:

VIA FACSIMILE (212) 479-6275
Gregory Plotko, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036

*Any such submission shall not exceed 5 pages in total length (12 point type, 1" margins).*

SO ORDERED.

LAURA TAYLOR SWAIN  12/17/2007
UNITED STATES DISTRICT JUDGE



VIA FACSIMILE (212) 545-3391
Mary Ellen Shuttleworth, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

VIA FACSIMILE: (212) 407-7799
Charles Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019