UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

| | |
|---|---|
| Banco Popular Dominicano, C. Por A., | : |
|        Plaintiff and Counter-Claim Defendant, | : |
| vs. | : |
| Levi Strauss & Co., | :   INDEX No. No. 07 Civ. 6443 (LTS) (THK) |
|        Defendant and Third Party Plaintiff, | : |
| vs. | : |
| Interamericana Apparel Company, Inc.; Interamericana Products International, S.A.; QST Dominicana LLC; US Paper & Chemical; Apparel Machinery & Supply Co.; YKK Snap Fasteners America, Inc.; Southern Textile Dominicana, Inc.; Industria Cartonera Dominicana, S.A. (Smurfit); The Graphic Label Group Dominicana, Inc.; and Tag-It Pacific, Inc., | :   **CERTIFICATE OF SERVICE** |
|        Third Party Defendants. | : |

----------------------------------------- X

1402371 v1/NY

## **CERTIFICATE OF SERVICE**

I, Brian W. Byun, do hereby certify that on December 19, 2007 I caused a true copy of the Reply of Levi Strauss & Co. to Response by Banco Popular Dominicana, C. Por A. to the Limited Objection of Levi Strauss & Co. to QST Dominicana, LLC's Motion to Dismiss for *Forum Non Conveniens* to be served by Federal Express upon the following parties:

Charles Spencer Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. Lasalle Street, Suite 2600
Chicago, IL 60601
*Counsel for QST Dominicana, LLC*

Mary Ellen Shuttleworth, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
*Counsel for Banco Popular Dominicano, C. Por A.*

Howard F. Strongin
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, NY 10004
*Counsel for YKK Snap Fasteners America Inc.*

Marlit Badia Taveras and J. Guillermo Estrella Ramia
Estrella & Tupete
Call 11 No. V-11
Jardines Metropolitanos
Santiago, República Dominicana
*Counsel for Southern Textile Dominicana Inc. and US Paper and Chemical*

Miguel Mauricio Duran, Eduardo Trueba Leyba, Jose Ramon Vegga Battle, Dioris A. Gomez
Scotia Bank Building
Del Sol Street No. 56 at Mella Street
Santiago de los Caballeros, Dominican Republic
*Counsel for Interamericana Apparel, Inc. and Interamericana Products International, S.A.*

Apparel Machinery & Supply Co.
1836 East Ontario Street
Philadelphia, Pennsylvania 19134

The Graphic Label Group, Inc.
201 4th Street
Suite 207
Oakland, California  94607

Industria Cartonera Dominicana, S.A. (Smurfit)
1000 Sawgrass Corporate Parkway
Suite 120
Sunrise, Florida  33323

Daniel I. Goldberg
Salon Marrow Dyckman Newman & Broudy, LLP
292 Madison Avenue
New York, New York 10017
*Counsel for Precision Custom Coatings, Inc.*

    /s/Brian W. Byun_____
Brian W. Byun (BB-3009)