# HERRICK

NEW YORK
NEWARK
PRINCETON

**MARY ELLEN SHUTTLEWORTH**
Direct Tel: 212.592.1469
Direct Fax: 212.545.3391

Email: mshuttleworth@herrick.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 20 2007

**MEMO ENDORSED**

December 19, 2007

**VIA FACSIMILE & REGULAR MAIL**

The Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312
Fax: (212) 805-0426

Re: *Banco Popular Dominicano, C. Por A. v. Levi Strauss & Co.*
No. 07 Civ. 6443 (LTS) (THK)

Dear Judge Swain:

We represent the plaintiff/counter-claim defendant Banco Popular Dominicano, C. Por A. ("BPD") in the referenced action. At the initial pretrial conference on December 6, 2007, Your Honor directed the parties to begin meeting with Judge Katz for settlement and pretrial purposes by January 18, 2008. Due to the holidays and scheduling conflicts among the parties, the first available date for the parties to meet with Judge Katz is January 24, 2008. With the Court's permission, we would like to confirm this date with Judge Katz' chambers.

Respectfully submitted,

Mary Ellen Shuttleworth

*The request is granted.*

cc: Charles Spencer Caranicas, Esq. (via email)
Michael M. Eidelman, Esq. (via email)
Randall M. Lending, Esq. (via email)
Howard F. Strongin, Esq. (via email)
Ronald R. Sussman, Esq. (via email)
Jill Suzanne Taylor, Esq. (via email)

SO ORDERED.

12/19/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

HERRICK, FEINSTEIN LLP
A New York limited liability partnership including New York professional corporations

2 PARK AVENUE, NEW YORK, NY 10016 • TEL 212.592.1400 • FAX 212.592.1500 • www.herrick.com
HF 3911987 v.1 #12878/0001 12/19/2007 05:14 PM