UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

**RULE 26(a) INITIAL DISCLOSURES**

## THIRD PARTY DEFENDANT'S FRCP 26(a) INITIAL DISCLOSURES

Third Party Defendant QST Dominicana, LLC ("QST"), by its attorneys, Vedder, Price Kaufman & Kammholz, P.C., hereby makes its initial disclosures to all parties having appeared in this action pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, as follows:

**Rule 26(a)(1)(A)** - Individuals likely to have discoverable information that QST may use in support of its claims:

    1.    Albert Madera – General Manager.

    2.    Trevor Kussman – Vice President, International Finance and Operations.

3. Jeffery Carlevato – Treasurer, Chief Financial Officer, Chief Operations Officer.

4. Tom Stroponiatis – Corporate Credit Manager.

QST reserves the right to supplement this list.

**Rule 26(a)(1)(B)** – Documents that may be used in support of QST's claims:

1. Judgment from the Second Court of the Civil and Commercial Chamber of the First Instance in the Legal District of Santiago, Dominican Republic against Interamericana Apparel Company and against LS&CO in favor of QST in the amount of $931,496.64 (the "DR Judgment").

2. Certified English translation of the DR Judgment.

3. Embargo served upon LS&CO by QST on or about February 21, 2007.

The documents listed above are enclosed herewith. QST reserves the right to supplement this list.

**Rule 26(a)(1)(C) – Computation of Damages**

QST's damages are reflected by the aforementioned DR Judgment in the amount of $931,496.64 plus interest.

**Rule 26(a)(1)(C) – Insurance Policy**

Not Applicable.

Dated: New York, New York
December 20, 2007

Respectfully submitted,

**VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.**

By: _____
Charles Caranicas (CC 9244)

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Michael M. Eidelman, Esq.
Randall M. Lending, Esq.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Attorneys for Third Party Defendant
*QST Dominicana LLC*

3

NEWYORK/#189577.1