

Poder Judicial
República Dominicana.

Yo, Angelita Grullón Paulino, Secretaria Titular de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, Certifico y doy fe: Que en los archivos puestos a mi cargo existe una sentencia que copiada textualmente dice lo siguiente:

**Dios, Patria y Libertad**
**Sentencia Civil No. 1788**
**"En nombre de la República"**

En la ciudad de Santiago de los Caballeros, Municipio y Provincia de Santiago, República Dominicana, al primero (1°) día del mes de octubre del año dos mil siete (2007), años 164 de la Independencia y 144 de la Restauración, de la República.

LA SEGUNDA SALA DE LA CÁMARA CIVIL Y COMERCIAL DEL JUZGADO DE PRIMERA INSTANCIA DEL DISTRITO JUDICIAL DE SANTIAGO, regularmente constituida en el local donde acostumbra celebrar sus audiencias, sito uno de los departamentos de la tercera planta del Palacio de Justicia de esta ciudad, integrada por el Magistrado Juez, Samuel Guzmán Fernández, asistido de la infrascrita Secretaria, ha rendido en atribuciones civiles y en audiencia pública, la Sentencia que sigue:

Con motivo de la demanda en VALIDEZ DE EMBARGO RETENTIVO incoada a requerimiento de QST DOMINICANA LLC, compañía organizada y existente de conformidad con las leyes de los Estados Unidos de América, con asiento y domicilio social ad-hoc en el Caribean Industrial Park, Zona Franca de Matanzas, Santiago de los Caballeros, República Dominicana, entidad debidamente representada por el señor Albert Madera Polanco, dominicano, mayor de edad, soltero, portador de la cédula de identidad y electoral No.002-0127741-5, domiciliado y residente en esta ciudad de Santiago de los Caballeros , quien tiene como abogados constituidos y apoderados especiales a los Licenciados Marlit Badia Taveras y J. Guillermo Estrella Ramia, en contra de INTERAMERICANA APPAREL COMPANY, quien tiene como abogado y apoderados especiales a los Licenciados Miguel Durán, José Ramón Vega y Eduardo Trueba.

Oída la Lectura del Rol, por el Alguacil de Estrados Abdiel José Álvarez.

Oído a los LICENCIADOS MARLIT BADÍA TAVERAS y RODOLFO COLON por si y por el Licenciado J. GUILLERMO ESTRELLA RAMIA, en representación de la parte demandante, concluir de la manera siguiente:

PRIMERO: Que sea declarado a Interamericana Apparel Company al pago inmediato de la suma de novecientos treinta y un mil cuatrocientos noventa y seis dólares norteamericanos con 64/100 (US$931,496.64), por concepto de facturas adeudadas. SEGUNDO: Que se condenado Interamericana Apparel Company al pago de los intereses legales de dicha suma calculados a partir del día de interpuesta la demanda en justicia. TERCERO: Que sean declarados regulares y válidos los embargos retentivos, trabados mediante actos Nos. 148/2007 de fecha 21 de febrero de 2007 y 155/2007 de fecha 22 de febrero de 2007, ambos actos instrumentados por la ministerial Yira Rivera Raposo, por ser justo en cuanto al fondo, y regular en la forma. CUARTO: En cuanto al fondo, sea declarado que las sumas que los terceros embargados se reconozcan deudores de Interamericana Apparel Company, sean pagadas validamente en manos de Qst Dominicana LLC, en deducción y hasta la concurrencia



Poder Judicial
República Dominicana.

del monto de su crédito, en principal y accesorios de derecho. QUINTO: Que sea condenado a Interamericana Apparel Company al pago de las costas del procedimiento, ordenando su distracción en provecho de los licenciados Marlit Badía, y J. Guillermo Estrella Ramia, quienes afirman haberlas avanzado en su totalidad. SEXTO: Solicita un plazo de 15 días.

Oído al LICENCIADO MIGUEL DURAN por sí y por el Licenciado JOSE RAMON VEGA y EDUARDO TRUEBA, concluir: 1° Solicita el aplazamiento de la presente audiencia para la comunicación de documentos en razón de que la demandada debe verificar y cotejar la totalidad de las facturas depositadas por la parte demandante; 2° Que sean sobreseídas las conclusiones de la parte demandante.

Oída a la LICENCIADA MARLIT BADIA en su referida calidad, oponerse a la prórroga de la audiencia.

El juez resuelve: 1° Rechaza las conclusiones de la parte demandada, tendentes a que sea ordenada otra prórroga de la comunicación de documentos, ordenada por sentencia anterior, por esta medida de instrucción haber precluido; 2° Ordena la continuación del conocimiento de la audiencia.

Oído nuevamente al LICENCIADO MIGUEL DURAN, por sí y por el Licenciado JOSE RAMON VEGA y EDUARDO TRUEBA, en representación de la parte demandada, concluir de la manera siguiente:

PRIMERO: Que sea rechazada en todas sus partes la demanda interpuesta por Qst Dominicana LLC, en contra de Interamericana Apparel Company, mediante acto No.1558/2007, de la Ministerial Yira Rivera Raposo. SEGUNDO: Que sea rechazada el embargo retentivo contenido en dicha demanda. TERCERO: Que sea condenado al pago de las costas del procedimiento en provecho del abogado concluyente. CUARTO: Que se le otorgue un plazo a fin de depositar escrito motivado de las presentes conclusiones.

## AUTOS VISTOS:

RESULTA: Que con motivo de una instancia dirigida por la parte demandante, este tribunal dictó la ordenanza civil No. 281 de fecha 13 de febrero del año 2007, cuya parte dispositiva dice lo siguiente: **Primero:** Autoriza a Qst Dominicana, LLC, a embargar Conservatoriamente los bienes propiedad de Interamericana Apparel Company, por la suma de Novecientos Treinta y un Mil Cuatrocientos Noventa y Seis dólares con 64/100 (US$931,496.64), que es el monto de la suma adeudada; **Segundo:** Autoriza a Qst Dominicana, LLC, a embargar retentivamente los bienes muebles, que detenten terceras personas propiedad de Interamericana Apparel Company, por la suma de Un Millón Ochocientos Sesenta y Dos Mil Novecientos Noventa y Tres dólares con 28/100 (US$1,862,993.28), que es el duplo de la suma adeudada; **Tercero:** Autoriza a Qst Dominicana, LLC, a inscribir una hipoteca judicial provisional los bienes inmuebles propiedad de Interamericana Apparel Company, por la suma de Novecientos Treinta y un Mil Cuatrocientos Noventa y Seis dólares con 64/100 (US$931,496.64), que es el monto de la suma adeudada; **Cuarto:** Fija en sesenta (60) días el plazo dentro del cual se deberá demandar



**Poder Judicial**
**República Dominicana.**

en validez y al fondo de las medidas ordenadas por este tribunal; **Quinto:** Declara ejecutoria la presente ordenanza, no obstante cualquier recurso.

**RESULTA:** Que por actos números 148/2007 de fecha 21 de febrero de 2007 y 155/2007 de fecha 22 de febrero del año 2007, ambos instrumentados por la ministerial Yira Rivera Raposo, alguacil Ordinaria de la Segunda Sala Penal e Santiago, actuando a requerimiento de QST DOMINICANA LLC, trabó embargo retentivo en perjuicio de INTERAMERICANA APPAREL COMPANY y entre las manos de LEVI STRAUSS & CO. Y GRUPO M, notificándoles que se que se opone formalmente a que paguen, entreguen o se desapoderen de cualesquiera sumas de dinero, muebles o valores mobiliarios que tengan o tuvieren, deban o debieren, detenten o pudieran detentar en capital e intereses, pertenecientes a cuenta (s) de Interamericana Apparel Company, a cualquier título y por cualquier causa que sea, DECLARANDOLES, que esta oposición es hecha para seguridad, conservación y obtención del pago de la suma de US$931,496.64, monto que asciende actualmente los valores adeudados por Interamericana Apparel Company, a mi requeriente, bajo reservas de los demás derechos, acciones, intereses y gastos de ejecución, cuyo embargo retentivo u oposición es hecho de conformidad con la ley en vigencia y hasta la concurrencia del doble de las causas del mismo, es decir, la suma de US$1,862,993.2.

**RESULTA:** Que por los mismos actos la parte demandante le notificó a la parte demandada, denuncia del embargo retentivo y citación en validez, emplazándolo a comparecer en la octava franca de ley por ante la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, a los fines y medios del acto, que consta en el expediente.

**RESULTA:** Que mediante auto dictado por la Presidencia de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, el cual figura en el expediente, el Juez de esta Sala fue designado para conocer la demanda de que se trata.

**RESULTA:** Que a persecución de la parte demandante, este Tribunal fijó para el día 29 de Marzo del año 2007, a las 9:00 A. M., la audiencia para el conocimiento de la demanda de que se trata, a la cual comparecieron los Licenciados Marlit Badía Taveras y el Licenciado Manuel Espinal en representación de la parte demandante y el Licenciado Yoris Gómez en representación de la parte demandada. La parte demandante solicita una comunicación recíproca de los documentos. La parte demandada no se opone y solicita un plazo de 15 días a partir del vencimiento y además para depositar y tomar comunicaron de los documentos depositados por la parte demandante. **El Tribunal Falla:** 1° Aplaza el conocimiento de la presente audiencia para el día jueves 17-05-07, a las 9: 00 A. M., a fin de ordenar una comunicación recíproca de documentos por secretaría en un plazo de 15 días comunes para depositar y al vencimiento un plazo igual para tomar comunicación de los mismos sin desplazamiento. 2° Reserva las costas y quedan citadas las partes representadas.

**RESULTA:** Que en la audiencia del 17 de mayo del 2007, comparecieron ambas parte representadas por sus respectivos abogados, la parte demandante solicita prórroga de comunicación de documentos con la misma modalidad y plazo. La parte demandada no se opone. **El Tribunal Falla:** 1° Aplaza el conocimiento de la presente audiencia para el día martes 21-06-07, a fin de ordenar una prórroga de la comunicación de documentos ordenada



**Poder Judicial**
**República Dominicana.**

por sentencia anterior en la misma modalidad y plazo. 2° Reserva las costas y quedan citadas las partes representadas.

**RESULTA:** Que el día de la audiencia, comparecieron ambas partes representadas por sus respectivos abogados, quienes concluyeron a través de sus abogados, en la forma que figura copiada en otra parte de esta sentencia. **El Tribunal Falla:** 1° Concede a la parte demandante un plazo de 15 días para depositar escrito justificativo de las conclusiones y al vencimiento uno igual a la demandada a los mismos fines. 2° Reserva el fallo y las costas para una próxima audiencia.

**RESULTA:** Que en el expediente existen los siguientes documentos depositados: **1)** Factura número 72062783 de fecha 11/02/06, por la suma de ochocientos once dólares norteamericanos con 50/100 (US$811.50); **2)** Factura número 72062784 de fecha 11/02/06, por la suma de cincuenta y dos dólares con 80/100 (US$52.80); **3)** Factura número 72062821 de fecha 11/03/06, por la suma de cuatro mil ochocientos noventa y cuatro dólares norteamericanos con 59/100 (US$4,894.59); **4)** Factura número 72062822 de fecha 11/03/06, por la suma de mil ciento un dólares norteamericanos con 10/100 (US$1,101.10); **5)** Factura número 72062823 de fecha 11/03/06, por la suma de cuatro mil cuatrocientos uno dólares norteamericanos con 10/100 (US$4,401.10); **6)** Factura número 72062830 de fecha 11/03/06, por la suma de dos mil ochocientos treinta y siete dólares norteamericanos con 66/100.(US$2,837.66); **7)** Factura número 72062832 de fecha 11/03/06, por la suma de catorce mil trescientos cuarenta dólares norteamericanos con 55/100.(US$14,340.55); **8)** Factura número 72062833 de fecha 11/03/06, por la suma de cuatro mil cuarenta y ocho dólares norteamericanos con 80/100.(US$4,048.80); **9)** Factura número 72062834 de fecha 11/03/06, por la suma de mil seiscientos setenta dólares norteamericanos con 38/100 (US$1,670.38); **10)** Factura número 72062835 de fecha 11/03/06, por la suma de ciento cuarenta y ocho dólares norteamericanos con 00/100.(US$148.00); **11)** Factura número 72062836 de fecha 11/03/06, por la suma de dos mil veinticuatro dólares norteamericanos con 40/100 (US$2,024.40); **12)** Factura número 72062837 de fecha 11/03/06, por la suma de tres mil treinta y seis dólares norteamericanos con 60/100 (US$3,036.60); **13)** Factura número 72062838 de fecha 11/03/06, por la suma de cuatrocientos veinticuatro dólares norteamericanos con 48/100 (US$424.48); **14)** Factura número 72062839 de fecha 11/03/06, por la suma de trescientos tres dólares norteamericanos con 97/100 (US$303.97); **15)** Factura número 72062840 de fecha 11/03/06, por la suma de mil seiscientos ochenta y cuatro dólares norteamericanos con 80/100 (US$1,684.80); **16)** Factura número 72062901 de fecha 11/08/06, por la suma de quince mil setecientos noventa y siete dólares norteamericanos con 25/100 (US$15,797.25); **17)** Factura número 72062902 de fecha 11/08/06, por la suma de cinco mil trescientos ochenta y ocho dólares norteamericanos con 10/100.(US$5,388.10); **18)** Factura número 72062903 de fecha 11/08/06, por la suma de cinco mil quinientos ochenta dólares norteamericanos con 00/100 (US$5,580.00); **19)** Factura número 72062905 de fecha 11/08/06, por la suma de ochenta y dos dólares norteamericanos con 94/100 (US$82.94); **20)** Factura número 72062906 de fecha 11/08/06, por la suma de dos mil cinco dólares norteamericanos con 34/100 (US$2,005.34); **21)** Factura número 72062907 de fecha 11/08/06, por la suma de mil cuatrocientos sesenta y tres dólares norteamericanos con 62/100 (US$1,463.62); **22)** Factura número 72062908 de fecha 11/08/06, por la suma de mil ochocientos sesenta dólares norteamericanos con 00/100.(US$1,860.00); **23)** Factura número 72062909 de fecha 11/08/06, por la suma de quince mil ciento setenta y cinco dólares



**Poder Judicial**
**República Dominicana.**

norteamericanos con 44/100 (US$15,175.44); **24)** Factura número 72062910 de fecha 11/08/06, por la suma de doscientos veintidós dólares norteamericanos con 00/100 (US$222.00); **25)** Factura número 72062911 de fecha 11/08/06, por la suma de ciento setenta y cuatro dólares norteamericanos con 24/100 (US$174.24); **26)** Factura número 72062912 de fecha 11/08/06, por la suma de doscientos sesenta y siete dólares norteamericanos con 60/100 (US$267.60); **27)** Factura número 72062913 de fecha 11/08/06, por la suma de dos mil ochocientos trece dólares norteamericanos con 85/100 (US$2,813.85); **28)** Factura número 72062914 de fecha 11/08/06, por la suma de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60); **29)** Factura número 72063011 de fecha 11/10/06, por la suma de dos mil quinientos once dólares norteamericanos con 66/100.(US$2,511.66); **30)** Factura número 72063012 de fecha 11/10/06, por la suma de tres mil ochocientos treinta dólares norteamericanos con 40/100 (US$3,830.40); **31)** Factura número 72063013 de fecha 11/10/06, por la suma de dos mil seiscientos veinticinco dólares norteamericanos con 37/100 (US$2,625.37); **32)** Factura número 72063014 de fecha 11/10/06, por la suma de siete mil doscientos ochenta y siete dólares norteamericanos con 34/100 (US$7,287.34); **33)** Factura número 72063015 de fecha 11/10/06, por la suma de cinco mil quinientos uno dólares norteamericanos con 10/100 (US$5,501.10); **34)** Factura número 72063050 de fecha 13/11/06, por la suma de nueve mil trescientos sesenta y cuatro uno dólares norteamericanos con 32/100 (US$9,364.32); **35)** Factura número 72063051 de fecha 11/13/06, por la suma de novecientos veintitrés dólares norteamericanos con 76/100.(US$923.76); **36)** Factura número 72063052 de fecha 11/13/06, por la suma de trescientos treinta y uno dólares norteamericanos con 80/100 (US$331.80); **37)** Factura número 72063150 de fecha 11/15/06, por la suma de cinco mil cuatrocientos noventa y nueve dólares norteamericanos con 90/100.(US$5,499.90); **38)** Factura número 72063151 de fecha 11/15/06, por la suma de nueve mil cuatrocientos cincuenta dólares norteamericanos con 00/100.(US$9,450.00); **39)** Factura número 72063152 de fecha 11/15/06, por la suma de tres mil ciento diecinueve dólares norteamericanos con 55/100.(US$3,119.55); **40)** Factura número 72063153 de fecha 15/11/06, por la suma de de mil setecientos cuarenta y seis dólares norteamericanos con 21/100 (US$1,746.21); **41)** Factura número 72063154 de fecha 11/15/06, por la suma de ocho mil novecientos noventa dólares norteamericanos con 00/100 (US$8,990.00); **42)** Factura número 72063155 de fecha 11/15/06, por la suma de quince mil ochocientos sesenta y cuatro dólares norteamericanos con 00/100.(US$15,864.00); **43)** Factura número 72063156 de fecha 11/15/06, por la suma de tres mil ciento veinticinco dólares norteamericanos con 54/100 (US$1,125.54); **44)** Factura número 72063157 de fecha 11/15/06, por la suma de seiscientos ochenta y cinco dólares norteamericanos con 71/100 (US$685.71); **45)** Factura número 72063158 de fecha 11/15/06, por la suma de doscientos seis dólares norteamericanos con 00/100 (US$206.00); **46)** Factura número 72063219 de fecha 11/17/06, por la suma de mil un dólares norteamericanos con 25/100 (US$1,001.25); **47)** Factura número 72063220 de fecha 11/17/06, por la suma de mil cuatrocientos setenta dólares norteamericanos con 15/100 (US$1,470.15); **48)** Factura número 72063221 de fecha 11/17/06, por la suma de mil doscientos treinta y tres dólares norteamericanos con 23/100 (US$1,233.23); **49)** Factura número 72063222 de fecha 11/17/06, por la suma de  mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00); **50)** Factura número 72063223 de fecha 11/17/06, por la suma de mil ciento sesenta y seis dólares norteamericanos con 40/100 (US$1,166.40); **51)** Factura número 72063224 de fecha 11/17/06, por la suma de cuatro mil ciento noventa y un dólares norteamericanos con 26/100 (US$4,191.26); **52)** Factura número 72063225 de fecha 11/17/06, por la suma de trescientos cuarenta y ocho



**Poder Judicial**
**República Dominicana.**

dólares norteamericanos con 48/100 (US$348.48); **53)** Factura número 72063226 de fecha 11/17/06, por la suma de doscientos cinco dólares norteamericanos con 47/100 (US$205.47); **54)** Factura número 72063227 de fecha 11/17/06, por la suma de mil trescientos quince dólares norteamericanos con 86/100 (US$1,315.86); **55)** Factura número 72063228 de fecha 11/17/06, por la suma de dos mil ciento cuarenta y ocho dólares norteamericanos con 12/100 (US$2,148.12); **56)** Factura número 72063229 de fecha 11/17/06, por la suma de trescientos quince dólares norteamericanos con 36/100 (US$315.36); **57)** Factura número 72063234 de fecha 11/17/06, por la suma de dos mil doscientos sesenta y tres dólares norteamericanos con 25/100 (US$2,263.25); **58)** Factura número 72063236 de fecha 11/17/06, por la suma de cinco mil setecientos ochenta y siete dólares norteamericanos con 94/100 (US$5,787.94); **59)** Factura número 72063237 de fecha 11/17/06, por la suma de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **60)** Factura número 72063238 de fecha 11/17/06, por la suma de doscientos sesenta y siete dólares norteamericanos con 04/100 (US$267.04); **61)** Factura número 72063239 de fecha 11/17/06, por la suma de mil novecientos ochenta y siete dólares norteamericanos con 20/100 (US$1,987.20); **62)** Factura número 72063249 de fecha 11/20/06, por la suma de tres mil trescientos dólares norteamericanos con 00/100 (US$3,300.00); **63)** Factura número 72063250 de fecha 11/20/06, por la suma de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100 (US$444.00); **64)** Factura número 72063316 de fecha 11/22/06, por la suma de cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00); **65)** factura número 72063318 de fecha 11/22/06, por la suma de tres mil setecientos veinte dólares norteamericanos con 00/100 (US$3,720.00); **66)** Factura número 72063319 de fecha 11/22/06, por la suma de doce mil ochocientos cuarenta y dos dólares norteamericanos con 00/100 (US$12,842.00); **67)** Factura número 72063320 de fecha 11/22/06, por la suma de dos mil noventa y seis dólares norteamericanos con 64/100 (US$2,096.64); **68)** Factura número 72063321 de fecha 11/22/06, por la suma de mil doscientos cincuenta y tres dólares norteamericanos con 95/100 (US$1,253.95); **69)** Factura número 72063322 de fecha 11/22/06, por la suma de diez mil ochocientos noventa y cuatro dólares norteamericanos con 76/100 (US$10,894.76); **70)** Factura número 72063323 de fecha 11/22/06, por la suma de un monto de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **71)** Factura número 72063324 de fecha 11/22/06, por la suma de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60.); **72)** Factura número 72063325 de fecha 11/22/06, por la suma de seis mil treinta y siente dólares norteamericanos con 20/100 (US$6,037.20); **73)** Factura número 72063326 de fecha 11/22/06, por la suma de novecientos veintisiete dólares norteamericanos con 20/100 (US$927.20); **74)** Factura número 72063327 de fecha 11/22/06, por la suma de setecientos treinta y un dólares norteamericanos con 81/100 (US$731.81); **75)** Factura número 72063328 de fecha 11/22/06, por la suma de cuatrocientos ochenta dólares norteamericanos con 80/100 (US$480.80); **76)** Factura número 72063340 de fecha 11/22/06, por la suma de mil seiscientos ochenta y ocho dólares norteamericanos con 31/100 (US$1,688.31); **77)** Factura número 72063444 de fecha 11/24/06, por la suma de cuatro mil ochocientos cincuenta y uno dólares norteamericanos con 71/100 (US$4,851.71); **78)** Factura número 72063445 de fecha 11/24/06, por la suma de dos mil doscientos noventa y ocho dólares norteamericanos con 24/100 (US$2,298.24); **79)** Factura número 72063446 de fecha 11/24/06, por la suma de nueve dólares norteamericanos con 72/100 (US$9.72); **80)** Factura número 72063474 de fecha 11/27/06, por la suma de siete mil trescientos dieciséis dólares norteamericanos con 01/100 (US$7,316.01); **81)** Factura número 72063475 de fecha 11/27/06, por la suma de ocho mil doscientos ochenta y siete dólares norteamericanos con



**Poder Judicial**
**República Dominicana.**

16/100 (US$8,287.16); **82)** Factura número 72063476 de fecha 11/27/06, por la suma de seiscientos sesenta dólares norteamericanos con 00/100 (US$660.00); **83)** Factura número 72063558 de fecha 11/29/06, por la suma de trescientos dólares norteamericanos con 61/100 (US$300.61); **84)** Factura número 72063559 de fecha 11/29/06, por la suma de mil ochocientos sesenta dólares norteamericanos con 00/100 (US$1,860.00); **85)** Factura número 72063560 de fecha 11/29/06, por la suma de setecientos cincuenta y seis dólares norteamericanos con 86/100 (US$756.86); **86)** Factura número 72063561 de fecha 11/29/06, por la suma de dos mil doscientos cuarenta y tres dólares norteamericanos con 52/100 (US$2,243.52); **87)** Factura número 72063562 de fecha 11/29/06, por la suma de setecientos cincuenta y ocho dólares norteamericanos con 31/100 (US$758.31); **88)** Factura número 72063563 de fecha 11/29/06, por la suma de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **89)** Factura número 72063564 de fecha 11/29/06, por la suma de ciento treinta y ocho dólares norteamericanos con 04/100 (US$138.04); **90)** Factura número 72063565 de fecha 11/29/06, por la suma de setecientos dos dólares norteamericanos con 47/100 (US$702.47); **91)** Factura número 72063566 de fecha 11/29/06, por la suma de cuatrocientos ochenta y un dólares norteamericanos con 14/100 (US$481.14); **92)** Factura número 72063635 de fecha 12/01/06, por la suma de dos mil ochocientos ocho dólares norteamericanos con 96/100 (US$2,808.96); **93)** Factura número 72063680 de fecha 12/04/06, por la suma de quinientos cuarenta y cinco dólares norteamericanos con 18/100 (US$545.18); **94)** Factura número 72063681 de fecha 12/04/06, por la suma de trescientos diez dólares norteamericanos con 00/100 (US$310.00); **95)** Factura número 72063711 de fecha 12/05/06, por la suma de cuatro mil cuatrocientos treinta y cinco dólares norteamericanos con 20/100 (US$4,435.20); **96)** Factura número 72063748 de fecha 12/06/06, por la suma de cuatro mil doscientos diez dólares norteamericanos con 50/100 (US$4,210.50); **97)** Factura número 72063749 de fecha 12/06/06, por la suma de cinco mil ochocientos noventa norteamericanos con 00/100 (US$5,890.00); **98)** Factura número 72063750 de fecha 12/06/06, por la suma de mil doscientos setenta dólares norteamericanos con 40/100 (US$1,270.40); **99)** Factura número 72063751 de fecha 12/06/06, por la suma de seiscientos dieciocho dólares norteamericanos con 00/100 (US$618.00); **100)** Factura número 72063752 de fecha 12/06/06, por la suma de dos mil trescientos dólares norteamericanos con 80/100 (US$2,300.80); **101)** Factura número 72063753 de fecha 12/06/06, por la suma de cinco mil trescientos cuarenta y seis dólares norteamericanos con 32/100 (US$5,346.32); **102)** Factura número 72063790 de fecha 12/07/06, por la suma de cuatro mil trescientos cuarenta y cuatro dólares norteamericanos con 60/100 (US$4,344.60); **103)** Factura número 72063845 de fecha 12/08/06, por la suma de dos mil doscientos treinta y dos dólares norteamericanos con 00/100 (US$2,232.00); **104)** Factura número 72063846 de fecha 12/08/06, por la suma de mil doscientos dos dólares norteamericanos con 00/100 (US$1,202.00); **105)** Factura número 72063847 de fecha 12/08/06, por la suma de mil ochocientos sesenta y nueve dólares norteamericanos con 50/100 (US$1,869.50); **106)** Factura número 72063848 de fecha 12/08/06, por la suma de tres mil ciento ochenta y dos dólares norteamericanos con 40/100 (US$3,182.40); **107)** Factura número 72063860 de fecha 12/08/06, por la suma de dieciocho mil quinientos sesenta y ocho dólares norteamericanos con 23/100 (US$18,568.23); **108)** Factura número 72063961 de fecha 12/13/06, por la suma de mil trescientos setenta y un dólares norteamericanos con 69/100 (US$1,371.69); **109)** Factura número 72063962 de fecha 12/13/06, por la suma de cuatro mil doscientos cincuenta y siete dólares norteamericanos con 75/100 (US$4,257.75); **110)** Factura número 72063963 de fecha 12/13/06, por la suma de mil ochocientos cincuenta y cuatro dólares norteamericanos con 00/100 (US$1,854.00); **111)**



Poder Judicial
República Dominicana.

Factura número 72063964 de fecha 12/13/06, por la suma de dos mil cuatrocientos cuatro dólares norteamericanos con 00/100.(US$2,404.00); **112)** Factura número 72063965 de fecha 12/13/06, por la suma de trescientos treinta y cuatro dólares norteamericanos con 20/100 (US$334.20); **113)** Factura número 72064053 de fecha 12/18/06, por la suma de doscientos ochenta y siete norteamericanos con 62/100 (US$287.62); **114)** Factura número 72064054 de fecha 12/18/06, por la suma de cuatrocientos ochenta y nueve dólares norteamericanos con 60/100.(US$489.60); **115)** Factura número 72064055 de fecha 12/18/06, por la suma de dos mil doscientos cincuenta y uno dólares norteamericanos con 08/100.(US$2,251.08); **116)** Factura número 72064076 de fecha 12/19/06, por la suma de mil seiscientos noventa y tres dólares norteamericanos con 44/100 (US$1,693.44); **117)** Factura número 72064135 de fecha 01/11/07, por la suma de seis mil ciento cincuenta y un dólares norteamericanos con 10/100 (US$6.151.10); **118)** Factura número 72064136 de fecha 01/11/07, por la suma de siete mil setecientos cincuenta dólares norteamericanos con 00/100 (US$7,750.00); **119)** Factura número 72064153 de fecha 01/12/07, por la suma de mil seiscientos cincuenta dólares norteamericanos con 00/100 (US$1,650.00); **120)** Factura número 72064158 de fecha 01/12/07, por la suma de cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00); **121)** Factura número 72064159 de fecha 01/12/07, por la suma de doce mil doscientos cuarenta y cuatro dólares norteamericanos con 30/100.(US$12,244.30); **122)** Factura número 72064160 de fecha 01/12/07, por la suma de mil setenta y nueve dólares norteamericanos con 87/100 (US$1,079.87); **123)** Factura número 72064161 de fecha 01/12/07, por la suma de mil ochocientos veintitrés dólares norteamericanos con 27/100 (US$1,823.27); **124)** Factura número 72064162 de fecha 01/12/07, por la suma de cuatro mil seiscientos setenta dólares norteamericanos con 00/100 (US$4,670.00); **125)** Factura número 72064163 de fecha 01/12/07, por la suma de seiscientos cuarenta y siete dólares norteamericanos con 14/100 (US$647.14); **126)** Factura número 72064164 de fecha 01/12/07, por la suma de mil seiscientos sesenta y tres dólares norteamericanos con 20/100 (US$1,663.20); **127)** Factura número 72064165 de fecha 01/12/07, por la suma de mil ciento ochenta y cuatro dólares norteamericanos con 00/100.(US$1,184.00); **128)** Factura número 72064166 de fecha 01/12/07, por la suma de doscientos doce dólares norteamericanos con 22/100.(US$212.22); **129)** Factura número 72064167 de fecha 01/12/07, por la suma de cuatro mil ochocientos setenta y cuatro dólares norteamericanos con 69/100 (US$4,874.69); **130)** Factura número 72064202 de fecha 01/15/07, por la suma de ciento cuarenta y ocho dólares norteamericanos con 00/100 (US$148.00); **131)** Factura número 72064203 de fecha 01/15/07, por la suma de ciento setenta y cuatro dólares norteamericanos con 24/100.(US$174.24); **132)** Factura número 72064204 de fecha 01/15/07, por la suma de mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00); **133)** Factura número 72064292 de fecha 01/17/07, por la suma de doce mil trescientos dieciséis dólares norteamericanos con 16/100.(US$12,316.16); **134)** Factura número 72064293 de fecha 01/17/07, por la suma de trescientos cinco dólares norteamericanos con 25/100 (US$305.25); **135)** Factura número 72064294 de fecha 01/17/07, por la suma de doscientos veintidós dólares norteamericanos con 00/100.(US$222.00); **136)** Factura número 72064329 de fecha 01/18/07, por la suma de trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09); **137)** Factura número 72064330 de fecha 01/18/07, por la suma de diez mil novecientos ochenta y dos dólares norteamericanos con 60/100 (US$10,982.60); **138)** Factura número 72064331 de fecha 01/18/07, por la suma de trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09); **139)** Factura número 72064381 de fecha 01/19/07, por la suma de ocho mil cuatrocientos dólares norteamericanos con 00/100 (US$8,400.00);



**Poder Judicial**
**República Dominicana.**

140) Factura número 72064382 de fecha 01/19/07, por la suma de mil doscientos diez dólares norteamericanos con 00/100 (US$1,210.00); 141) Factura número 72064383 de fecha 01/19/07, por la suma de mil ochocientos setenta y dos dólares norteamericanos con 00/100 (US$1,872.00); 142) Factura número 72064384 de fecha 01/19/07, por la suma de ocho mil quinientos ochenta dólares norteamericanos con 68/100.(US$8,580.68); 143) Factura número 72064385 de fecha 01/19/07, por la suma de mil cuatrocientos treinta y ocho dólares norteamericanos con 08/100 (US$1,438.08); 144) Factura número 72064386 de fecha 01/19/07, por la suma de trescientos setenta y ocho dólares norteamericanos con 43/100 (US$378.43); 145) Factura número 72064387 de fecha 01/19/07, por la suma de veinte seis mil cincuenta dólares norteamericanos con 00/100 (US$26,050.20); 146) Factura número 72064388 de fecha 01/19/07, por la suma de cuatrocientos sesenta y seis dólares norteamericanos con 56/100 (US$466.56); 147) Factura número 72064389 de fecha 01/19/07, por la suma de cuatro mil quinientos treinta y dos dólares norteamericanos con 80/100 (US$4,532.80); 148) Factura número 72064390 de fecha 01/19/07, por la suma de mil cuarenta y tres dólares norteamericanos con 60/100 (US$1,043.60); 149) Factura número 72064391 de fecha 01/19/07, por la suma de cuatrocientos treinta y cuatro dólares norteamericanos con 16/100.(US$434.16); 150) Factura número 720643292 de fecha 01/19/07, por la suma de doscientos treinta dólares norteamericanos con 85/100 (US$230.85); 151) Factura número 720643293 de fecha 01/19/07, por la suma de cinco mil setecientos treinta y ocho dólares norteamericanos con 49/100 (US$5,738.49); 152) Factura número 72064439 de fecha 01/23/07, por la suma de mil dólares norteamericanos con 51/100.(US$1,000.51); 153) Factura número 72064440 de fecha 01/23/07, por la suma de mil doscientos veintidós dólares norteamericanos con 85/100 (US$1,222.85); 154) Factura número 72064467 de fecha 01/24/07, por la suma de once mil cuatrocientos cincuenta y nueve dólares norteamericanos con 52/100.(US$11,459.52); 155) Factura número 72064468 de fecha 01/24/07, por la suma de ochocientos sesenta y dos dólares norteamericanos con 18/100.(US$862.18); 156) Factura número 72064469 de fecha 01/24/07, por la suma de setecientos cuarenta y seis dólares norteamericanos con 78/100 (US$746.78); 157) Factura número 72064470 de fecha 01/24/07, por la suma de mil doscientos veintidós dólares norteamericanos con 37/100 (US$1,222.37); 158) Factura número 72064471 de fecha 01/24/07, por la suma de sesenta y tres dólares norteamericanos con 07/100.(US$63.07); 159) Factura número 72064472 de fecha 01/24/07, por la suma de mil cuatrocientos setenta y cuatro dólares norteamericanos con 02/100 (US$1,474.02); 160) Factura número 72064473 de fecha 01/24/07, por la suma de ochenta y siete dólares norteamericanos con 48/100 (US$87.48); 161) Factura número 72064474 de fecha 01/24/07, por la suma de de mil ochocientos setenta y dos dólares norteamericanos con 00/100.(US$1,872.00); 162) Factura número 72064551 de fecha 01/26/07, por la suma de mil cincuenta dólares norteamericanos con 00/100 (US$1,050.00); 163) Factura número 72064552 de fecha 01/26/07, por la suma de ochocientos dieciséis dólares norteamericanos con 20/100.(US$816.20); 164) Factura número 72064553 de fecha 01/26/07, por la suma de mil trescientos veinticuatro dólares norteamericanos con 40/100 (US$1,324.40); 165) Factura número 72064554 de fecha 01/26/07, por la suma de novecientos cincuenta dólares norteamericanos con 47/100.(US$950.47); 166) Factura número 72064555 de fecha 01/26/07, por la suma de mil novecientos cuatro dólares norteamericanos con 76/100 (US$1,904.76); 167) Factura número 72064556 de fecha 01/26/07, por la suma de quince mil ciento dos dólares norteamericanos con 40/100.(US$15,102.40); 168) Factura número 72064557 de fecha 01/26/07, por la suma de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); 169) Factura



**Poder Judicial**
**República Dominicana.**

número 72064558 de fecha 01/26/07, por la suma de ochocientos ochenta y cuatro dólares norteamericanos con 51/100.(US$884.51); **170)** Factura número 72064564 de fecha 01/30/07, por la suma de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100 (US$444.00); **171)** Factura número 72064565 de fecha 01/30/07, por la suma de cuarenta mil quinientos noventa dólares norteamericanos con 90/100 (US$40,590.90); **172)** Factura número 72064566 de fecha 01/30/07, por la suma de once mil seiscientos cuarenta y dos dólares norteamericanos con 40/100 (US$11,642.40); **173)** Factura número 72064567 de fecha 01/30/07 ascendente a un monto de siete mil cuatrocientos veintiocho dólares norteamericanos con 10/100 (US$7,428.10); **174)** Factura Número 72064568 de fecha 01/30/07, por la suma de mil cuatrocientos cincuenta dólares norteamericanos con 66/100 (US$1,450.66); **175)** Factura número 72064569 de fecha 01/30/07, por la suma de seiscientos noventa y ocho dólares norteamericanos con 22/100 (US$698.22); **176)** Factura Número 72064570 de fecha 01/30/07, por la suma de cien dólares norteamericanos con 35/100 (US$100.35); **177)** Factura número 72064571 de fecha 01/30/07, por la suma de dos mil cuatrocientos treinta y tres dólares norteamericanos con 60/100 (US$2,433.60); **178)** Factura número 72064572 de fecha 01/30/07, por la suma de doce mil novecientos dieciséis dólares norteamericanos con 80/100 (US$12,916.80); **179)** Factura número 72064573 de fecha 01/30/07, por la suma de doce mil quinientos sesenta y ocho dólares norteamericanos con 50/100 (US$12,560.50); **180)** Factura número 72064574 de fecha 01/30/07, por la suma de mil trescientos treinta y dos dólares norteamericanos con 00/100 (US$1,332.00), **181)** Factura número 72064575 de fecha 01/30/07, por la suma de diecisiete mil ciento setenta y siete dólares norteamericanos con 54/100 (US$17,177.54); **182)** Factura número 72064576 de fecha 01/30/07, por la suma de mil uno dólares norteamericanos con 25/100 (US$1,001.25); **183)** Factura número 72064577 de fecha 01/30/07, por la suma de veintidós mil veintinueve dólares norteamericanos con 00/100 (US$22,029.00); **184)** Factura número 72064578 de fecha 01/30/07, por la suma de doce mil ochocientos dos dólares norteamericanos con 06/100 (US$12,802.06); **185)** Factura número 72064579 de fecha 01/30/07, por la suma de cuatro mil ochenta y cinco dólares norteamericanos con 76/100(US$4,085.76); **186)** Factura número 72064580 de fecha 01/30/07, por la suma de setecientos noventa y nueve dólares norteamericanos con 20/100 (US$799.20); **187)** Factura número 72064581 de fecha 01/30/07, por la suma de quinientos ochenta dólares norteamericanos con 32/100 (US$580.32); **188)** Factura número 72064582 de fecha 01/30/07, por la suma de dos mil ciento cuarenta dólares norteamericanos con 96/100 (US$2,140.96); **189)** Factura número 72064583 de fecha 01/30/07, por la suma de dos mil seiscientos treinta y dos dólares norteamericanos con 90/100 (US$2,632.90); **190)** Factura número 72064584 de fecha 01/30/07, por la suma de seiscientos veintiséis dólares norteamericanos con 88/100 (US$626.88); **191)** Factura número 72064585 de fecha 01/30/07, por la suma de mil doscientos cincuenta y ocho dólares norteamericanos con 56/100 (US$1,258.56); **192)** Factura número 72064586 de fecha 01/30/07, por la suma de mil quinientos noventa y tres dólares norteamericanos con 00/100 (US$1,593.00); **193)** Factura número 72064587 de fecha 01/30/07, por la suma de cuatro mil ciento cuarenta y nueve dólares norteamericanos con 32/100 (US$4,149.32); **194)** Factura número 72064588 de fecha 01/30/07, por la suma de mil ochenta y tres dólares norteamericanos con 60/100 (US$1,083.60); **195)** Factura número 72064589 de fecha 01/30/07, por la suma de seis mil setecientos cuarenta y dos dólares norteamericanos con 28/100 (US$6,742.28); **196)** Factura número 72064590 de fecha 01/30/07, por la suma de seiscientos setenta y siete dólares norteamericanos con 42/100 (US$647.42); **197)** Factura número 72064591 de fecha 01/30/07, por la suma de setenta y dos dólares norteamericanos con 89/100 (US$72.89); **198)** Factura



Poder Judicial
República Dominicana.

número 72064592 de fecha 01/30/07, por la suma de por la suma de dos mil ochocientos cuarenta y nueve dólares norteamericanos con 28/100 (US$2,849.28); **199)** Factura número 72064593 de fecha 01/30/07, por la suma de trescientos siete dólares norteamericanos con 92/100 (US$307.92); **200)** Factura número 72064594 de fecha 01/30/07, por la suma de cuatro mil seiscientos treinta y seis dólares norteamericanos con 80/100 (US$4,636.80); **201)** Factura número 72064595 de fecha 01/30/07, por la suma de mil seiscientos treinta y ocho dólares norteamericanos con 34/100 (US$1,638.34); **202)** Factura número 72064596 de fecha 01/30/07, por la suma de mil cuatrocientos setenta y ocho dólares norteamericanos con 02/100 (US$1,478.02); **203)** Factura número 72064597 de fecha 01/30/07, por la suma de cinco mil ciento sesenta y seis dólares norteamericanos con 72/100 (US$5,166.72); **204)** Factura número 72064598 de fecha 01/30/07, por la suma de novecientos treinta y cinco dólares norteamericanos con 34/100 (US$935.34); **205)** Factura número 72064599 de fecha 01/30/07, por la suma de mil seiscientos cincuenta y tres dólares norteamericanos con 79/100 (US$1,653.79); **206)** Factura número 72064600 de fecha 01/30/07, por la suma de dos mil doce dólares norteamericanos con 95/100 (US$2,012.95); **207)** Factura número 72064601 de fecha 01/30/07, por la suma de seis mil trescientos sesenta y tres dólares norteamericanos con 36/100 (US$6,363.36); **208)** Factura número 72064602 de fecha 01/30/07, por la suma de dos mil seiscientos ocho dólares norteamericanos con 20/100 (US$2,608.20); **209)** Factura número 72064603 de fecha 01/30/07, por la suma de seiscientos tres norteamericanos con 51/100 (US$603.51); **210)** Factura número 72064604 de fecha 01/30/07, por la suma de mil doscientos cuarenta y seis dólares norteamericanos con 86/100 (US$1,246.86); **211)** Factura número 72064605 de fecha 01/30/07, por la suma de novecientos cuarenta y dos norteamericanos con 97/100 (US$942.97); **212)** Factura número 72064606 de fecha 01/30/07, por la suma de dieciséis mil ochocientos noventa y siete dólares norteamericanos con 44/100 (US$16,897.44); **213)** Factura número 72064607 de fecha 01/30/07, por la suma de dos mil doscientos siete dólares norteamericanos con 52/100 (US$2,207.52); **214)** Factura número 72064608 de fecha 01/30/07, por la suma de mil trescientos ochenta y nueve dólares norteamericanos con 60/100 (US$1,389.60); **215)** Factura número 72064609 de fecha 01/30/07, por la suma de once mil ochocientos dieciocho dólares norteamericanos con 17/100 (US$11,818.17); **216)** Factura número 72064610 de fecha 01/30/07, por la suma de veinte mil ciento cincuenta dólares norteamericanos con 00/100 (US$20,150.00); **217)** Factura número 72064611 de fecha 01/30/07, por la suma de ochocientos treinta y uno dólares norteamericanos con 00/100 (US$831.00); **218)** Factura número 72064612 de fecha 01/30/07, por la suma de cinco mil quinientos noventa y siete dólares norteamericanos con 71/100 (US$5,597.71); **219)** Factura número 72064613 de fecha 01/30/07, por la suma de doscientos veinte uno dólares norteamericanos con 36/100 (US$221.36); **220)** Factura número 72064614 de fecha 01/30/07, por la suma de dos mil ochenta y siete dólares norteamericanos con 52/100 (US$2,087.52); **221)** Factura número 72064615 de fecha 01/30/07, por la suma de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); **222)** Factura número 72064616 de fecha 01/30/07, por la suma de cuatrocientos treinta y siete dólares norteamericanos con 40/100 (US$437.40); **223)** Factura número 72064617 de fecha 01/30/07, por la suma de siete mil doscientos ochenta y nueve dólares norteamericanos con 49/100 (US$7,289.49); **224)** Factura número 72064618 de fecha 01/30/07, por la suma de mil novecientos cuarenta y uno dólares norteamericanos con 41/100 (US$1,941.41); **224)** Factura número 72064619 de fecha 01/30/07, por la suma de mil nueve dólares norteamericanos con 15/100 (US$1,009.15); **225)** Factura número 72064620 de fecha 01/30/07, por la suma de dos mil cincuenta y nueve dólares norteamericanos con 20/100 (US$2,059.20); **226)** Factura



**Poder Judicial**
**República Dominicana.**

número 72064621 de fecha 01/30/07, por la suma de ocho mil doscientos dólares norteamericanos con 92/100 (US$8,200.92); **227)** Factura número 72064624 de fecha 01/30/07, por la suma de ocho mil doscientos dólares norteamericanos con 62/100 (US$8,200.92); **228)** Factura número 72064623 de fecha 01/30/07, por la suma de catorce mil quinientos catorce dólares norteamericanos con 36/100 (US$14,514.36); **229)** Factura número 72064624 de fecha 01/30/07, por la suma de mil doscientos sesenta dólares norteamericanos con 00/100 (US$1,260.00); **230)** Factura número 72064625 de fecha 01/30/07, por la suma de veinte mil setecientos veintiuno dólares norteamericanos con 96/100 (US$20,721.96); **231)** Factura número 72064626 de fecha 01/30/07, por la suma de trescientos veinticuatro dólares norteamericanos con 68/100 (US$324.68); **232)** Factura número 72064627 de fecha 01/30/07, por la suma de cuatro mil novecientos cincuenta dólares norteamericanos con 95/100 (US$4,950.00); **233)** Factura número 72064628 de fecha 01/30/07, por la suma de siete mil novecientos ochenta y tres dólares norteamericanos con 36/100 (US$7,983.36); **234)** Factura número 72064629 de fecha 01/30/07, por la suma de doscientos ochenta y seis dólares norteamericanos con 72/100 (US$286.72), **235)** Factura número 72064630 de fecha 01/30/07, por la suma de dos mil ciento noventa y tres dólares norteamericanos con 56/100 (US$2,193.56); **236)** Factura número 72064631 de fecha 01/30/07, por la suma de quince mil cuatrocientos cuarenta dólares norteamericanos con 07/100 (US$15,440.07). **237)** Auto No.28, de fecha 1 de marzo del año 2007, dictado por la Segunda Sala de la Cámara Civil y Comercial del Distrito Judicial de Santiago.

### EL JUEZ, DESPUÉS DE HABER ESTUDIADO EL CASO:

**CONSIDERANDO:** Que en el presente caso, el Tribunal se encuentra apoderado de una DEMANDA EN COBRO DE PESOS Y VALIDEZ DE EMBARGO RETENTIVO, interpuesta por la parte demandante, QST DOMINICANA, LLC, contra la parte demandada, INTERAMERICANA APPAREL COMPANY por la suma de NOVECIENTOS TREINTA Y UN MIL CUATROSCIENTOS NOVENTA Y SEIS DOLARES NORTEAMERICANOS CON 64/100 (US$931,496.64).

**CONSIDERANDO:** Que la parte demandante pretende de la demandada, el pago de la suma ya referida, en virtud de las facturas que constan en autos, debidamente traducidas al castellano, según certificaciones emitida por la Intérprete Judicial, Jethel Ma. Fiallo Pellerano.

**CONSIDERANDO:** Que la parte demandante persigue además que sea declarada la validez del embargo retentivo en la forma y en cuanto al fondo trabado en perjuicio de la demandada y entre las manos de los terceros embargados citados anteriormente, ordenando a estos pagar en manos del demandante, los valores afectados por el referido embargo, hasta la debida concurrencia de su crédito en principal y accesorios de derecho.

**CONSIDERANDO:** Que de su lado, la parte demandada ha solicitado que la demanda de que se trata sea rechazada por improcedente, mal fundada y carente de base legal.

**CONSIDERANDO:** Que según lo prescriben los artículos 1134 y 1135 del Código Civil, las convenciones legalmente formadas tienen fuerza de ley para aquellos que las han hecho; no pueden ser revocadas, sino por mutuo consentimiento, o por causas que están autorizadas por la ley; deben llevarse a ejecución de buena fe; y estas obligan no sólo a lo que se expresa



Poder Judicial
República Dominicana.

en ellas, sino también a todas las consecuencias que la equidad, el uso o la ley dan a la obligación según su naturaleza.

**CONSIDERANDO:** Que es obligación de todo deudor pagar a su acreedor en lugar y plazos convenidos.

**CONSIDERANDO:** Que ciertamente, la parte demandante ha probado ser acreedora de la parte demandada por la suma antes referida, quien de su lado no ha probado el pago ni hecho alguno que implique su liberación, por lo que procede reconocer judicialmente el crédito a favor de la parte demandante.

**CONSIDERANDO:** Que procede condenar a la parte demandada al pago de un interés de un uno por ciento (1%) mensual, a partir de la fecha de la demanda, a título de indemnización suplementaria.

**CONSIDERANDO:** Que en el presente caso, la parte demandante ha trabado embargo retentivo, en virtud de la Ordenanza Civil No. 281 de fecha 13 de febrero del año 2007 en perjuicio de la parte demandada y entre las manos de los terceros embargados.

**CONSIDERANDO:** Que a la parte embargada le fue notificada el acta del embargo y la demanda en validez, y esta última fue contra denunciada a los terceros embargados, en los plazos legales, establecidos en los artículos 563 y 564 del Código de Procedimiento Civil Dominicano, por lo que procede declarar regular y válido en cuanto a la forma y el fondo, el embargo retentivo, practicado por el demandante y ordenar a los terceros embargados, pagar en manos del embargante los valores afectados por el referido embargo hasta el monto del crédito en principal y accesorios de derecho.

**CONSIDERANDO:** Que toda parte que sucumbe en Justicia debe ser condenada al pago de las costas del proceso, con distracción de las mismas en provecho de los Abogados que afirman estarlas avanzando en su mayor parte.

POR TALES MOTIVOS, Y VISTOS los artículos 1315, del Código Civil; 130, 133, 141, 146, 149, 557, 561, 563 y 564, del Código de Procedimiento Civil; LA SEGUNDA SALA DE LA CÁMARA CIVIL Y COMERCIAL DEL JUZGADO DE PRIMERA INSTANCIA DEL DISTRITO JUDICIAL DE SANTIAGO, administrando Justicia en nombre de la República y por autoridad de la Ley, y en mérito de los artículos citados, **FALLA: PRIMERO:** Condena a la parte demandada INTERAMERICANA APPAREL COMPANY, a pagar la suma de NOVECIENTOS TREINTA Y UN MIL CUATROSCIENTOS NOVENTA Y SEIS DOLARES NORTEAMERICANOS CON 64/100 (US$931,496.64) a favor de QST DOMINICANA LLC, parte demandante. **SEGUNDO:** Condena a la parte demandada al pago de un interés mensual de un uno por ciento (1%), a partir de la fecha de la demanda, a título de indemnización suplementaria. **TERCERO:** Declara regular y válido en cuanto a la forma y en cuanto al fondo, el embargo retentivo trabado mediante actos números 148/2007 del 21 de febrero del 2007 y 155/2007 del 22 de febrero del 2007, de la Ministerial Yira Rivera Raposo, Alguacil Ordinaria de la Segunda Sala de la Cámara Penal del Juzgado de Primera Instancia del Distrito Judicial de Santiago, actuando a requerimiento de QST DOMINICANA LLC, en perjuicio de INTERAMERICANA APPAREL COMPANY y entre las manos de

QST0013



**Poder Judicial**
**República Dominicana.**

LEVI STRAUSS & CO. y GRUPO M. **CUARTO:** Ordena a los terceros embargados pagar validamente entre las manos del embargante, las sumas de las que se reconozcan deudora de **INTERAMERICA APPAREL COMPANY,** hasta el monto del crédito que tiene el embargante contra su deudor, en principal, intereses, costas y demás accesorios de derecho. **QUINTO:** Condena a la parte demandada al pago de las costas del procedimiento, con distracción de las mismas a favor de los Licenciados Marlit Badía y J. Guillermo Estrella Ramia quienes afirman estarlas avanzando en su mayor parte. I por esta nuestra sentencia, así se pronuncia ordena y firma. Firmados. (Samuel Guzmán Fernández, Juez y Angelita Grullón, Secretaria)

Yo, Angelita Grullón Paulino, Secretaria de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, Certifico: Que la sentencia marcada con el No. 1788 de fecha 1 del mes de octubre del años 2007, es fiel conforme al original registrada bajo el No. 1538 folio 326 del Libro 648 de Actos Judiciales.

Santiago 4 del mes de octubre del año 2007.

Angelita Grullón P.
Secretaria

QST0014





Jethel Fiallo Pellerano
Intérprete Judicial

## <u>CERTIFICATION</u>

I the undersigned, **Jethel María Fiallo Pellerano**, Dominican citizen, of age, married, with identification and electoral card number 001-0196326-2, Judiciary Interpreter of the First Instance Court of the National District, duly sworn, with registered number 17350 on date 10/13/92.

DECLARE that the precedent document: **Civil sentence number 1788 issued by The Second Court of the Civil and Commercial Chamber of the First Instance of the Legal District of Santiago on October the first (1ˢᵗ) two thousand seven (2007) registered under number 1538 folio 326, book 4** drafted in Spanish and translated into English, to the best of my knowledge and belief, having faith in accordance with the original and nothing was omitted; in the city of Santiago de los Caballeros, Dominican Republic, this October five (5) of year two thousand seven (2007). --------
-------------------------------



While every effort has been made to ensure accuracy in translation, the Original Spanish document takes precedence over the translation in the event of any dispute concerning interpretation.

Justice Department
Dominican Republic
I, Angelita Grullon Paulino, Secretary of the Second Court of the Civil and Commercial Room of the First Instance Court in the Legal District of Santiago, CERTIFY: That in the files in my responsibility, there is a sentence that textually copied expresses the following:

**GOD, HOMELAND AND FREEDOM**
**CIVIL SENTENCE NUMBER 1788**
**"IN THE NAME OF THE REPUBLIC"**

In the city of Santiago de los Caballeros, Province of Santiago, Dominican Republic, on the first day (1st) of October of year two thousand seven (2007), year number 164 of the Independence and 143 of the Restoration.

THE SECOND COURT OF THE CIVIL AND COMMERCIAL CHAMBER OF THE FIRST INSTANCE IN THE LEGAL DISTRICT OF SANTIAGO, regularly constituted in the place where the hearings are usually held, located in one of the departments of the third floor on the Justice Palace of this city, composed by the Judge, Samuel Guzman Fernandez, assisted by the undersigned Secretary, has surrender in its civil attributions and in public hearing, the following sentence:

By virtue of the lawsuit by FORCE LIEN presented by QST DOMINICANA, LLC social entity organized and existing according to the laws of the United States of America, with its legal residence ad-hoc in the Caribbean Industrial Park, Matanzas Free Zone, Santiago de los Caballeros, Dominican Republic, company duly represented by Albert Madera Polanco, Dominican, of legal age, single, bearer of the personal identification number 002-0127741-5, of legal residence in this city of Santiago de los Caballeros, who has as constituted lawyers to Marlit Badia Taveras and J. Guillermo Estrella Ramia, against INTERAMERICANA APPAREL COMPANY, who has as constituted lawyers to Miguel Duran, Jose Ramon Vega and Eduardo Trueba.

HEARD the role reading, by the Bailiff Abdiel Jose Alvarez

Heard the lawyers MARLIT BADIA TAVERAS and RODOLFO COLON by himself and by the lawyer J. GUILLERMO ESTRELLA RAMIA, in representation of the Plaintiff, to conclude as follow:

FIRST: To declare Interamericana Apparel Company to the immediate payment of the amount of nine hundred thirty one thousand, four hundred ninety six with 64/100 (US$931,496.64), by concept of due invoices. SECOND: to condemn Interamericana Apparel Company to pay the legal interests of such amount calculated from the day the claim in justice was imposed. THIRD: To declare as regular and valid the lien of properties, worked through acts Nos.148/2007 from February 21st., 2007, and 155/2007 from February 22nd., 2007, both acts instrumented by the minister officer Yira Rivera Raposo, since being just in the essence, and regular in the form. FOURTH: regarding the essence, to declare that the amounts of the third impounded to be recognized as a debtor of Interamericana Apparel Company, to be validly paid in the hands of Qst Dominicana, LLC, in deduction and until the recurrence of the credit amount, by principal and rights accessories. FIFTH: To condemn to...

Interamericana Apparel Company to pay the costs of the process, ordering its distraction in benefit of the lawyers Marlit Badia, and J. Guillermo Estrella Ramia, who confirm as being advanced in its total amount. SIXTH: Request a term of 15 days.

Heard Lawyer MIGUEL DURAN by himself and in representation of the Lawyer JOSE RAMON VEGA and EDUARDO TRUEBA, to conclude: 1 to request the adjournment of the present hearing for the communication of the documents by reason that the respondent should verify and check the total of the invoices submitted by the Plaintiff; 2 to dismiss the conclusions of the Plaintiff part.

Heard the lawyer MARLIT BADIA in her referred quality, oppose to the extension of the hearing.

The judge resolves: 1st. To reject the conclusions of the Plaintiff, to order another extension of the communication of the documents, ordered by the previous sentence, by this measure of instruction to preclude; 2 to order the continuation of the hearing.

Heard again to MIGUEL DURAN, by himself and by the lawyer JOSE RAMON VEGA and EDUARDO TRUEBA, by representation of the respondent, to conclude as follow:

FIRST: To reject in all its parts the claim imposed by Qst Dominicana LLC, against Interamericana Apparel Company, through act No.1558-2007, by the Minister Officer Yira Rivera Raposo. SECOND: To reject the seizure of property contained in such claim. THIRD: To condemn to the payment of the costs of the procedure in benefit of the concluding lawyer. FOURTH: To grant a term with the benefit of depositing a writing motivated by the present conclusions.

### HEARD AUTOS

WHEREAS: That with purpose of an instance addressed by the claim part, this court dictated the civil order No.281 from February 13 of year 2007, which part states as follow: First: Authorizes Qst Dominicana LLC, to lien in a conservatory way the assets property of Interamericana Apparel Company, for the amount of Nine hundred thirty one thousand, four hundred ninety six with 64/100 (US$931,496.64), that is the due amount; Second: Authorizes Qst Dominicana, LLC, to lien the assets, in the hands of third parties properties of Interamericana Apparel Company, for the amount of one million eight thousand sixty two hundred nine hundred ninety three with 28/100 (US$1,862,993.28), that is twice the due amount; Third: Authorizes Qst Dominicana, LLC to inscribe a provisional judiciary mortgage to the real property of Interamericana Apparel Company, for the amount of Nine hundred thirty one thousand, four hundred ninety six with 64/100 (US$931,496.64), that is the due amount; Fourth: Set in sixty (60) days the term on which a claim in validity shall be made and the essence of the measures ordered by this court; Fifth: Declares as executive the present order, nevertheless any resource.

QST0017

**WHEREAS:** That by act numbers 148/2007 from February 21ˢᵗ. 2007 and 155/2007 from February 22ⁿᵈ. Year 2007, both instrumented by the minister officer Yira Rivera Raposo, Ordinary officer of the Second Penal Court in Santiago, acting by requirement of QST DOMINICANA, LLC, presented lien of property against INTERAMERICANA APPAREL COMPANY and in the hands of LEVI STRAUSS & CO. AND GROUP M, notifying them that they are formally opposed to the payment or delivery of any amount of money, assets or values that have or had, owe or owed, in capital and in interests, belonging to Interamericana Apparel Company, to any title and by any cause, DECLARING, that this opposition is made by security, conservation and obtaining of the payment of the amount of Nine hundred thirty one thousand, four hundred ninety six with 64/100 (US$931,496.64), which is the due value at the moment by Interamericana Apparel Company, to my process server, under reserves of the other rights, actions, interests and expenses of execution, which lien of property or opposition is made according to the law in force and until the recurrence of twice the causes of the same, this is, the amount of US$1,862,993.20.-

**WHEREAS:** That by the same acts the Plaintiff notified the respondent, denounce the lien of property and valid summons, locating to appear in the eight day of the law before the Civil and Commercial Chamber of the First Instance Court of the Legal District of Santiago, to the means and measures of the act that appears in the file.

**WHEREAS:** That through act dictated by the Presidency of the Civil and Commercial Chamber of the First Instance Judge of the Legal District of Santiago, which figures in the file, the Judge of this Court was appointed to know the mentioned lien.

**WHEREAS:** That by persecution of the Plaintiff, this Court set for March 29ᵗʰ, 2007, 9:00 A.M., the hearing to know the mentioned claim, to which appeared the lawyers Marlit Badia Taveras y lawyer Manuel Espinal in representation of the Plaintiff and the lawyer Yoris Gomez in representation of the Plaintiff part. The Plaintiff part requests a reciprocal communication of the documents. The Defendant is not opposed and request a term of 15 days from the due dated and also to deposit and to take communication of the documents submitted by the Plaintiff. The Court Verdicts: 1ˢᵗ. Postpone the knowledge of the present hearing for Thursday 17-05-07, 9:00 A.M., with the end of ordering a reciprocal communication of documents via secretary in a term of 15 calendar days to deposit and the expiration of an equal term to take communication of the same without movement. 2ⁿᵈ. Reserves the costs and the represented parts are notified.

**WHEREAS:** That in the hearing of May 17, 2007, both represented parts appeared by their respective lawyers, the Plaintiff requests an extension of communication of the documents with the same modality and term. The Defendant is not opposed. The Court Verdicts: 1ˢᵗ. to adjourn the knowledge of the present hearing for Tuesday 21-06-07, with the end of ordering an extension of the documents communication ordered by a previous sentence in the same modality and term. 2ⁿᵈ. Reserves the costs and the represented parts are duly notified.

**WHEREAS:** That in the day of the hearing appeared both parts represented by its respective lawyers, who concluded through their lawyers, in the form that appears copied in another part of this sentence. The Court Verdicts: 1st. to concede to the Plaintiff a term of 15 days to deposit a written justification of the conclusions and to the expiration another one to the Defendant for the same purposes. 2nd. Reserves the verdic and the costs for a next hearing.

**WHEREAS:** That in the file the following documents are submited: **1)** Invoice number 72062783 dated 11/02/06, for the amount of eight hundred eleven dollars with 50/100 (US$811.50); **2)** Invoice number 72062784 dated 11/02/06, for the amount of fifty two dollars with 80/100 (US$52.80); **3)** Invoice number 72062821 dated 11/03/06, for the amount of four thousand eight hundred ninety four dollars with 59/100 (US$4,894.59); **4)** Invoice number 72062822 dated 11/03/06, for the amount of one thousand one hundred one dollars with 10/100 (US$1,101.10); **5)** Invoice number 72062823 dated 11/03/06, for the amount of four thousand four hundred one dollars with 10/100 (US$4,401.10); **6)** Invoice number 72062830 dated 11/03/06, for the amount of two thousand eight hundred thirty seven dollars with 66/100 (US$2,837.66); **7)** Invoice number 72062832 dated 11/03/06, for the amount of fourteen thousand three hundred forty dollars with 55/100 (US$14,340.55); **8)** Invoice number 72062833 dated 11/03/06, for the amount of four thousand forty eight dollars with 80/100 (US$4,048.80); **9)** Invoice number 72062834 dated 11/03/06, for the amount of one thousand six hundred seventy dollars with 38/100 (US$1,670.38); **10)** Invoice number 72062835 dated 11/03/06, for the amount of one hundred forty eight dollars with 00/100 (US$148.00); **11)** Invoice number 72062836 dated 11/03/06, for the amount of two thousand twenty four dollars with 40/100 (US$2,024.40); **12)** Invoice number 72062837 dated 11/03/06, for the amount of three thousand thirty six dollars with 60/100 (US$3,036.60); **13)** Invoice number 72062838 dated 11/03/06, for the amount of four hundred twenty four dollars with 48/100 (US$424.48); **14)** Invoice number 72062839 dated 11/03/06, for the amount of three hundred three dollars with 97/100 (US$303.97); **15)** Invoice number 72062840 dated 11/03/06, for the amount of one thousand six hundred eighty four dollars with 80/100 (US$1,684.80); **16)** Invoice number 72062901 dated 11/08/06, for the amount of fifteen thousand seven hundred ninety seven dollars with 25/100 (US$15,797.25); **17)** Invoice number 72062902 dated 11/08/06, for the amount of five thousand three hundred eighty eight dollars with 10/100 (US$5,388.10); **18)** Invoice number 72062903 dated 11/08/06, for the amount of five thousand five hundred eighty dollars with 00/100 (US$5,580.00); **19)** Invoice number 72062905 dated 11/08/06, for the amount of eighty two dollars with 94/100 (US$82.94; **20)** Invoice number 72062906 dated 11/08/06, for the amount of two thousand five dollars with 34/100 (US$2,005.34); **21)** Invoice number 72062907 dated 11/08/06, for the amount of one thousand four hundred sixty three dollars with 62/100 (US$1,463.62); **22)** Invoice number 72062908 dated 11/08/06, for the amount of one thousand eight hundred sixty dollars with 00/100 (US$1,860.00); **23)** Invoice number 72062909 dated 11/08/06, for the amount of fifteen thousand one hundred

seventy five dollars with 44/100 (US$15,175.44); 24) Invoice number 72062910 dated 11/08/06, for the amount of two hundred twenty two dollars with 00/100 (US$222.00); 25) Invoice number 72062911 dated 11/08/06, for the amount of one hundred seventy four dollars with 24/100 (US$174.24); 26) Invoice number 72062912 dated 11/08/06, for the amount of two hundred sixty seven dollars with 60/100 (US$267.60); 27) Invoice number 72062913 dated 11/08/06, for the amount of two thousand eight hundred thirteen dollars with 85/100 (US$2,813.85); 28) Invoice number 72062914 dated 11/08/06, for the amount of two thousand nine hundred forty nine dollars with 60/100 (US$2,949.60); 29) Invoice number 72063011 dated 11/10/06, for the amount of two thousand five hundred eleven dollars with 66/100 (US$2,511.66); 30) Invoice number 72063012 dated 11/10/06, for the amount of three thousand eight hundred thirty dollars with 40/100 (US$3,830.40); 31) Invoice number 72063013 dated 11/10/06, for the amount of two thousand six hundred twenty five dollars with 37/100 (US$2,625.37); 32) Invoice number 72063014 dated 11/10/06, for the amount of seven thousand two hundred eighty seven dollars with 34/100 (US$7,287.34); 33) Invoice number 72063015 dated 11/10/06, for the amount of five thousand five hundred one dollars with 10/100 (US$5,501.10); 34) Invoice number 72063050 dated 13/11/06, for the amount of nine thousand three hundred sixty four dollars with 32/100 (US$9,364.32); 35) Invoice number 72063051 dated 11/13/06, for the amount of nine hundred twenty three dollars with 76/100 (US$923.76); 36) Invoice number 72063052 dated 11/13/06, for the amount of three hundred thirty one dollars with 80/100 (US$331.80); 37) Invoice number 72063150 dated 11/15/06, for the amount of five thousand four hundred ninety nine dollars with 90/100 (US$5,499.90); 38) Invoice number 72063151 dated 11/15/06, for the amount of nine thousand four hundred fifty dollars with 00/100 (US$9,450.00); 39) Invoice number 72063152 dated 11/15/06, for the amount of three thousand one hundred nineteen dollars with 55/100 (US$3,119.55); 40) Invoice number 72063153 dated 15/11/06, for the amount of one thousand seven hundred forty six dollars with 21/100 (US$1,746.21); 41) Invoice number 72063154 dated 11/15/06, for the amount of eight thousand nine hundred ninety dollars with 00/100 (US$8,990.00); 42) Invoice number 72063155 dated 11/15/06, for the amount of fifteen thousand eight hundred sixty four dollars with 00/100 (US$15,864.00); 43) Invoice number 72063156 dated 11/15/06, for the amount of one thousand one hundred twenty five dollars with 54/100 (US$1,125.54); 44) Invoice number 72063157 dated 11/15/06, for the amount of six hundred eighty five dollars with 71/100 (US$685.71); 45) Invoice number 72063158 dated 11/15/06, for the amount of two hundred six dollars with 00/100 (US$206.00); 46) Invoice number 72063219 dated 11/17/06, for the amount of one thousand one dollars with 25/100 (US$1,001.25); 47) Invoice number 72063220 dated 11/17/06, for the amount of one thousand four hundred seventy dollars with 15/100 (US$1,470.15); 48) Invoice number 72063221 dated 11/17/06, for the amount of one thousand two hundred thirty three dollars with 23/100 (US$1,233.23); 49) Invoice number 72063222 dated 11/17/06, for the amount of one thousand three hundred five dollars with 00/100 (US$1,305.00); 50) Invoice number 72063223 dated 11/17/06, for the amount of one thousand one hundred sixty six dollars with 40/100 (US$1,166.40); 51) Invoice number 72063224 dated 11/17/06, for the amount of four thousand one hundred ninety one dollars with 26/100 (US$4,191.26); 52) Invoice number 72063225

dated 11/17/06, for the amount of three hundred forty eight dollars with 48/100 (US$348.48); 53) Invoice number 72063226 dated 11/17/06, for the amount of two hundred five dollars with 47/100 (US$205.47); 54) Invoice number 72063227 dated 11/17/06, for the amount of one thousand three hundred fifteen dollars with 86/100 (US$1,315.86); 55) Invoice number 72063228 dated 11/17/06, for the amount of two thousand one hundred forty eight dollars with 12/100 (US$2,148.12); 56) Invoice number 72063229 dated 11/17/06, for the amount of three hundred fifteen dollars with 36/100 (US$315.36); 57) Invoice number 72063234 dated 11/17/06, for the amount of two thousand two hundred sixty three dollars with 25/100 (US$2,263.25); 58) Invoice number 72063236 dated 11/17/06, for the amount of five thousand seven hundred eighty seven dollars with 94/100 (US$5,787.94); 59) Invoice number 72063237 dated 11/17/06, for the amount of one thousand four hundred ninety seven dollars with 60/100 (US$1,497.60); 60) Invoice number 72063238 dated 11/17/06, for the amount of two hundred sixty seven dollars with 04/100 (US$267.04); 61) Invoice number 72063239 dated 11/17/06, for the amount of one thousand nine hundred eighty seven dollars with 20/100 (US$1,987.20); 62) Invoice number 72063249 dated 11/20/06, for the amount of three thousand three hundred dollars with 00/100 (US$3,300.00); 63) Invoice number 72063250 dated 11/20/06, for the amount of four hundred forty four dollars with 00/100 (US$444.00); 64) Invoice number 72063316 dated 11/22/06, for the amount of four thousand two hundred dollars with 00/100 (US$4,200.00); 65) Invoice number 72063318 dated 11/22/06, for the amount of three thousand seven hundred twenty dollars with 00/100 (US$3,720.00); 66) Invoice number 72063319 dated 11/22/06, for the amount of twelve thousand eight hundred forty two dollars with 00/100 (US$12,842.00); 67) Invoice number 72063320 dated 11/22/06, for the amount of two thousand ninety six dollars with 64/100 (US$2,096.64); 68) Invoice number 72063321 dated 11/22/06, for the amount of one thousand two hundred fifty three dollars with 95/100 (US$1,253.95); 69) Invoice number 72063322 dated 11/22/06, for the amount of ten thousand eight hundred ninety four dollars with 76/100 (US$10,894.76); 70) Invoice number 72063323 dated 11/22/06, for the amount of one thousand four hundred ninety seven dollars with 60/100 (US$1,497.60); 71) Invoice number 72063324 dated 11/22/06, for the amount of two thousand nine hundred forty nine dollars with 60/100 (US$2,949.60); 72) Invoice number 72063325 dated 11/22/06, for the amount of six thousand thirty seven dollars with 20/100 (US$6,037.20); 73) Invoice number 72063326 dated 11/22/06, for the amount of nine hundred twenty seven dollars with 20/100 (US$927.20); 74) Invoice number 72063327 dated 11/22/06, for the amount of seven hundred thirty one dollars with 81/100 (US$731.81); 75) Invoice number 72063328 dated 11/22/06, for the amount of four hundred eighty dollars with 80/100 (US$480.80); 76) Invoice number 72063340 dated 11/22/06, for the amount of one thousand six hundred eighty eight dollars with 31/100 (US$1,688.31); 77) Invoice number 72063444 dated 11/24/06, for the amount of four thousand eight hundred fifty one dollars with 71/100 (US$4,851.71); 78) Invoice number 72063445 dated 11/24/06, for the amount of two thousand two hundred ninety eight dollars with 24/100 (US$2,298.24); 79) Invoice number 72063446 dated 11/24/06, for the amount of nine dollars with 72/100 (US$9.72); 80) Invoice number 72063474 dated 11/27/06, for the amount of seven thousand three hundred sixteen dollars with 01/100 (US$7,316.01); 81) Invoice

number 72063475 dated 11/27/06, for the amount of eight thousand two hundred eighty seven dollars with 16/100 (US$8,287.16); **82)** Invoice number 72063476 dated 11/27/06, for the amount of six hundred sixty dollars with 00/100 (US$660.00); **83)** Invoice number 72063558 dated 11/29/06, for the amount of three hundred dollars with 61/100 (US$300.61); **84)** Invoice number 72063559 dated 11/29/06, for the amount of one thousand eight hundred sixty dollars with 00/100 (US$1,860.00); **85)** Invoice number 72063560 dated 11/29/06, for the amount of seven hundred fifty six dollars with 86/100 (US$756.86); **86)** Invoice number 72063561 dated 11/29/06, for the amount of two thousand two hundred forty three dollars with 52/100 (US$2,243.52); **87)** Invoice number 72063562 dated 11/29/06, for the amount of seven hundred fifty eight dollars with 31/100 (US$758.31); **88)** Invoice number 72063155 dated 11/15/06, for the amount of fifteen thousand eight hundred sixty four dollars with 00/100 (US$15,864.00); **89)** Invoice number 72063564 dated 11/29/06, for the amount of one hundred thirty eight dollars with 00/100 (US$138.04); **90)** Invoice number 72063565 dated 11/29/06, for the amount of seven hundred two dollars with 47/100 (US$702.47); **91)** Invoice number 72063566 dated 11/29/06, for the amount of four hundred eighty one dollars with 14/100 (US$481.14); **92)** Invoice number 72063635 dated 12/01/06, for the amount of two thousand eight hundred eight dollars with 96/100 (US$2,808.96); **93)** Invoice number 72063680 dated 12/04/06, for the amount of five hundred forty five dollars with 18/100 (US$545.18); **94)** Invoice number 72063681 dated 12/04/06, for the amount of three hundred ten dollars with 00/100 (US$310.00); **95)** Invoice number 72063711 dated 12/05/06, for the amount of four thousand four hundred thirty five dollars with 20/100 (US$4,435.20); **96)** Invoice number 72063748 dated 12/06/06, for the amount of four thousand two hundred ten dollars with 50/100 (US$4,210.50); **97)** Invoice number 72063749 dated 12/06/06, for the amount of five thousand eight hundred ninety dollars with 00/100 (US$5,890.00); **98)** Invoice number 72063750 dated 12/06/06, for the amount of one thousand two hundred seventy 40/100 (US$1,270.40); **99)** Invoice number 72063751 dated 12/06/06, for the amount of six hundred eighteen dollars with 00/100 (US$618.00); **100)** Invoice number 72063752 dated 12/06/06, for the amount of two thousand three hundred dollars with 80/100 (US$2,300.80); **101)** Invoice number 72063753 dated 12/06/06, for the amount of five thousand three hundred forty six dollars with 32/100 (US$5,346.32); **102)** Invoice number 72063790 dated 12/07/06, for the amount of four thousand three hundred forty four dollars with 60/100 (US$4,344.60); **103)** Invoice number 72063845 dated 12/08/06, for the amount of two thousand two hundred thirty two dollars with 00/100 (US$2,232.00); **104)** Invoice number 72063846 dated 12/08/06, for the amount of one thousand two hundred two dollars with 00/100 (US$1,202.00); **105)** Invoice number 72063847 dated 12/08/06, for the amount of one thousand eight hundred sixty nine dollars with 50/100 (US$1,869.50); **106)** Invoice number 72063848 dated 12/08/06, for the amount of three thousand one hundred eighty two dollars with 40/100 (US$3,182.40); **107)** Invoice number 72063680 dated 12/08/06, for the amount of eighteen thousand five hundred sixty eight dollars with 23/100 (US$18,568.23); **108)** Invoice number 72063961 dated 12/13/06, for the amount of one thousand three hundred seventy one dollars with 69/100 (US$1,371.69); **109)** Invoice number 72063962 dated 12/13/06, for the amount of four thousand two hundred fifty seven dollars with 75/100

(US$4,257.75); **110)** Invoice number 72063963 dated 12/13/06, for the amount of one thousand eight hundred fifty four dollars with 00/100 (US$1,854.00); **111)** Invoice number 72063964 dated 12/13/06, for the amount of two thousand four hundred four dollars with 00/100 (US$2,404.00); **112)** Invoice number 72063965 dated 12/13/06, for the amount of three hundred thirty four dollars with 20/100 (US$334.20); **113)** Invoice number 72064053 dated 12/18/06, for the amount of two hundred eighty seven dollars with 62/100 (US$287.62); **114)** Invoice number 72064054 dated 12/18/06, for the amount of four hundred eighty nine dollars with 60/100 (US$489.60); **115)** Invoice number 72064055 dated 12/18/06, for the amount of two thousand two hundred fifty one dollars with 08/100 (US$2,251.08); **116)** Invoice number 72064076 dated 12/19/06, for the amount of one thousand six hundred ninety three dollars with 44/100 (US$1,693.44); **117)** Invoice number 72064135 dated 01/11/07, for the amount of six thousand one hundred fifty one dollars with 10/100 (US$6,151.10); **118)** Invoice number 72064136 dated 01/11/07, for the amount seven thousand seven hundred fifty dollars with 00/100 (US$7,750.00); **119)** Invoice number 72064153 dated 01/12/07, for the amount of one thousand six hundred fifty dollars with 00/100 (US$1,650.00); **120)** Invoice number 72064158 dated 01/12/07, for the amount of four thousand two hundred dollars with 00/100 (US$4,200.00); **121)** Invoice number 72064159 dated 01/12/07, for the amount of twelve thousand two hundred forty four dollars with 30/100 (US$12,244.30); **122)** Invoice number 72064160 dated 01/12/07, for the amount of one thousand seventy nine dollars with 87/100 (US$1,079.87); **123)** Invoice number 72064161 dated 01/12/07, for the amount of one thousand eight hundred twenty three dollars with 27/100 (US$1,823.27); **124)** Invoice number 72064162 dated 01/12/07, for the amount of four thousand six hundred seventy dollars with 00/100 (US$4,670.00); **125)** Invoice number 72064163 dated 01/12/07, for the amount of six hundred forty seven dollars with 14/100 (US$647.14); **126)** Invoice number 72064164 dated 01/12/07, for the amount of six hundred sixty three dollars with 20/100 (US$1,663.20); **127)** Invoice number 72064165 dated 01/12/07, for the amount of one thousand one hundred eighty four dollars with 00/100 (US$1,184.00); **128)** Invoice number 72064166 dated 01/12/07, for the amount of two hundred twelve dollars with 22/100 (US$212.22); **129)** Invoice number 72064167 dated 01/12/07, for the amount of four thousand eight hundred seventy four dollars with 69/100 (US$4,874.69); **130)** Invoice number 72064202 dated 01/15/07, for the amount of one hundred forty eight dollars with 00/100 (US$148.00); **131)** Invoice number 72064203 dated 01/15/07, for the amount of one hundred seventy four dollars with 24/100 (US$174.24); **132)** Invoice number 72064204 dated 01/15/07, for the amount of one thousand three hundred five dollars with 00/100 (US$1,305.00); **133)** Invoice number 72064292 dated 01/17/07, for the amount of twelve thousand three hundred sixteen dollars with 16/100 (US$12,316.16); **134)** Invoice number 72064293 dated 01/17/07, for the amount of three hundred five dollars with 25/100 (US$305.25); **135)** Invoice number 72064294 dated 01/17/07, for the amount of two hundred twenty two dollars with 00/100 (US$222.00); **136)** Invoice number 72064329 dated 01/18/07, for the amount of three hundred eighty nine dollars with 09/100 (US$389.09); **137)** Invoice number 72064330 dated 01/18/07, for the amount of ten thousand nine hundred eighty two dollars with 60/100 (US$10,982.60); **138)** Invoice number 72064331 dated 01/18/07,

QST0023

for the amount of three hundred eighty nine dollars with 09/100 (US$389.09); **139)** Invoice number 72064381 dated 01/19/07, for the amount of eight thousand four hundred dollars with 00/100 (US$8,400.00); **140)** Invoice number 72064382 dated 01/19/07, for the amount of one thousand two hundred ten dollars with 00/100 (US$1,210.00); **141)** Invoice number 72064383 dated 01/19/07, for the amount of one thousand eight hundred seventy two dollars with 00/100 (US$1,872.00); **142)** Invoice number 72064384 dated 01/19/07, for the amount of eight thousand five hundred eighty dollars with 68/100 (US$8,580.68); **143)** Invoice number 72064385 dated 01/19/07, for the amount of one thousand four hundred thirty eight dollars with 08/100 (US$1,438.08); **144)** Invoice number 72064386 dated 01/19/07, for the amount of three hundred seventy eight dollars with 43/100 (US$378.43); **145)** Invoice number 72064387 dated 01/19/07, for the amount of twenty six thousand fifty dollars with 20/100 (US$26,050.20); **146)** Invoice number 72064388 dated 01/19/07, for the amount of four hundred sixty six dollars with 56/100 (US$466.56); **147)** Invoice number 72064389 dated 01/19/07, for the amount of four thousand five hundred thirty two dollars with 80/100 (US$4,532.80); **148)** Invoice number 72064390 dated 01/19/07, for the amount of one thousand forty three dollars with 60/100 (US$1,043.60); **149)** Invoice number 72064391 dated 01/19/07, for the amount of four hundred thirty four dollars with 16/100 (US$434.16); **150)** Invoice number 720643292 dated 01/19/07, for the amount of two hundred thirty dollars with 85/100 (US$230.85); **151)** Invoice number 720643293 dated 01/19/07, for the amount of five thousand seven hundred thirty eight dollars with 49/100 (US$5,738.49); **152)** Invoice number 72064439 dated 01/23/07, for the amount of one thousand dollars with 51/100 (US$1,000.51); **153)** Invoice number 72064440 dated 01/23/07, for the amount of one thousand two hundred twenty two dollars with 85/100 (US$1,222.85); **154)** Invoice number 72064467 dated 01/24/07, for the amount of eleven thousand four hundred fifty nine dollars with 52/100 (US$11,459.52); **155)** Invoice number 72064468 dated 01/24/07, for the amount of eight hundred sixty two dollars with 18/100 (US$862.18); **156)** Invoice number 72064469 dated 01/24/07, for the amount of seven hundred forty six dollars with 78/100 (US$746.78); **157)** Invoice number 72064470 dated 01/24/07, for the amount of one thousand two hundred twenty two dollars with 37/100 (US$1,222.37); **158)** Invoice number 72064471 dated 01/24/07, for the amount of sixty three dollars with 07/100 (US$63.07); **159)** Invoice number 72064472 dated 01/24/07, for the amount of one thousand four hundred seventy four dollars with 02/100 (US$1,474.02); **160)** Invoice number 72064473 dated 01/24/07, for the amount of eighty seven dollars with 48/100 (US$87.48); **161)** Invoice number 72064474 dated 01/24/07, for the amount of one thousand eight hundred seventy two dollars with 00/100 (US$1,872.00); **162)** Invoice number 72064551 dated 01/26/07, for the amount of one thousand fifty dollars with 00/100 (US$1,050.00); **163)** Invoice number 72064552 dated 01/26/07, for the amount of eight hundred sixteen dollars with 20/100 (US$816.20); **164)** Invoice number 72064553 dated 01/26/07, for the amount of one thousand three hundred twenty four dollars with 40/100 (US$1324.40); **165)** Invoice number 72064554 dated 01/26/07, for the amount of nine hundred fifty dollars with 47/100 (US$950.47); **166)** Invoice number 72064555 dated 01/26/07, for the amount of one thousand nine hundred four dollars with 76/100 (US$1,904.76); **167)** Invoice number 72064556 dated 01/26/07, for the amount of fifteen thousand

one hundred two dollars with 40/100 (US$15,102.40); **168)** Invoice number 72064557 dated 01/26/07, for the amount of one hundred eighty six dollars with 30/100 (US$186.30); **169)** Invoice number 72064558 dated 01/26/07, for the amount of eight hundred eighty four dollars with 51/100 (US$884.51); **170)** Invoice number 72064564 dated 01/30/07, for the amount of four hundred forty four dollars with 00/100 (US$444.00); **171)** Invoice number 72064565 dated 01/30/07, for the amount of forty thousand five hundred ninety dollars with 90/100 (US$40,590.90); **172)** Invoice number 72064566 dated 01/30/07, for the amount of eleven thousand six hundred forty two dollars with 40/100 (US$11,642.40); **173)** Invoice number 72064567 dated 01/30/07, ascending to a total of seven thousand four hundred twenty eight dollars with 10/100 (US$7,428.10); **174)** Invoice number 72064568 dated 01/30/07, for the amount of one thousand four hundred fifty dollars with 66/100 (US$1,450.66); **175)** Invoice number 72064569 dated 01/30/07, for the amount of six hundred ninety eight dollars with 22/100 (US$698.22); **176)** Invoice number 72064570 dated 01/30/07, for the amount of one hundred dollars with 35/100 (US$100.35); **177)** Invoice number 72064571 dated 01/30/07, for the amount of two thousand four hundred thirty three dollars with 60/100 (US$2,433.60); **178)** Invoice number 72064572 dated 01/30/07, for the amount of twelve thousand nine hundred sixteen dollars with 80/100 (US$12,916.80); **179)** Invoice number 72064573 dated 01/30/07, for the amount of twelve thousand five hundred sixty dollars with 50/100 (US$12,560.50); **180)** Invoice number 72064574 dated 01/30/07, for the amount of one thousand three hundred thirty two dollars with 00/100 (US$1,332.00); **181)** Invoice number 72064575 dated 01/30/07, for the amount of seventeen thousand one hundred seventy seven dollars with 54/100 (US$17,177.54); **182)** Invoice number 72064576 dated 01/30/07, for the amount of one thousand one with 25/100 (US$1,001.25); **183)** Invoice number 72064577 dated 01/30/07, for the amount of twenty two thousand twenty nine dollars with 00/100 (US$22,029.00); **184)** Invoice number 72064578 dated 01/30/07, for the amount of twelve thousand eight hundred two dollars with 06/100 (US$12,802.06); **185)** Invoice number 72064579 dated 01/30/07, for the amount of four thousand eighty five dollars with 76/100 (US$4,085.76); **186)** Invoice number 72064580 dated 01/30/07, for the amount of seven hundred ninety nine dollars with 20/100 (US$799.20); **187)** Invoice number 72064581 dated 01/30/07, for the amount of five hundred eighty eight dollars with 32/100 (US$580.32); **188)** Invoice number 72064582 dated 01/30/07, for the amount of two thousand one hundred forty dollars with 96/100 (US$2,140.96); **189)** Invoice number 72064583 dated 01/30/07, for the amount of two thousand six hundred thirty two dollars with 90/100 (US$2,632.90); **190)** Invoice number 72064584 dated 01/30/07, for the amount of six hundred twenty six dollars with 88/100 (US$626.88); **191)** Invoice number 72064585 dated 01/30/07, for the amount of one thousand two hundred fifty eight dollars with 56/100 (US$1,258.56); **192)** Invoice number 72064586 dated 01/30/07, for the amount of one thousand five hundred ninety three dollars with 00/100 (US$1,593.00); **193)** Invoice number 72064587 dated 01/30/07, for the amount of four thousand one hundred forty nine dollars with 32/100 (US$4,149.32); **194)** Invoice number 72064588 dated 01/30/07, for the amount of one thousand eighty three dollars with 60/100 (US$1,08.60); **195)** Invoice number 72064589 dated 01/30/07, for the amount of six thousand seven hundred forty two dollars with 28/100 (US$6,742.28); **196)** Invoice number 72064590

QST0025

dated 01/30/07, for the amount of six hundred forty seven dollars with 42/100 (US$647.42); **197)** Invoice number 72064591 dated 01/30/07, for the amount of seventy two dollars with 89/100 (US$72.89); **198)** Invoice number 72064592 dated 1/30/07 for the amount of two thousand eight hundred forty nine dollars with 28/100 (US$2,849.28); **199)** Invoice number 72064593 dated 1/30/07 for the amount of three hundred seven dollars with 92/100 (US$307.92); **200)** Invoice number 72064594 dated 1/30/07 for the amount of four thousand six hundred thirty six dollars with 80/100 (US$4,636.80); **201)** Invoice number 72064595 dated 1/30/07 for the amount of one thousand six hundred thirty eight dollars with 34/100 (US$1,683.34); **202)** Invoice number 72064596 dated 1/30/07 for the amount of one thousand four hundred seventy eight dollars with 02/100 (US$1,478.02); **203)** Invoice number 72064597 dated 1/30/07 for the amount of five thousand one hundred sixty six dollars with 72/100 (US$5,166.72); **204)** Invoice number 72064598 dated 1/30/07 for the amount of nine hundred thirty five dollars with 34/100 (US$935.34); **205)** Invoice number 72064599 dated 1/30/07 for the amount of one thousand six hundred fifty three dollars with 79/100 (US$1,653.79); **206)** Invoice number 72064600 dated 1/30/07 for the amount of two thousand twelve dollars with 95/100 (US$2,012.95); **207)** Invoice number 72064601 dated 1/30/07 for the amount of six thousand three hundred sixty three dollars with 36/100 (US$6,363.36); **208)** Invoice number 72064602 dated 1/30/07 for the amount of two thousand six hundred eight dollars with 20/100 (US$6,608.20); **209)** Invoice number 72064603 dated 1/30/07 for the amount of six hundred three dollars with 51/100 (US$603.51); **210)** Invoice number 72064604 dated 1/30/07 for the amount of one thousand two hundred forty six dollars with 86/100 (US$1,246.86); **211)** Invoice number 72064605 dated 1/30/07 for the amount of nine hundred forty two dollars with 97/100 (US$942.97); **212)** Invoice number 72064606 dated 1/30/07 for the amount of sixteen thousand eight hundred ninety seven dollars with 44/100 (US$16,897.44); **213)** Invoice number 72064607 dated 1/30/07 for the amount of two thousand two hundred seven dollars with 52/100 (US$2,207.52); **214)** Invoice number 72064608 dated 1/30/07 for the amount of one thousand three hundred eighty nine dollars with 60/100 (US$1,389.60); **215)** Invoice number 72064609 dated 1/30/07 for the amount of eleven thousand eight hundred eighteen dollars with 17/100 (US$11,818.17); **216)** Invoice number 72064610 dated 1/30/07 for the amount of twenty thousand one hundred fifty dollars with 00/100 (US$20,150.00); **217)** Invoice number 72064611 dated 1/30/07 for the amount of eight hundred thirty one dollars with 00/100 (US$831.00); **218)** Invoice number 72064612 dated 1/30/07 for the amount of five thousand five hundred ninety seven dollars with 71/100 (US$5,597.71); **219)** Invoice number 72064613 dated 1/30/07 for the amount of two hundred twenty one dollars with 36/100 (US$221.36); **220)** Invoice number 72064614 dated 1/30/07 for the amount of two thousand eighty seven dollars with 52/100 (US$2,807.52); **221)** Invoice number 72064615 dated 1/30/07 for the amount of one hundred eighty six dollars with 30/100 (US$186.30); **222)** Invoice number 72064616 dated 1/30/07 for the amount of four hundred thirty seven dollars with 40/100 (US$437.40); **223)** Invoice number 72064617 dated 1/30/07 for the amount of seven thousand two hundred eighty nine dollars with 49/100 (US$7,289.49); **224)** Invoice number 72064618 dated 1/30/07 for the amount of one thousand nine hundred forty one dollars with 41/100 (US$1,941.41); **224)** Invoice

number 72064619 dated 1/30/07 for the amount of one thousand nine dollars with 15/100 (US$1,009.15); **225)** Invoice number 72064620 dated 1/30/07 for the amount of two thousand fifty nine dollars with 20/100 (US$2,059.20); **226)** Invoice number 72064621 dated 1/30/07 for the amount of eight thousand two hundred dollars with 92/100 (US$8,200.92); **227)** Invoice number 72064624 dated 1/30/07 for the amount of eight thousand two hundred dollars with 92/100 (US$8,200.92); **228)** Invoice number 72064623 dated 1/30/07 for the amount of fourteen thousand five hundred fourteen dollars with 36/100 (US$14,514.36); **229)** Invoice number 72064624 dated 1/30/07 for the amount of one thousand two hundred sixty dollars with 00/100 (US$1,260.00); **230)** Invoice number 72064625 dated 1/30/07 for the amount of twenty thousand seven hundred twenty one dollars with 96/100 (US$20,721.96); **231)** Invoice number 72064626 dated 1/30/07 for the amount of three hundred twenty four dollars with 68/100 (US$324.68); **232)** Invoice number 72064627 dated 1/30/07 for the amount of four thousand nine hundred fifty dollars with 00/100 (US$4,950.00); **233)** Invoice number 72064628 dated 1/30/07 for the amount of seven thousand nine hundred eighty three dollars with 36/100 (US$7,983.36); **234)** Invoice number 72064629 dated 1/30/07 for the amount of two hundred eighty six dollars with 72/100 (US$286.72); **235)** Invoice number 72064630 dated 1/30/07 for the amount of two thousand one hundred ninety three dollars with 56/100 (US$2,193.56); **236)** Invoice number 72064631 dated 1/30/07 for the amount of fifteen thousand four hundred forty dollars with 07/100 (US$15,440.07); **237)** Auto No.28, dated March 1ˢᵗ., 2007, dictated by the Second Court of the Civil and Commercial Chamber of the Legal District of Santiago.

## THE JUDGE, AFTER HEARING THE CASE:

**WHEREAS:** That in the present case the Court is imposed with a CLAIM IN COLLECTION AND VALID LIEN OF PROPERTY, imposed by the Plaintiff QST DOMINICANA, LLC, against the Defendant, INTERAMERICANA APPAREL COMPANY for the amount of NINE HUNDRED THIRTY ONE THOUSAND FOUR HUNDRED NINETY SIX WITH 64/100 (US$931,496.64).

**WHEREAS:** That the Plaintiff request from the Defendant, the payment of the referred amount, by virtue of the invoices in the autos, dully translated to Spanish, according to certification issued by the Legal Interpreter, Jethel Ma. Fiallo Pellerano.

**WHEREAS:** That the Plaintiff also follows to declare the validity of the lien of property in the form and in the essence submitted in prejudice of the Plaintiff and in the hands of third parties garnishees previously mentioned, ordering them to pay in the hands of the defendant the values affected by the referred lien, until the dully concurrency of its credit in the main and accessories right.

**WHEREAS:** That on its side, the defendant has requested the rejection of the claim due to its inadmissibility, wrongly based and lack of legal base.

QST0027

WHEREAS: That according to the dispositions of articles 1134 and 1135 of the Civil Code, the legally formed conventions have law force for them who made them; can not be revoked, but by mutual agreement, or by causes not authorized by the law; they should be taken into execution in good faith; and they oblige not only to what is expressed in them, but also to all the consequences that the equity, the use or the law gives to the obligation according to its nature.

WHEREAS: That is an obligation of every debtor to pay his creditor in the place and terms agreed.

WHEREAS: That truly, the Plaintiff has proved to be the creditor of the Defendant for the aforementioned amount, that on its side has not proved payment or fact demonstrating such liberation, for this it proceeds to legally recognize the credit in favor of the Plaintiff.

WHEREAS: That proceeds condemning the Defendant to pay one percent (1%) monthly, from the date of the claim, as title of supplementary compensation.

WHEREAS: That in the present case, the Plaintiff has presented a lien of property, by virtue of the Civil Order No.281 dated February 13th, 2007 in prejudice of the Defendant and between third parties garnisheed.

WHEREAS: That to the garnishee part it was notified the act of the lien and the claim in validity, and that this last was notified to the third parties garnishee, in the legal terms, established in articles 563 and 564 of the Dominican Civil Procedure Code, f to proceed to declare regular and valid in the form and the essence, the lien of property, practiced by the Plaintiff and ordering the third parties garnishees to pay in the hands of               the               lienor the values affected by the referred lien up to the amount of the main and accessory credit right.

WHEREAS: That every part that succumbs in Justice shall be condemned to pay the costs of the process, with distraction of the same, in benefit of the Lawyers that confirm being advancing them in their total part.

FOR THESE CAUSES AND SEEN, articles 1315 of the Civil Code; 130, 133, 141, 146, 149, 557, 561, 563 and 564, of the Civil Procedure Code; THE SECOND COURT OF THE CIVIL AND COMMERCIAL CHAMBER OF THE LEGAL DISTRICT IN SANTIAGO, FIRST INSTANCE COURT, administrating justice in the name of the Republic and by authority of the law, and by merit of the aforementioned articles, VERDICTS: FIRST: To condemn the Defendant INTERAMERICANA APPAREL COMPANY, to pay the amount of NINE HUNDRED THIRTY ONE THOUSAND FOUR HUNDRED NINETY SIX WITH 64/100 (US$931,496.64) in benefit of QST DOMINICANA, LLC, the Plaintiff. SECOND: condemns to the Defendant to pay a monthly interest of one percent (1%), from the date of the claim, in title of supplementary compensation. THIRD: declare

QST0028

regular and valid in its form and essence, the lien of property presented through acts numbers 148/2007 dated February 21st., 2007 and 155/2007 dated February 22nd., 2007, from the Minister Officer Yira Rivera Raposo, officer of the Second Court of the Penal Chamber of the Santiago Legal District First Instance Court, acting by request from QST DOMINICANA, LLC, in prejudice of INTERAMERICANA APPAREL COMPANY and from the hands of LEVI STRAUSS & CO. AND GRUPO M. FOURTH: Orders the third parties garnishees to validly pay from the hands of the lienor, the amounts that are recognized as debts from INTERAMERICANA APPAREL COMPANY, up to the amount of the credit that the lienor has against his debtor, in principal, interests, costs and other law accessories. FIFTH: Condemns the Defendant to pay the costs of the procedure, with distraction of the same in favor of the lawyers Marlit Badia and J. Guillermo Estrella Ramia who confirm to be advancing them in its total part. And for this, our sentence, here is ordered and signed. Signatures (Samuel Guzman Fernandez, Judge and Angelita Grullon, Secretary).

I, Angelita Grullon Paulino, Secretary of the Second Court of the Civil and Commercial Chamber of the Santiago Legal District First Instance Court, Certify: That the sentence marked with the No.1788 dated October 1st. 2007, is faithful and agrees with the registered original under the No. _____1538_____ folio _____326_____ book _____4_____ from Legal Acts.

Santiago _____October four (4) 2007_____.



JETHEL Ma. FIALLO P.
INTERPRETE JUDICIAL
JUZGADO DE PRIMERA
INSTANCIA
D.N.
Santo Domingo, R.D.

QST0029

**Notificación. Embargo retentivo u oposición, denuncia, contradenuncia y demanda en validez.**

Acto número 148/2007        .-

En la ciudad de Santiago de los Caballeros, municipio y provincia de Santiago, República Dominicana, a los _Quintila_ (21) días del mes febrero del año dos mil siete (2007). - Actuando a requerimiento de **Qst Dominicana LLC**, compañía organizada y existente de conformidad con las leyes de los Estados Unidos de América, con asiento y domicilio social ad-hoc en el Caribean Industrial Park, Zona Franca de Matanzas, Santiago de los Caballeros, República Dominicana, entidad debidamente representada por el señor **Albert Madera Polanco**, dominicano, mayor de edad, soltero, titular y portador de la cédula de identidad y electoral número 002-0127741-5, domiciliado y residente en esta ciudad de Santiago de los Caballeros; quien tiene como abogados y apoderados especiales a los licenciados **Marlit Badía Taveras y J. Guillermo Estrella Ramia**, dominicanos, mayores de edad, solteros, abogados de los tribunales de la República, titulares y portadores de la cédula de identidad y personal número 054-0083476-7 y 031-0301305-2, con matrículas número 25315-692-02 y 24550-12-02, respectivamente, con estudio profesional común abierto en la firma **Estrella & Tupete**, ubicada en el literal y número V-11, de la calle once (11) del sector Jardines Metropolitanos de la ciudad de Santiago de los Caballeros, teléfono 809-971-4060, lugar donde hace mi requeriente formal elección de domicilio para los fines y consecuencias legales del presente acto.

En virtud del artículo 48 del código de procedimiento civil, reformado, y de la ordenanza civil número 281 dictada por el Magistrado Juez de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, en fecha trece (13) de febrero del año dos mil siete (2007), en sus atribuciones civiles, debidamente registrada, de la cual se da copia íntegra y encabeza la cabeza del presente acto.

Yo, **Yira María Rivera Raposo**, Alguacil Ordinaria de la Segunda Sala Penal de Santiago, debidamente nombrada, recibida y juramentada para el regular ejercicio de todos los actos de mi ministerio, domiciliada y residente en la casa marcada con el número dieciséis (16), calle primera del sector Vista Linda, Santiago de los Caballeros, titular y portadora de la cédula de identidad y electoral número 031-0075090-4.

Expresamente, y en virtud del anterior requerimiento me he trasladado dentro de los límites de mi jurisdicción:

Único: a la calle 27 de Febrero que es lugar donde se encuentra la Plaza Optimus, local marcado con el literal y número A-23, donde se encuentra la **Levi Strauss & Co.** y una vez allí, hablando con _Iван Bordelen_ , en su calidad de _Analista Financiera_ , según me declaró y dijo ser; respecto de **Levi Strauss & Co**, que mi requeriente **QST Dominicana LLC**, por medio del presente acto se opone formalmente a que paguen, entreguen o se desapoderen de cualesquiera sumas de dinero, muebles o valores mobiliarios que tengan o tuvieren, deban o debieren, detenten o pudieran detentar, en capital e intereses, pertenecientes a cuenta(s) de **Interamericana Apparel Company**, a cualquier

título y por cualquier causa que sea, declarándole(s) que esta oposición es hecha para seguridad, conservación y obtención del pago de la suma en principal e intereses de novecientos treinta y **un mil cuatrocientos noventa y seis dólares norteamericanos con 64/100 (US$931,496.64)**, monto que asciende actualmente los valores adeudados por **Interamericana Apparel Company**, a mi requeriente, bajo reserva de los demás derechos, acciones, intereses y gastos de ejecución, cuyo embargo retentivo es hecho de conformidad con las leyes vigentes y hasta el doble de las causas del mismo, es decir por la suma de un millón ochocientos sesenta y dos mil novecientos noventa y **tres dólares norteamericanos con dos centavos (US$1,862,993.2)**, y que a falta de guardar a esta oposición las consideraciones de Derecho, mi requeriente lo hará responsable del monto de las causas del embargo y de los daños y perjuicios, sin perjuicio de cualesquiera otros derechos y acciones, incluyendo daños y perjuicios. **Bajo toda clase de reservas.**

Y a los mismos requerimientos, constitución de abogados, elección de domicilio y demás menciones precedentes, me he trasladado dentro de los límites de mi jurisdicción al local marcado con el número



_____ (←_____) de la calle
_____ de esta ciudad de Santiago de los Caballeros, que es donde tiene su domicilio la **Interamericana Apparel Company**, y una vez allí y hablando con _____ en su calidad de _____, según me declaró y dijo ser respecto de la **Interamericana Apparel Company**, le(s) he notificado y denunciado a mi(s) requerido(s) **Interamericana Apparel Company**, las diligencias y actuaciones que anteceden en el presente acto, que contienen el embargo retentivo u oposición trabado por mi requeriente **QST Dominicana LLC**, en manos del tercero embargado arriba mencionado, **en virtud** del artículo 48 del código de procedimiento civil, reformado, y de la ordenanza civil número 281 dictada por el Magistrado Juez de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, en fecha trece (13) de febrero del año dos mil siete (2007), en sus atribuciones civiles, debidamente registrada, de la cual se da copia íntegra y textual en cabeza del presente acto.

Y a los mismos requerimientos, constitución de abogados, elección de domicilio y demás menciones precedentes, le(s) he notificado a mi(s) requerido(s) **Interamericana Apparel Company**, que mi requeriente **Qst Dominicana Llc**, hablado con la(s) persona(s) que he dicho haber hablado más arriba, que mi requeriente por este mismo acto, le cita y emplaza para que en el plazo de la octava franca legal, comparezcan conforme fuere de Derecho, por ante la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, a las nueve (9:00 A.M.) horas de la mañana, al local donde acostumbra a celebrar sus audiencias públicas dicho tribunal, sito en uno de los salones del Palacio de Justicia de "Lic. Federico C. Álvarez", ubicado entre las avenidas 27 de Febrero y Circunvalación y las calles E. Guerrero y del Ensanche Román de esta ciudad de Santiago de los Caballeros, a los fines y medios siguientes: atendido: a que el supraindicado crédito se encuentra justificado mediante los documentos siguientes: 1) factura número 72062783 de fecha 11/02/06, ascendente a un monto de ochocientos once dólares norteamericanos con 50/100 (US$811.50); 2) factura número 72062784 de fecha 11/02/06, ascendente a un monto de cincuenta y dos dólares con 80/100 (US$52.80); 3) factura número 72062821 de fecha 11/03/06, ascendente a un monto de cuatro mil ochocientos noventa y cuatro dólares con 59/100 (US$4,894.59); 4) factura número 72062822 de fecha 11/03/06, ascendente a un monto de mil ciento un dólares norteamericanos con 10/100 (US$1,101.10); 4) factura número 72062823 de fecha 11/03/06, ascendente a un monto de cuatro mil cuatrocientos uno con 10/100 (US$4,401.10); 5) factura número 72062830 de fecha

11/03/06, ascendente a un monto de dos mil ochocientos treinta y siete dólares norteamericanos con 66/100.(US$2,837.66); 6) factura número 72062832 de fecha 11/03/06, ascendente a un monto de catorce mil trescientos cuarenta dólares norteamericanos con 55/100.(US$14,340.55); 7) factura número 72062833 de fecha 11/03/06, ascendente a un monto de cuatro mil cuarenta y ocho dólares norteamericanos con 80/100.(US$4,048.80); 8) factura número 72062834 de fecha 11/03/06, ascendente a un monto de mil seiscientos setenta dólares norteamericanos con 38/100 (US$1,670.38); 9) factura número 72062835 de fecha 11/03/06, ascendente a un monto de ciento cuarenta y ocho dólares norteamericanos con 00/100.(US$148.00); 10) factura número 72062836 de fecha 11/03/06, ascendente a un monto de dos mil veinticuatro dólares norteamericanos con 40/100 (US$2,024.40); 11) factura número 72062837 de fecha 11/03/06, ascendente a un monto de tres mil treinta y seis dólares norteamericanos con 60/100 (US$3,036.60); 12) factura número 72062838 de fecha 11/03/06, ascendente a un monto de cuatrocientos veinticuatro dólares norteamericanos con 48/100 (US$424.48); 13) factura número 72062839 de fecha 11/03/06, ascendente a un monto de trescientos tres dólares norteamericanos con 97/100 (US$303.97); 14) factura número 72062840 de fecha 11/03/06, ascendente a un monto mil seiscientos ochenta y cuatro dólares norteamericanos con 80/100 (US$1,684.80); 15) factura número 72062901 de fecha 11/08/06, ascendente a un monto de quince mil setecientos noventa y siete dólares norteamericanos con 25/100 (US$15,797.25); 16) factura número 72062902 de fecha 11/08/06, ascendente a un monto de cinco mil trescientos ochenta y ocho dólares norteamericanos con 10/100.(US$5,388.10); 17) factura número 72062903 de fecha 11/08/06, ascendente a un monto de cinco mil quinientos ochenta dólares norteamericanos con 00/100 (US$5,580.00); 18) factura número 72062904 de fecha 11/08/06, ascendente a un monto de trece mil ochocientos treinta y ocho dólares norteamericanos con 00/100.(US$13,838.00); 19) factura número 72062905 de fecha 11/08/06, ascendente a un monto de ochenta y dos dólares norteamericanos con 94/100 (US$82.94); 20) factura número 72062906 de fecha 11/08/06, ascendente a un monto de dos mil cinco dólares norteamericanos con 34/100 (US$2,005.34); 21) factura número 72062907 de fecha 11/08/06, ascendente a un monto de mil cuatrocientos sesenta y tres dólares norteamericanos con 62/100 (US$1,463.62); 22) factura número 72062908 de fecha 11/08/06, ascendente a un monto de mil ochocientos sesenta dólares norteamericanos con 00/100.(US$1,860.00); 23) factura número 72062909 de fecha 11/08/06, ascendente a un monto de quince mil ciento setenta y cinco dólares norteamericanos con 44/100 (US$15,175.44); factura número 72062910 de fecha 11/08/06, ascendente a un monto de doscientos veintidós dólares norteamericanos con 00/100 (US$222.00); 24) factura número 72062911 de fecha 11/08/06, ascendente a un monto de ciento setenta y cuatro dólares norteamericanos con 24/100 (US$174.24); 25) factura número 72062912 de fecha 11/08/06, ascendente a un monto de doscientos sesenta y siete dólares norteamericanos con 60/100 (US$267.60); 26) factura número 72062913 de fecha 11/08/06, ascendente a un monto de dos mil ochocientos trece dólares norteamericanos con 85/100 (US$2,813.85); 27) factura número 72062914 de fecha 11/08/06, ascendente a un monto de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60); 28) factura número 72063011 de fecha 11/10/06, ascendente a un monto de dos mil quinientos once dólares norteamericanos con 66/100.(US$2,511.66); 29) factura número 72063012 de fecha 11/10/06, ascendente a un monto de tres mil ochocientos treinta dólares norteamericanos con 40/100 (US$3,830.40); 30) factura número 72063013 de fecha 11/10/06, ascendente a un monto de dos mil seiscientos veinticinco dólares norteamericanos con 37/100 (US$2,625.37); 31) factura número 72063014 de fecha 11/10/06, ascendente a un monto de siete mil doscientos ochenta y siete dólares norteamericanos con 34/100 (US$7,287.34); 32) factura número 72063015 de fecha 11/10/06,

ascendente a un monto de cinco mil quinientos uno dólares norteamericanos con 10/100 (US$5,501.10); 33) factura número 72063016 de fecha 11/10/06, ascendente a un monto de tres mil tres dólares norteamericanos con 75/100 (US$3,003.75); 34) factura número 72063050 de fecha 11/13/06, ascendente a un monto de nueve mil trescientos sesenta y cuatro uno dólares norteamericanos con 32/100 (US$9,364.32); 35) factura número 72063051 de fecha 11/13/06, ascendente a un monto de novecientos veintitrés dólares norteamericanos con 76/100.(US$923.76); 36) factura número 72063052 de fecha 11/13/06, ascendente a un monto de trescientos treinta y uno dólares norteamericanos con 80/100 (US$331.80); 37) factura número 72063150 de fecha 11/15/06, ascendente a un monto de cinco mil cuatrocientos noventa y nueve dólares norteamericanos con 90/100.(US$5,499.90); 38) factura número 72063151 de fecha 11/15/06, ascendente a un monto de nueve mil cuatrocientos cincuenta dólares norteamericanos con 00/100.(US$9,450.00); 39) factura número 72063152 de fecha 11/15/06, ascendente a un monto de tres mil ciento diecinueve dólares norteamericanos con 55/100.(US$3,119.55); 40) factura número 72063153 de fecha 11/15/06, ascendente a un monto de mil setecientos cuarenta y seis dólares norteamericanos con 21/100 (US$1,746.21); 41) factura número 72063154 de fecha 11/15/06, ascendente a un monto de ocho mil novecientos noventa dólares norteamericanos con 00/100 (US$8,990.00); 42) factura número 72063155 de fecha 11/15/06, ascendente a un monto de quince mil ochocientos sesenta y cuatro dólares norteamericanos con 00/100.(US$15,864.00); 43) factura número 72063156 de fecha 11/15/06, ascendente a un monto de tres mil ciento veinticinco dólares norteamericanos con 54/100 (US$1,125.54); 44) factura número 72063157 de fecha 11/15/06, ascendente a un monto de seiscientos ochenta y cinco dólares norteamericanos con 71/100 (US$685.71); 45) factura número 72063158 de fecha 11/15/06, ascendente a un monto de doscientos seis dólares norteamericanos con 00/100 (US$206.00); 46) factura número 72063219 de fecha 11/17/06, ascendente a un monto de mil un dólares norteamericanos con 25/100 (US$1,001.25); 47) factura número 72063220 de fecha 11/17/06, ascendente a un monto de mil cuatrocientos setenta dólares norteamericanos con 15/100 (US$1,470.15); 48) factura número 72063221 de fecha 11/17/06, ascendente a un monto de mil doscientos treinta y tres dólares norteamericanos con 23/100 (US$1,233.23); 49) factura número 72063222 de fecha 11/17/06, ascendente a un monto de mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00); 50) factura número 72063223 de fecha 11/17/06, ascendente a un monto de mil ciento sesenta y seis dólares norteamericanos con 40/100 (US$1,166.40); 51) factura número 72063224 de fecha 11/17/06, ascendente a un monto de cuatro mil ciento noventa y un dólares norteamericanos con 26/100 (US$4,191.26); 52) factura número 72063225 de fecha 11/17/06, ascendente a un monto de trescientos cuarenta y ocho dólares norteamericanos con 48/100 (US$348.48); 53) factura número 72063226 de fecha 11/17/06, ascendente a un monto de doscientos cinco dólares norteamericanos con 47/100 (US$205.47); 54) factura número 72063227 de fecha 11/17/06, ascendente a un monto de mil trescientos quince dólares norteamericanos con 86/100 (US$1,315.86); 55) factura número 72063228 de fecha 11/17/06, ascendente a un monto de dos mil ciento cuarenta y ocho dólares norteamericanos con 12/100 (US$2,148.12); 56) factura número 72063229 de fecha 11/17/06, ascendente a un monto de trescientos quince dólares norteamericanos con 36/100 (US$315.36); 57) factura número 72063234 de fecha 11/17/06, ascendente a un monto de dos mil doscientos sesenta y tres dólares norteamericanos con 25/100 (US$2,263.25); 58) factura número 72063236 de fecha 11/17/06, ascendente a un monto de cinco mil setecientos ochenta y siete dólares norteamericanos con 94/100 (US$5,787.94); 59) factura número 7206323/ de fecha 11/17/06, ascendente a un monto de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); 60) factura número 72063238 de fecha

11/17/06, ascendente a un monto de doscientos sesenta y siete dólares norteamericanos con 04/100 (US$267.04); 61) factura número 72063239 de fecha 11/17/06, ascendente a un monto de mil novecientos ochenta y siete dólares norteamericanos con 20/100 (US$1,987.20); 62) factura número 72063249 de fecha 11/20/06, ascendente a un monto de tres mil trescientos dólares norteamericanos con 00/100 (US$3,300.00); 63) factura número 72063250 de fecha 11/20/06, ascendente a un monto de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100 (US$444.00); 64) factura número 72063316 de fecha 11/22/06, ascendente a un monto de cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00.); 65) factura número 72063318 de fecha 11/22/06, ascendente a un monto de tres mil setecientos veinte dólares norteamericanos con 00/100 (US$3,720.00.); 66) factura número 72063319 de fecha 11/22/06, ascendente a un monto de doce mil ochocientos cuarenta y dos dólares norteamericanos con 00/100 (US$12,842.00.); 67) factura número 72063320 de fecha 11/22/06, ascendente a un monto de dos mil noventa y seis dólares norteamericanos con 64/100 (US$2,096.64.); 68) factura número 72063321 de fecha 11/22/06, ascendente a un monto de mil doscientos cincuenta y tres dólares norteamericanos con 95/100 (US$1,253.95.); 69) factura número 72063322 de fecha 11/22/06, ascendente a un monto de diez mil ochocientos noventa y cuatro dólares norteamericanos con 76/100 (US$10,894.76); 70) factura número 72063323 de fecha 11/22/06, ascendente a un monto de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); 71) factura número 72063324 de fecha 11/22/06, ascendente a un monto de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60.); 72) factura número 72063325 de fecha 11/22/06, ascendente a un monto de seis mil treinta y siente dólares norteamericanos con 20/100 (US$6,037.20.); 73) factura número 72063326 de fecha 11/22/06, ascendente a un monto de novecientos veintisiete dólares norteamericanos con 20/100 (US$927.20); 74) factura número 72063327 de fecha 11/22/06, ascendente a un monto de setecientos treinta y un dólares norteamericanos con 81/100 (US$731.81); 75) factura número 72063328 de fecha 11/22/06, ascendente a un monto de cuatrocientos ochenta dólares norteamericanos con 80/100 (US$480.80); 76) factura número 72063340 de fecha 11/22/06, ascendente a un monto de mil seiscientos ochenta y ocho dólares norteamericanos con 31/100 (US$1,688.31); 77) factura número 72063444 de fecha 11/24/06, ascendente a un monto de cuatro mil ochocientos cincuenta y uno dólares norteamericanos con 71/100 (US$4,851.71); 78) factura número 72063445 de fecha 11/24/06, ascendente a un monto de dos mil doscientos noventa y ocho dólares norteamericanos con 24/100 (US$2,298.24); 79) factura número 72063446 de fecha 11/24/06, ascendente a un monto de nueve dólares norteamericanos con 73/100 (US$9.73/180) factura número 72063474 de fecha 11/27/06, ascendente a un monto de siete mil trescientos dieciséis dólares norteamericanos con 01/100 (US$7,316.01.); 81) factura número 72063475 de fecha 11/27/06, ascendente a un monto de ocho mil doscientos ochenta y siete dólares norteamericanos con 16/100 (US$8,287.16.); 82) factura número 72063476 de fecha 11/27/06, ascendente a un monto de seiscientos sesenta dólares norteamericanos con 00/100 (US$660.00);(959" 83) factura número 72063558 de fecha 11/29/06, ascendente a un monto de trescientos dólares norteamericanos con 61/100 (US$300.61); 84) factura número 72063559 de fecha 11/29/06, ascendente a un monto de mil ochocientos sesenta dólares norteamericanos con 00/100 (US$1,860.00); 85) factura número 72063560 de fecha 11/29/06, ascendente a un monto de setecientos cincuenta y seis dólares norteamericanos con 86/100 (US$756.86); 86) factura número 72063561 de fecha 11/29/06, ascendente a un monto de dos mil doscientos cuarenta y tres dólares norteamericanos con 52/100 (US$2,243.52); 87) factura número 72063562 de fecha 11/29/06, ascendente a un monto de setecientos cincuenta y ocho dólares norteamericanos con

31/100 (US$758.31.); 88) factura número 72063563 de fecha 11/29/06, ascendente a un monto de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60.); 89) factura número 72063564 de fecha 11/29/06, ascendente a un monto de ciento treinta y ocho dólares norteamericanos con 04/100 (US$138.04); 90) factura número 72063565 de fecha 11/29/06, ascendente a un monto de setecientos dos dólares norteamericanos con 47/100 (US$702.47.); 91) factura número 72063566 de fecha 11/29/06, ascendente a un monto de cuatrocientos ochenta y un dólares norteamericanos con 14/100 (US$481.14); 92) factura número 72063635 de fecha 12/01/06, ascendente a un monto de dos mil ochocientos ocho dólares norteamericanos con 96/100 (US$2,808.96); 93) factura número 72063680 de fecha 12/04/06, ascendente a un monto de quinientos cuarenta y cinco dólares norteamericanos con 18/100 (US$545.18); 94) factura número 72063681 de fecha 12/04/06, ascendente a un monto de trescientos diez dólares norteamericanos con 00/100 (US$310.00); 95) factura número 72063711 de fecha 12/05/06, ascendente a un monto de cuatro mil cuatrocientos treinta y cinco dólares norteamericanos con 20/100 (US$4,435.20); 96) factura número 72063748 de fecha 12/06/06, ascendente a un monto de cuatro mil doscientos diez dólares norteamericanos con 50/100 (US$4,210.50); 97) factura número 72063749 de fecha 12/06/06, ascendente a un monto de cinco mil ochocientos noventa dólares norteamericanos con 00/100 (US$5,890.00.); 98) factura número 72063750 de fecha 12/06/06, ascendente a un monto de mil doscientos setenta dólares norteamericanos con 40/100 (US$1,270.40); 99) factura número 72063751 de fecha 12/06/06, ascendente a un monto de seiscientos dieciocho dólares norteamericanos con 00/100 (US$618.00); 100) factura número 72063752 de fecha 12/06/06, ascendente a un monto de dos mil trescientos dólares norteamericanos con 80/100 (US$2,300.80); 101) factura número 72063753 de fecha 12/06/06, ascendente a un monto de cinco mil trescientos cuarenta y seis dólares norteamericanos con 32/100 (US$5,346.32); 102) factura número 72063790 de fecha 12/07/06, ascendente a un monto de cuatro mil trescientos cuarenta y cuatro dólares norteamericanos con 60/100 (US$4,344.60); 103) factura número 72063845 de fecha 12/08/06, ascendente a un monto de dos mil doscientos treinta y dos dólares norteamericanos con 00/100 (US$2,232.00); 104) factura número 72063846 de fecha 12/08/06, ascendente a un monto de mil doscientos dos dólares norteamericanos con 00/100 (US$1,202.00); 105) factura número 72063847 de fecha 12/08/06, ascendente a un monto de mil ochocientos sesenta y nueve dólares norteamericanos con 50/100 (US$1,869.50); 106) factura número 72063848 de fecha 12/08/06, ascendente a un monto de tres mil ciento ochenta y dos dólares norteamericanos con 40/100 (US$3,182.40); 107) factura número 72063860 de fecha 12/08/06, ascendente a un monto de dieciocho mil quinientos sesenta y ocho dólares norteamericanos con 23/100 (US$18,568.23); 108) factura número 72063961 de fecha 12/13/06, ascendente a un monto de mil trescientos setenta y un dólares norteamericanos con 69/100 (US$1,371.69); 109) factura número 72063962 de fecha 12/13/06, ascendente a un monto de cuatro mil doscientos cincuenta y siete dólares norteamericanos con 75/100 (US$4,257.75); 110) factura número 72063963 de fecha 12/13/06, ascendente a un monto de mil ochocientos cincuenta y cuatro dólares norteamericanos con 00/100 (US$1,854.00); 111) factura número 72063964 de fecha 12/13/06, ascendente a un monto de dos mil cuatrocientos cuatro dólares norteamericanos con 00/100.(US$2,404.00); 112) factura número 72063965 de fecha 12/13/06, ascendente a un monto de trescientos treinta y cuatro dólares norteamericanos con 20/100 (US$334.20); 113) factura número 72064053 de fecha 12/18/06, ascendente a un monto de doscientos ochenta y siete norteamericanos con 62/100 (US$287.62); 114) factura número 72064054 de fecha 12/18/06, ascendente a un monto de cuatrocientos ochenta y nueve dólares norteamericanos con 60/100.(US$489.60); 115) factura número 72064055 de fecha 12/18/06,

ascendente a un monto de **dos mil doscientos cincuenta y uno dólares norteamericanos con 08/100.(US$2,251.08)**; 116) factura número 72064076 de fecha 12/19/06, ascendente a un monto de **mil seiscientos noventa y tres dólares norteamericanos con 44/100 (US$1,693.44)**; 117) factura número 72064135 de fecha 01/11/07, ascendente a un monto de **seis mil ciento cincuenta y un dólares norteamericanos con 10/100 (US$6.151.10)**; 118) factura número 72064136 de fecha 01/11/07, ascendente a un monto de **siete mil setecientos cincuenta dólares norteamericanos con 00/100 (US$7,750.00)**; 119) factura número 72064153 de fecha 01/12/07, ascendente a un monto de **mil seiscientos cincuenta dólares norteamericanos con 00/100 (US$1,650.00)**; 120) factura número 72064158 de fecha 01/12/07, ascendente a un monto de **cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00)**; 121) factura número 72064159 de fecha 01/12/07, ascendente a un monto de **doce mil doscientos cuarenta y cuatro dólares norteamericanos con 30/100.(US$12,244.30)**; 122) factura número 72064160 de fecha 01/12/07, ascendente a un monto de **mil setenta y nueve dólares norteamericanos con 87/100 (US$1,079.87)**; 123) factura número 72064161 de fecha 01/12/07, ascendente a un monto de **mil ochocientos veintitrés dólares norteamericanos con 27/100 (US$1,823.27)**; 124) factura número 72064162 de fecha 01/12/07, ascendente a un monto de **cuatro mil seiscientos setenta dólares norteamericanos con 00/100 (US$4,670.00)**; 125) factura número 72064163 de fecha 01/12/07, ascendente a un monto de **seiscientos cuarenta y siete dólares norteamericanos con 14/100.(US$647.14)**; 126) factura número 72064164 de fecha 01/12/07, ascendente a un monto de **mil seiscientos sesenta y tres dólares norteamericanos con 20/100 (US$1,663.20)**; 127) factura número 72064165 de fecha 01/12/07, ascendente a un monto de **mil ciento ochenta y cuatro dólares norteamericanos con 00/100 (US$1,184.00)**; 128) factura número 72064166 de fecha 01/12/07, ascendente a un monto de **doscientos doce dólares norteamericanos con 22/100.(US$212.22)**; 129) factura número 72064167 de fecha 01/12/07, ascendente a un monto de **cuatro mil ochocientos setenta y cuatro dólares norteamericanos con 69/100 (US$4,874.69)**; 130) factura número 72064202 de fecha 01/15/07, ascendente a un monto de **ciento cuarenta y ocho dólares norteamericanos con 00/100 (US$148.00)**; 131) factura número 72064203 de fecha 01/15/07, ascendente a un monto de **ciento setenta y cuatro dólares norteamericanos con 24/100.(US$174.24)**; 132) factura número 72064204 de fecha 01/15/07, ascendente a un monto de **mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00)**; 133) factura número 72064292 de fecha 01/17/07, ascendente a un monto de **doce mil trescientos dieciséis dólares norteamericanos con 16/100.(US$12,316.16)**; 134) factura número 72064293 de fecha 01/17/07, ascendente a un monto de **trescientos cinco dólares norteamericanos con 25/100 (US$305.25)**; 135) factura número 72064294 de fecha 01/17/07, ascendente a un monto de **doscientos veintidós dólares norteamericanos con 00/100.(US$222.00)**; 136) factura número 72064329 de fecha 01/18/07, ascendente a un monto de **trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09)**; 137) factura número 72064330 de fecha 01/18/07, ascendente a un monto de **diez mil novecientos ochenta y dos dólares norteamericanos con 60/100 (US$10,982.60)**; 138) factura número 72064331 de fecha 01/18/07, ascendente a un monto de **trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09)**; 139) factura número 72064381 de fecha 01/19/07, ascendente a un monto de **ocho mil cuatrocientos dólares norteamericanos con 00/100 (US$8,400.00)**; 140) factura número 72064382 de fecha 01/19/07, ascendente a un monto de **mil doscientos diez dólares norteamericanos con 00/100 (US$1,210.00)**; 141) factura número 72064383 de fecha 01/19/07, ascendente a un monto de **mil ochocientos setenta y dos dólares norteamericanos con 00/100 (US$1,872.00)**; 142) factura número 72064384 de fecha 01/19/07, ascendente a un monto de **ocho mil quinientos ochenta dólares norteamericanos con**

68/100.(US$8,580.68); 143) factura número 72064385 de fecha 01/19/07, ascendente a un monto de mil cuatrocientos treinta y ocho dólares norteamericanos con 08/100 (US$1,438.08); 144) factura número 72064386 de fecha 01/19/07, ascendente a un monto de trescientos setenta y ocho dólares norteamericanos con 43/100 (US$378.43); 145) factura número 72064387 de fecha 01/19/07, ascendente a un monto de veinte seis mil cincuenta dólares norteamericanos con 00/100 (US$26,050.20); 146) factura número 72064388 de fecha 01/19/07, ascendente a un monto de cuatrocientos sesenta y seis dólares norteamericanos con 56/100 (US$466.56); 147) factura número 72064389 de fecha 01/19/07, ascendente a un monto de cuatro mil quinientos treinta y dos dólares norteamericanos con 80/100 (US$4,532.80); 148) factura número 72064390 de fecha 01/19/07, ascendente a un monto de mil cuarenta y tres dólares norteamericanos con 60/100 (US$1,043.60); 149) factura número 72064391 de fecha 01/19/07, ascendente a un monto de cuatrocientos treinta y cuatro dólares norteamericanos con 16/100.(US$434.16); 150) factura número 720643292 de fecha 01/19/07, ascendente a un monto de doscientos treinta dólares norteamericanos con 85/100 (US$230.85); 151) factura número 720643293 de fecha 01/19/07, ascendente a un monto de cinco mil setecientos treinta y ocho dólares norteamericanos con 49/100 (US$5,738.49); 152) factura número 72064439 de fecha 01/23/07, ascendente a un monto de mil dólares norteamericanos con 51/100.(US$1,000.51); 153) factura número 72064440 de fecha 01/23/07, ascendente a un monto de mil doscientos veintidós dólares norteamericanos con 85/100 (US$1,222.85); 154) factura número 72064467 de fecha 01/24/07, ascendente a un monto de once mil cuatrocientos cincuenta y nueve dólares norteamericanos con 52/100 (US$11,459.52); 155) factura número 72064468 de fecha 01/24/07, ascendente a un monto de ochocientos sesenta y dos dólares norteamericanos con 18/100.(US$862.18); 156) factura número 72064469 de fecha 01/24/07, ascendente a un monto de setecientos cuarenta y seis dólares norteamericanos con 78/100 (US$746.78); 157) factura número 72064470 de fecha 01/24/07, ascendente a un monto de mil doscientos veintidós dólares norteamericanos con 37/100 (US$1,222.37); 158) factura número 72064471 de fecha 01/24/07, ascendente a un monto de sesenta y tres dólares norteamericanos con 07/100.(US$63.07); 159) factura número 72064472 de fecha 01/24/07, ascendente a un monto de mil cuatrocientos setenta y cuatro dólares norteamericanos con 02/100 (US$1,474.02); 160) factura número 72064473 de fecha 01/24/07, ascendente a un monto de ochenta y siete dólares norteamericanos con 48/100 (US$87.48); 161) factura número 72064474 de fecha 01/24/07, ascendente a un monto de mil ochocientos setenta y dos dólares norteamericanos con 00/100.(US$1,872.00); 162) factura número 72064551 de fecha 01/26/07, ascendente a un monto de mil cincuenta dólares norteamericanos con 00/100 (US$1,050.00); 163) factura número 72064552 de fecha 01/26/07, ascendente a un monto de ochocientos dieciséis dólares norteamericanos con 20/100.(US$816.20); 164) factura número 72064553 de fecha 01/26/07, ascendente a un monto de mil trescientos veinticuatro dólares norteamericanos con 40/100 (US$1,324.40); 165) factura número 72064554 de fecha 01/26/07, ascendente a un monto novecientos cincuenta dólares norteamericanos con 47/100.(US$950.47); 166) factura número 72064555 de fecha 01/26/07, ascendente a un monto de mil novecientos cuatro dólares norteamericanos con 76/100 (US$1,904.76); 167) factura número 72064556 de fecha 01/26/07, ascendente a un monto de quince mil ciento dos dólares norteamericanos con 40/100.(US$15,102.40); 168) factura número 72064557 de fecha 01/26/07, ascendente a un monto de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); 169) factura número 72064558 de fecha 01/26/07, ascendente a un monto de ochocientos ochenta y cuatro dólares norteamericanos con 51/100.(US$884.51); 170) factura número 72064564 de fecha 01/30/07, ascendente a un monto de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100

(US$444.00), 170) Factura número72064565 de fecha 01/30/07, ascendente a un monto de cuarenta mil quinientos noventa dólares norteamericanos con 90/100 (US$40,590.90), 172) factura número 72064566 de fecha 01/30/07, ascendente a un monto de once mil seiscientos cuarenta y dos dólares norteamericanos con 40/100 (US$11,642.40), 173) Factura número 72064567 de fecha 01/30/07 ascendente a un monto de siete mil cuatrocientos veintiocho dólares norteamericanos con 10/100 (US$7,428.10), 174) factura número 72064568 de fecha 01/30/07 ascendente a un monto de mil cuatrocientos cincuenta dólares norteamericanos con 66/100 (US$1,450.66), 175) Factura número 72064569 de fecha 01/30/07, ascendente a un monto de seiscientos noventa y ocho dólares norteamericanos con 22/100 (US$698.22), 176)Factura Número 72064570 de fecha 01/30/07, ascendente a un monto de cien dólares norteamericanos con 35/100 (US$100.35), 177) Factura número 72064571 de fecha 01/30/07 ascendente a un monto de dos mil cuatrocientos treinta y tres dólares norteamericanos con 60/100 (US$2,433.60), 178) Factura número 72064572 de fecha 01/30/07, ascendente a un monto de doce mil novecientos dieciséis dólares norteamericanos con 80/100 (US$12,916.80), 179) factura número 72064573 de fecha 01/30/07, ascendente a un monto de doce mil quinientos sesenta y ocho dólares norteamericanos con 50/100 (US$12,560.50), 180) Factura número 72064574 de fecha 01/30/07, ascendente a un monto de mil trescientos treinta y dos dólares norteamericanos con 00/100 (US$1,332.00), 181) Factura número 72064575 de fecha 01/30/07, ascendente a un monto de diecisiete mil ciento setenta y siete dólares norteamericanos con 54/100 (US$17,177.54), 182) factura número 72064576 de fecha 01/30/07, ascendente a un monto de mil uno dólares norteamericanos con 25/100 (US$1,001.25), 183) Factura número 72064577 de fecha 01/30/07, ascendente a un monto de veintidós mil veintinueve dólares norteamericanos con 00/100 (US$22,029.00), 184) Factura número 72064578 de fecha 01/30/07, ascendente a un monto de doce mil ochocientos dos dólares norteamericanos con 06/100 (US$12,802.06); 185) factura número 72064579 de fecha 01/30/07, ascendente a un monto de cuatro mil ochenta y cinco dólares norteamericanos con 76/100(US$4,085.76); 186)Factura número 72064580 de fecha 01/30/07, ascendente a un monto de setecientos noventa y nueve dólares norteamericanos con 20/100 (US$799.20); 187) factura número 72064581 de fecha 01/30/07, ascendente a un monto de quinientos ochenta dólares norteamericanos con 32/100 (US$580.32); 188) Factura número 72064582 de fecha 01/30/07, ascendente a un monto de dos mil ciento cuarenta dólares norteamericanos con 96/100 (US$2,140.96); 189) Factura número 72064583 de fecha 01/30/07, ascendente a un monto de dos mil seiscientos treinta y dos dólares norteamericanos con 90/100 (US$2,632.90); 190) factura número 72064584 de fecha 01/30/07, ascendente a un monto de seiscientos veintiséis dólares norteamericanos con 88/100 (US$626.88); 191) Factura número 72064585 de fecha 01/30/07, ascendente a un monto de mil doscientos cincuenta y ocho dólares norteamericanos con 56/100 (US$1,258.56); 192) Factura número 72064586 de fecha 01/30/07, ascendente a un monto de mil quinientos noventa y tres dólares norteamericanos con 00/100 (US$1,593.00); 193) factura número 72064587 de fecha 01/30/07, ascendente a un monto de cuatro mil ciento cuarenta y nueve dólares norteamericanos con 32/100 (US$4,149.32); 194) Factura número 72064588 de fecha 01/30/07, ascendente a un monto de mil ochenta y tres dólares norteamericanos con 60/100 (US$1,083.60); 195) Factura número 72064589 de fecha 01/30/07, ascendente a un monto de seis mil setecientos cuarenta y dos dólares norteamericanos con 28/100 (US$6,742.28); 196) factura número 72064590 de fecha 01/30/07, ascendente a un monto de seiscientos setenta y siete dólares norteamericanos con 42/100 (US$647.42); 197) Factura número 72064591 de fecha 01/30/07, ascendente a un monto de setenta y dos dólares norteamericanos con 89/100 (US$72.89); 198) factura número 72064592 de fecha 01/30/07, ascendente a un monto de dos mil ochocientos cuarenta y nueve dólares

norteamericanos con 28/100 (US$2,849.28); 199) factura número 72064593 de fecha 01/30/07, ascendente a un monto de trescientos siete dólares norteamericanos con 92/100 (US$307.92); 200) Factura número 72064594 de fecha 01/30/07, ascendente a un monto de cuatro mil seiscientos treinta y seis dólares norteamericanos con 80/100 (US$4,636.80); 201) Factura número 72064595 de fecha 01/30/07, ascendente a un monto de mil seiscientos treinta y ocho dólares norteamericanos con 34/100 (US$1,638.34); 202) factura número 72064596 de fecha 01/30/07, ascendente a un monto de mil cuatrocientos setenta y ocho dólares norteamericanos con 02/100 (US$1,478.02); 203) Factura número 72064597 de fecha 01/30/07, ascendente a un monto de cinco mil ciento sesenta y seis dólares norteamericanos con 72/100 (US$5,166.72); 204) Factura número 72064598 de fecha 01/30/07, ascendente a un monto de novecientos treinta y cinco dólares norteamericanos con 34/100 (US$935.34); 205) factura número 72064599 de fecha 01/30/07, ascendente a un monto de mil seiscientos cincuenta y tres dólares norteamericanos con 79/100 (US$1,653.79); 206) factura número 72064600 de fecha 01/30/07, ascendente a un monto de dos mil doce dólares norteamericanos con 95/100 (US$2,012.95); 207) Factura número 72064601 de fecha 01/30/07, ascendente a un monto de seis mil trescientos sesenta y tres dólares norteamericanos con 36/100 (US$6,363.36); 208) Factura número 72064602 de fecha 01/30/07, ascendente a un monto de dos mil seiscientos ocho dólares norteamericanos con 20/100 (US$2,608.20); 209) Factura número 72064603 de fecha 01/30/07, ascendente a un monto de seiscientos tres norteamericanos con 51/100 (US$603.51); 210) factura número 72064604 de fecha 01/30/07, ascendente a un monto de mil doscientos cuarenta y seis dólares norteamericanos con 86/100 (US$1,246.86); 211) factura número 72064605 de fecha 01/30/07, ascendente a un monto de novecientos cuarenta y dos norteamericanos con 97/100 (US$942.97); 212) Factura número 72064606 de fecha 01/30/07, ascendente a un monto de dieciséis mil ochocientos noventa y siete dólares norteamericanos con 44/100 (US$16,897.44); 213) factura número 72064607 de fecha 01/30/07, ascendente a un monto de dos mil doscientos siete dólares norteamericanos con 52/100 (US$2,207.52), 214) Factura número 72064608 de fecha 01/30/07, ascendente a un monto de mil trescientos ochenta y nueve dólares norteamericanos con 60/100 (US$1,389.60); 215) Factura número 72064609 de fecha 01/30/07, ascendente a un monto de once mil ochocientos dieciocho dólares norteamericanos con 17/100 (US$11,818.17); 216) factura número 72064610 de fecha 01/30/07, ascendente a un monto de veinte mil ciento cincuenta dólares norteamericanos con 00/100 (US$20,150.00); 217) Factura número 72064611 de fecha 01/30/07, ascendente a un monto de ochocientos treinta y uno dólares norteamericanos con 00/100 (US$831.00); 218) Factura número 72064612 de fecha 01/30/07, ascendente a un monto de cinco mil quinientos noventa y siete dólares norteamericanos con 71/100 (US$5,597.71); 219) factura número 72064613 de fecha 01/30/07, ascendente a un monto de doscientos veinte uno dólares norteamericanos con 36/100 (US$221.36); 220) Factura número 72064614 de fecha 01/30/07, ascendente a un monto de dos mil ochenta y siete dólares norteamericanos con 52/100 (US$2,087.52); 221) Factura número 72064615 de fecha 01/30/07, ascendente a un monto de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); 222) factura número 72064616 de fecha 01/30/07, ascendente a un monto de cuatrocientos treinta y siete dólares norteamericanos con 40/100 (US$437.40); 223) factura número 72064617 de fecha 01/30/07, ascendente a un monto de siete mil doscientos ochenta y nueve dólares norteamericanos con 49/100 (US$7,289.49); 224) Factura número 72064618 de fecha 01/30/07, ascendente a un monto de mil novecientos cuarenta y uno dólares norteamericanos con 41/100 (US$1,941.41); 224) factura número 72064619 de fecha 01/30/07, ascendente a un monto de mil nueve dólares norteamericanos con 15/100 (US$1,009.15); 225) factura número 72064620 de fecha 01/30/07,

ascendente a un monto de **dos mil cincuenta y nueve dólares norteamericanos con 20/100** (US$2,059.20); 226) factura número 72064621 de fecha 01/30/07, ascendente a un monto de ocho mil doscientos dólares norteamericanos con 92/100 (US$8,200.92); 227) factura número 72064622 de fecha 01/30/07, ascendente a un monto de veinticuatro mil cuarenta y siete dólares norteamericanos con 36/100 (US$24,047.36); 228) factura número 72064623 de fecha 01/30/07, ascendente a un monto de catorce mil quinientos catorce dólares norteamericanos con 36/100 (US$14,514.36); 229) factura número 72064624 de fecha 01/30/07, ascendente a un monto de mil doscientos sesenta dólares norteamericanos con 00/100 (US$1,260.00); 230) factura número 72064625 de fecha 01/30/07, ascendente a un monto de veinte mil setecientos veintiuno dólares norteamericanos con 96/100 (US$20,721.96); 231) factura número 72064626 de fecha 01/30/07, ascendente a un monto de trescientos veinticuatro dólares norteamericanos con 68/100 (US$324.68); 232) factura número 72064627 de fecha 01/30/07, ascendente a un monto de cuatro mil novecientos cincuenta dólares norteamericanos con 95/100 (US$4,950.00); 233) Factura número 72064628 de fecha 01/30/07 ascendente a un monto de siete mil novecientos ochenta y tres dólares norteamericanos con 36/100 (US$7,983.36), 234) factura número 72064629 de fecha 01/30/07 ascendente a un monto de doscientos ochenta y seis dólares norteamericanos con 72/100 (US$286.72), 235) Factura número 72064630 de fecha 01/30/07, ascendente a un monto de dos mil ciento noventa y tres dólares norteamericanos con 56/100 (US$2,193.56), 236)Factura número 72064631 de fecha 01/30/07, ascendente a un monto de quince mil cuatrocientos cuarenta dólares norteamericanos con 07/100 (US$15,440.07); atendido: a que la deuda precedentemente señalada se encuentra ventajosamente vencida; atendido: a que de conformidad con el artículo 1134 del código civil de la República Dominicana, "las convenciones legalmente formadas tienen fuerza de Ley para aquellos que las han hecho, no pueden ser revocadas, sino por su mutuo consentimiento, o por las causas que están autorizadas por la Ley; deben llevarse a ejecución de buena fe"; atendido: a que de conformidad con el artículo 557 (modificado por la Ley número 1471 del 2 de Julio de 1947) y siguientes del código de procedimiento civil dominicano: "todo acreedor puede en virtud de títulos auténticos o bajo firma privada, embargar retentivamente en poder de un tercero, las sumas y efectos pertenecientes a su deudor u oponerse a que se entreguen a este"; atendido: a que los intereses legales son adeudados a partir del día de la demanda en Justicia; atendido: a que mediante este mismo acto, mi requeriente QST Dominicana LLC, trabo embargo retentivo u oposición en contra de mi requerido la Interamericana Apparel Company, para seguridad y obtención del pago de la suma de novecientos treinta y un mil cuatrocientos noventa y seis dólares norteamericanos con 64/100 (US$931,496.64); atendido: a que toda parte que sucumba en Justicia debe ser condenada al pago de las costas. Por tales motivos y por los que serán alegados en su oportunidad, oiga(n) mi(s) requerido(s) la Interamericana Apparel Company, a mi requeriente QST Dominicana LLC, pedir y al tribunal apoderado por sentencia que intervenga fallar: **primero:** que sea declarado a Interamericana Apparel Company, al pago inmediato de la suma de novecientos treinta y un mil cuatrocientos noventa y seis dólares norteamericanos con 64/100 (US$931,496.64), por el concepto indicado anteriormente, **segundo:** que sea condenada Interamericana Apparel Company, al pago de los intereses legales de dicha suma a partir de la demanda en justicia, **tercero:** declarando regular y valido el presente embargo retentivo, por ser justo en cuanto al fondo, y regular en la forma; **cuarto:** en cuanto al fondo, sea declarado que las sumas del tercero embargado se reconozca deudor del requerido, serán pagadas validamente en las manos del requeriente en deducción y hasta la concurrencia del monto de su crédito, en principal y accesorios de derecho; **quinto:** que sea condenado a mi requerido al pago de las costas del procedimiento, ordenando su distracción en

provecho de los licenciados **Marlit Badía, y J. Guillermo Estrella Ramia,** quienes afirman haberlas avanzado en su totalidad; Bajo toda clase de reservas.

Asimismo, mi requeriente **QST Dominicana LLC,** por medio del presente acto, le contradenuncia las diligencias y actuaciones que anteceden, que contienen la denuncia y demanda en validez hecha por **QST Dominicana LLC,** del presente embargo retentivo u oposición, y que por tanto, se dejan satisfechas las formalidades previstas por el artículo 564 del código de procedimiento civil, con advertencia expresa, concluyente y formal, de que ningún pago que efectúe de la proporción legal indisponible, por causa de oposición, podrá ser considerada válida respecto del requeriente.

Bajo toda clase de reservas.

Y para que **Levi Strauss & Co.** y la entidad **Interamericana Apparel Company;** no lo ignore(n), así se lo(s) he notificado y declarado, dejándole(s) en manos de la(s) persona(s) con quien(es) dije haber hablado, copia del presente acto el cual consta de _DOS ( 12 )_ páginas, así como de los documentos que lo encabezan, todo lo cual suman de _____ ( ____ ) páginas, las cuales han sido firmadas, selladas y rubricadas por mi, alguacil que certifica y da fe.

**Costo RD$90,000.00.**



QST0041