UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

BANCO POPULAR DOMINICANO, C. PORA.,

                              Plaintiff and
                              Counter-Claim Defendant,

             -against-

LEVI STRAUSS & Co.,

                              Defendant and
                              Third-Party Plaintiff,

             -against-

INTERAMERICANA APPAREL COMPANY, Inc.;
INTERAMERICANA PRODUCTS INTERNATIONAL,
S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL;
APPAREL MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC.; SOUTHERN TEXTILE
DOMINICANA INC., INDUSTRIA CARTONERA
DOMINICANA, S.A. SMURFIT); THE GRAPHIC
LABEL GROUP DOMINICANA, INC.; AND TAG-IT
PACIFIC, INC.,

                              Third-Party Defendants.
-------------------------------------------------------------------------x

Docket: 07 Civ. 6443
(LTS) (THK)

**RULE 7.1 DISCLOSURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and

Magistrate Judges to evaluate a possible disqualification or recusal, the undersigned attorneys for

Precision Custom Coatings, LLC, appearing for and on behalf of, and as the assignee of Southern

Textile Dominicana, Inc., in the above-captioned action identify and disclose that Precision does

not have a parent corporation, and no publicly held company owns 10 % or more of its stock.

DATED:      New York, New York
               December 21, 2007

SALON MARROW DYCKMAN
NEWMAN & BROUDY LLP

By: _____

    Daniel I. Goldberg (DG 5745)
Attorneys for Third-Party Defendant
PRECISION CUSTOM COATINGS, as the assignee of
SOUTHERN TEXTILE
    DOMINICANA, INC.
292 Madison Avenue
New York, New York 10017
(212) 661-7100 (telephone)
(212) 661-3339 (facsimile)
Email: dgoldberg@salonmarrow.com


TO:    MARY ELLEN SHUTTELWORTH, ESQ.
    HERRICK & FEINSTEIN, LLP
    Attorney for Plaintiff
    Two Park Avenue
    New York, NY 10016

    GREGORY PLOTKO, ESQ.
    COOLEY, GODWARD & KRONISH, LLP
    Attorneys for Defendant/Third-Party Plaintiff
    114 Avenue of the Americas
    New York, NY 10036


    HOWARD F. STRONGIN, ESQ.
    STRONGIN, ROTHMAN & ABRAMS, LLP
    Attorneys for Third-Party Defendant YKK SNAP FASTENERS
    50 Broadway, Suite 2003
    New York, NY 10004

    CHARLES CARANICAS, ESQ.
    VEDDER, PRICE KAUFMAN & KAUFMAN
    Attorneys for Third-Party Defendant QST Dominicana LLC
    1633 Broadway, 47th Floor
    New York, NY 10019