UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO POPULAR DOMINICANO, C. Por A.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>LEVI STRAUSS & CO.,<br><br>    Defendant and Third Party Plaintiff,<br><br>vs.<br><br>INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,<br><br>    Third-Party Defendants. | 07 Civ. 6443 (LTS)(THK)<br><br><u>THIRD PARTY DEFENDANT QST DOMINICANA LLC'S REPLY TO THIRD PARTY DEFENDANT PRECISION CUSTOM COATING, LLC'S CROSS-CLAIM</u> |

Third party defendant QST Dominicana, LLC ("QST"), by its attorneys, Vedder Price, P.C., hereby files its Reply and defenses to the Answer to Third Party Complaint with Cross-claim and Counterclaim ("Answer and Crossclaim") of Precision Custom Coating, LLC (appearing for and on behalf of third party defendant Southern Textile Dominicana, Inc.)("Precision"), and states as follows:

<u>REPLY</u>

1.    Paragraphs 1 through 24 of Precision's Answer and Crossclaim constitute Precision's answer and require no response herein.

1

2. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 25 of the Answer and Crossclaim.

3. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 26 of the Answer and Crossclaim.

4. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 27 of the Answer and Crossclaim.

5. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 28 of the Answer and Crossclaim.

6. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 29 of the Answer and Crossclaim.

7. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 30 of the Answer and Crossclaim.

8. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 31 of the Answer and Crossclaim.

9. QST denies the allegations in (first) paragraph 32 of the Answer and Crossclaim.

10. QST has insufficient knowledge or information to form a belief as to the allegations in (second) paragraph 32 of the Answer and Crossclaim.

11. QST has insufficient knowledge or information to form a belief as to the allegations in (third) paragraph 32 of the Answer and Crossclaim.

NEWYORK/#190191.1

12. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 33 of the Answer and Crossclaim.

13. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 34 of the Answer and Crossclaim.

14. QST has insufficient knowledge or information to form a belief as to the allegations in paragraph 35 of the Answer and Crossclaim.

### FIRST DEFENSE

QST's claim to the stake is superior to the rights of any other party to this lawsuit.

Dated: New York, New York
January 15, 2008

Michael M. Eidelman, Esq.
Randy M. Lending, Esq.
VEDDER PRICE, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Respectfully submitted,

**VEDDER PRICE, P.C.**

By: _____
Charles Caranicas (CC 9244)

1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

Attorneys for Third Party Defendant
*QST Dominicana LLC*

3

NEWYORK/#190191.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NEW YORK)

    **CHARLES S. CARANICAS**, being duly sworn, hereby deposes and says as follows:

    1.    I am not a party to this action, am over eighteen years of age, and reside in Brooklyn, New York.

    2.    On January 15, 2008, I caused the within **THIRD PARTY DEFENDANT QST DOMINICANA, LLC's REPLY TO THIRD PARTY DEFENDANT PRECISION CUSTON COATING, LLC's CROSS-CLAIM** to be served on all parties that have appeared in this action by dispatching true copies of same, enclosed in a properly addressed wrapper, for delivery by regular mail, to the following addresses:

NEWYORK/#190354.1

| | |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>Herrick Feinstein, LLP<br>2 Park Avenue<br>New York, New York 10016<br>*Attorneys for Plaintiffs* | Marlit Badia Taveras and<br>J. Guillermo Estrella Ramia<br>Estrella & Tupete<br>Calle 11 No. V-11<br>Jardines Metropolitanos<br>Santiago, Republica Dominicana<br>*Attorneys for*<br>*Southern Textile Dominicana, Inc.* |
| Gregory G. Plotko, Esq.<br>Cooley Godward Kronish, LLP<br>1141 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Defendant Levi Strauss & Co.* | |
| Howard F. Strongin, Esq.<br>Strongin Rothman & Abrams, LLP<br>50 Broadway, Suite 2003<br>New York, New York 10004<br>Attorneys for Third Party Defendant<br>*YKK Snap Fasteners America, Inc.* | Miguel Mauricio Duran, Ediardp Trieba<br>Leyba, Jose Ramon Vegga Battle,<br>Dioris A. Gomez<br>Scotia Bank Building<br>Del Sol Street, No. 56 (at Mella Street)<br>Santiago, Dominican Republic<br>*Attorneys for Interamericana Apparel,*<br>*Inc.* and<br>*Interamericana Products Int'nat'l, S.A.* |
| Daniel I. Goldberg<br>Salon Marrow DyckmanNewman & Broudy, LLP<br>292 Madison Avenue<br>New York, New York 10017<br>*Attorneys for Precision Custom Coatings, Inc.* | |

Sworn to and subscribed before me on
this 15th day of January, 2008

_____
Notary Public

_____
Charles S. Caranicas

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011