SRA FILE # 848-7001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

BANCO POPULAR DOMINICANO, C. POR A.,

                                **Plaintiff and
Counter-Claim Defendant,**

                      -against-

LEVI STRAUSS & CO.,

             **Defendant and Third Party Plaintiff,**

                      -against-

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA LLC;
US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC; SOUTHERN
TEXTILE DOMINICANA INC.; INDUSTRIA
CARTONERA DOMINICANA, S.A. (SMURFIT):
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; AND TAG-IT PACIFIC, INC.,

                      **Third Party Defendants.**

----------------------------------------------------------------X

**Docket #: 07 Civ. 6443
(LTS) (THK)**

**ANSWER TO THIRD-
PARTY DEFENDANT
PRECISION CUSTOM
COATINGS, LLC'S
CROSS-CLAIM**

Third-Party Defendant, YKK SNAP FASTENERS AMERICA, INC. ("YKK"), by its attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, answering the Cross-Claim of Third-Party Defendant's, PRECISION CUSTOM COATINGS, LLC, appearing for, and on behalf of SOUTHERN TEXTILE DOMINICAN, INC. ("PRECISION"), states as follows:

      1. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

2. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "26" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

3. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "27" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

4. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

5. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "29" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

6. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

7. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "31" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

8. Denies each and every allegation contained in paragraph "32" (first) of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

9. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" (second) of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

10. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" (third) of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

11. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "33" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

12. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "34" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

13. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph "35" of the Third-Party Defendant PRECISION'S Amended Answer with Cross-Claim.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

14. YKK'S right to the stake deposited with the Court is superior to that of any party in this action.

**WHEREFORE**, Third-Party Defendant, YKK SNAP FASTENERS AMERICA, INC., requests that a judgment be entered dismissing the cross-claim with prejudice and

for any such further relief that the Court deems just and proper.

Dated:     New York, New York
             January 17, 2008

                                     Yours, etc.

                                     STRONGIN ROTHMAN & ABRAMS, LLP

                                     JILL S. TAYLOR, ESQ. (JT4731)
                                     Attorneys for Third-Party Defendant
                                     YKK SNAP FASTENERS AMERICA, INC.
                                     50 Broadway, Suite 2003
                                     New York, NY 10004
                                     (212) 931-8300

TO:

DANIEL I. GOLDBERG, ESQ. (DG5745)
SALON MARROW DYCKMAN NEWMAN & BROUDY LLP
292 Madison Avenue
New York, NY 10017
(212) 661-7100
Attorneys for Third-Party Defendant
PRECISION CUSTOM COATINGS, as the assignee of SOUTHERN TEXTILE
DOMINICAN, INC.

CHARLES CARANICAS, ESQ.
VEDDER, PRICE KAUFMAN & KAUFMAN
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Third-Party Defendant
QST DOMINICAN LLC

MARY ELLEN SHUTTLEWORTH, ESQ.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Attorney for Plaintiff
BANCO POPULAR DOMINICANO, C. POR A.

GREGORY PLOTKO, ESQ.
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

STATE OF NEW YORK    )
                     )SS.:
COUNTY OF NEW YORK   )

LYUDMILA TIMOSHENKO, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Middlesex County, New Jersey. That on this 16th day of January, 2008 she served the within **ANSWER TO THIRD-PARTY DEFENDANT PRECISION CUSTOM COATINGS, LLC'S CROSS-CLAIM** upon:

DANIEL I. GOLDBERG, ESQ. (DG5745)
SALON MARROW DYCKMAN NEWMAN
& BROUDY LLP
292 Madison Avenue
New York, NY 10017
(212) 661-7100
Attorneys for Third-Party Defendant
PRECISION CUSTOM COATINGS, as the
assignee of SOUTHERN TEXTILE
DOMINICAN, INC.

MARY ELLEN SHUTTLEWORTH, ESQ.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Attorney for Plaintiff
BANCO POPULAR DOMINICANO, C.
POR A.

CHARLES CARANICAS, ESQ.
VEDDER, PRICE KAUFMAN &
KAUFMAN
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Third-Party Defendant
QST DOMINICAN LLC

GREGORY PLOTKO, ESQ.
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party
Plaintiff
LEVI STRAUSS & CO.

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Federal Express Office within the State of New York, by Overnight Mail.

_____
LYUDMILA TIMOSHENKO

Sworn to before me this
17th day of January, 2008

_____
NOTARY PUBLIC

JILL S. TAYLOR
Notary Public, State of New York
No. 02TA6144183
Qualified in New York County
Commission Expires April 24, 2010