**VedderPrice**

CHARLES CARANICAS
212 407 7712
ccaranicas@vedderprice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 2 2 2008

VEDDER PRICE PC
1633 BROADWAY 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX 212-407-7799
CHICAGO • NEW YORK CITY • WASHINGTON DC • ROSELAND, NJ

January 14, 2008

**BY FACSIMILE (212) 805-0426**



Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re: Banco Popular Dominicano, C. por A. v. Levi Strauss & Co. v.
Interamericana Apparel Co., Inc., et al; 07 CV 6443 (LTS)(THK)

Dear Judge Swain:

We represent third party defendant QST Dominicana, LLC ("QST") in the above-referenced matter. QST has a pending motion to dismiss the action for *forum non conveniens*. Plaintiff has submitted its opposition to our motion and QST's Reply is due to be served on or before January 18, 2008. After discussions with our client and further consideration of the issues, QST has decided to withdraw its pending motion to dismiss for *forum non conveniens*. Accordingly, QST will answer Defendant Levi Strauss & Company's third party complaint in due course.

Respectfully,

Charles Caranicas

cc: Mary Ellen Shuttleworth, Esq. (by fax)
Gregory G. Plotko, Esq. (by fax)
Howard F. Strongin, Esq. (by fax)
Daniel I Goldberg, Esq (by fax)
Miguel Mauricio Duran, Esq (by fax)

The above Mentioned motion having been withdrawn, the Clerk of Court is requested to terminate docket entry no. 36.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
1/18/2008