

Poder Judicial
República Dominicana.

Yo, Angelita Grullón Paulino, Secretaria Titular de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, Certifico y doy fe: Que en los archivos puestos a mi cargo, existe una sentencia que copiada textualmente dice lo siguiente:

**Dios, Patria y Libertad**
**Sentencia Civil No. 1788**
**"En nombre de la República"**

En la ciudad de Santiago de los Caballeros, Municipio y Provincia de Santiago, República Dominicana, al primero (1°) día del mes de octubre del año dos mil siete (2007), años 164 de la Independencia y 144 de la Restauración, de la República.

LA SEGUNDA SALA DE LA CÁMARA CIVIL Y COMERCIAL DEL JUZGADO DE PRIMERA INSTANCIA DEL DISTRITO JUDICIAL DE SANTIAGO, regularmente constituida en el local donde acostumbra celebrar sus audiencias, sito uno de los departamentos de la tercera planta del Palacio de Justicia de esta ciudad, integrada por el Magistrado Juez, Samuel Guzmán Fernández, asistido de la infrascrita Secretaria, ha rendido en atribuciones civiles y en audiencia pública, la Sentencia que sigue:

Con motivo de la demanda en VALIDEZ DE EMBARGO RETENTIVO incoada a requerimiento de QST DOMINICANA LLC, compañía organizada y existente de conformidad con las leyes de los Estados Unidos de América, con asiento y domicilio social ad-hoc en el Caribean Industrial Park, Zona Franca de Matanzas, Santiago de los Caballeros, República Dominicana, entidad debidamente representada por el señor Albert Madera Polanco, dominicano, mayor de edad, soltero, portador de la cédula de identidad y electoral No.002-0127741-5, domiciliado y residente en esta ciudad de Santiago de los Caballeros , quien tiene como abogados constituidos y apoderados especiales a los Licenciados Marlit Badìa Taveras y J. Guillermo Estrella Ramia, en contra de INTERAMERICANA APPAREL COMPANY, quien tiene como abogado y apoderados especiales a los Licenciados Miguel Durán, José Ramón Vega y Eduardo Trueba.

Oída la Lectura del Rol, por el Alguacil de Estrados Abdiel José Álvarez.

Oído a los LICENCIADOS MARLIT BADÌA TAVERAS y RODOLFO COLON por si y por el Licenciado J. GUILLERMO ESTRELLA RAMIA, en representación de la parte demandante, concluir de la manera siguiente:

PRIMERO: Que sea declarado a Interamericana Apparel Company al pago inmediato de la suma de novecientos treinta y un mil cuatrocientos noventa y seis dólares norteamericanos con 64/100 (US$931,496.64), por concepto de facturas adeudadas. SEGUNDO: Que se condenado Interamericana Apparel Company al pago de los intereses legales de dicha suma calculados a partir del día de interpuesta la demanda en justicia. TERCERO: Que sean declarados regulares y válidos los embargos retentivos, trabados mediante actos Nos. 148/2007 de fecha 21 de febrero de 2007 y 155/2007 de fecha 22 de febrero de 2007, ambos actos instrumentados por la ministerial Yira Rivera Raposo, por ser justo en cuanto al fondo, y regular en la forma. CUARTO: En cuanto al fondo, sea declarado que las sumas que los terceros embargados se reconozcan deudores de Interamericana Apparel Company, sean pagadas validamente en manos de Qst Dominicana LLC, en deducción y hasta la concurrencia



Poder Judicial
República Dominicana.

del monto de su crédito, en principal y accesorios de derecho. QUINTO: Que sea condenado a Interamericana Apparel Company al pago de las costas del procedimiento, ordenando su distracción en provecho de los licenciados Marlit Badía, y J. Guillermo Estrella Ramia, quienes afirman haberlas avanzado en su totalidad. SEXTO: Solicita un plazo de 15 días.

Oído al LICENCIADO MIGUEL DURAN por si y por el Licenciado JOSE RAMON VEGA y EDUARDO TRUEBA, concluir: 1° Solicita el aplazamiento de la presente audiencia para la comunicación de documentos en razón de que la demandada debe verificar y cotejar la totalidad de las facturas depositadas por la parte demandante; 2° Que sean sobreseídas las conclusiones de la parte demandante.

Oída a la LICENCIADA MARLIT BADIA en su referida calidad, oponerse a la prórroga de la audiencia.

El juez resuelve: 1° Rechaza las conclusiones de la parte demandada, tendentes a que sea ordenada otra prórroga de la comunicación de documentos, ordenada por sentencia anterior, por esta medida de instrucción haber precluido; 2° Ordena la continuación del conocimiento de la audiencia.

Oído nuevamente al LICENCIADO MIGUEL DURAN, por si y por el Licenciado JOSE RAMON VEGA y EDUARDO TRUEBA, en representación de la parte demandada, concluir de la manera siguiente:

PRIMERO: Que sea rechazada en todas sus partes la demanda interpuesta por Qst Dominicana LLC, en contra de Interamericana Apparel Company, mediante acto No.1558/2007, de la Ministerial Yira Rivera Raposo. SEGUNDO: Que sea rechazada el embargo retentivo contenido en dicha demanda. TERCERO: Que sea condenado al pago de las costas del procedimiento en provecho del abogado concluyente. CUARTO: Que se le otorgue un plazo a fin de depositar escrito motivado de las presentes conclusiones.

**AUTOS VISTOS:**

**RESULTA:** Que con motivo de una instancia dirigida por la parte demandante, este tribunal dictó la ordenanza civil No. 281 de fecha 13 de febrero del año 2007, cuya parte dispositiva dice lo siguiente: **Primero:** Autoriza a Qst Dominicana, LLC, a embargar Conservatoriamente los bienes propiedad de Interamericana Apparel Company, por la suma de Novecientos Treinta y un Mil Cuatrocientos Noventa y Seis dólares con 64/100 (US$931,496.64), que es el monto de la suma adeudada; **Segundo:** Autoriza a Qst Dominicana, LLC, a embargar retentivamente los bienes muebles, que detenten terceras personas propiedad de Interamericana Apparel Company, por la suma de Un Millón Ochocientos Sesenta y Dos Mil Novecientos Noventa y Tres dólares con 28/100 (US$1,862,993.28), que es el duplo de la suma adeudada; **Tercero:** Autoriza a Qst Dominicana, LLC, a inscribir una hipoteca judicial provisional los bienes inmuebles propiedad de Interamericana Apparel Company, por la suma de Novecientos Treinta y un Mil Cuatrocientos Noventa y Seis dólares con 64/100 (US$931,496.64), que es el monto de la suma adeudada; **Cuarto:** Fija en sesenta (60) días el plazo dentro del cual se deberá demandar

en validez y al fondo de las medidas ordenadas por este tribunal; **Quinto:** Declara ejecutoria la presente ordenanza, no obstante cualquier recurso.

**RESULTA:** Que por actos números 148/2007 de fecha 21 de febrero de 2007 y 155/2007 de fecha 22 de febrero del año 2007, ambos instrumentados por la ministerial Yira Rivera Raposo, alguacil Ordinaria de la Segunda Sala Penal e Santiago, actuando a requerimiento de QST DOMINICANA LLC, trabó embargo retentivo en perjuicio de INTERAMERICANA APPAREL COMPANY y entre las manos de LEVI STRAUSS & CO. Y GRUPO M, notificándoles que se que se opone formalmente a que paguen, entreguen o se desapoderen de cualesquiera sumas de dinero, muebles o valores mobiliarios que tengan o tuvieren, deban o debieren, detenten o pudieran detentar en capital e intereses, pertenecientes a cuenta (s) de Interamericana Apparel Company, a cualquier título y por cualquier causa que sea, DECLARANDOLES, que esta oposición es hecha para seguridad, conservación y obtención del pago de la suma de US$931,496.64, monto que asciende actualmente los valores adeudados por Interamericana Apparel Company, a mi requeriente, bajo reservas de los demás derechos, acciones, intereses y gastos de ejecución, cuyo embargo retentivo u oposición es hecho de conformidad con la ley en vigencia y hasta la concurrencia del doble de las causas del mismo, es decir, la suma de US$1,862,993.2.

**RESULTA:** Que por los mismos actos la parte demandante le notificó a la parte demandada, denuncia del embargo retentivo y citación en validez, emplazándolo a comparecer en la octava franca de ley por ante la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, a los fines y medios del acto, que consta en el expediente.

**RESULTA:** Que mediante auto dictado por la Presidencia de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, el cual figura en el expediente, el Juez de esta Sala fue designado para conocer la demanda de que se trata.

**RESULTA:** Que a persecución de la parte demandante, este Tribunal fijó para el día 29 de Marzo del año 2007, a las 9:00 A. M., la audiencia para el conocimiento de la demanda de que se trata, a la cual comparecieron los Licenciados Marlit Badía Taveras y el Licenciado Manuel Espinal en representación de la parte demandante y el Licenciado Yoris Gómez en representación de la parte demandada. La parte demandante solicita una comunicación recíproca de los documentos. La parte demandada no se opone y solicita un plazo de 15 días a partir del vencimiento y además para depositar y tomar comunicaron de los documentos depositados por la parte demandante. **El Tribunal Falla:** 1° Aplaza el conocimiento de la presente audiencia para el día jueves 17-05-07, a las 9: 00 A. M., a fin de ordenar una comunicación recíproca de documentos por secretaría en un plazo de 15 días comunes para depositar y al vencimiento un plazo igual para tomar comunicación de los mismos sin desplazamiento. 2° Reserva las costas y quedan citadas las partes representadas.

**RESULTA:** Que en la audiencia del 17 de mayo del 2007, comparecieron ambas parte representadas por sus respectivos abogados, la parte demandante solicita prórroga de comunicación de documentos con la misma modalidad y plazo. La parte demandada no se opone. **El Tribunal Falla:** 1° Aplaza el conocimiento de la presente audiencia para el día martes 21-06-07, a fin de ordenar una prórroga de la comunicación de documentos ordenada

por sentencia anterior en la misma modalidad y plazo. 2° Reserva las costas y quedan citadas las partes representadas.

**RESULTA:** Que el día de la audiencia, comparecieron ambas partes representadas por sus respectivos abogados, quienes concluyeron a través de sus abogados, en la forma que figura copiada en otra parte de esta sentencia. **El Tribunal Falla:** 1° Concede a la parte demandante un plazo de 15 días para depositar escrito justificativo de las conclusiones y al vencimiento uno igual a la demandada a los mismos fines. 2° Reserva el fallo y las costas para una próxima audiencia.

**RESULTA:** Que en el expediente existen los siguientes documentos depositados: **1)** Factura número 72062783 de fecha 11/02/06, por la suma de ochocientos once dólares norteamericanos con 50/100 (US$811.50); **2)** Factura número 72062784 de fecha 11/02/06, por la suma de cincuenta y dos dólares con 80/100 (US$52.80); **3)** Factura número 72062821 de fecha 11/03/06, por la suma de cuatro mil ochocientos noventa y cuatro dólares norteamericano con 59/100 (US$4,894.59); **4)** Factura número 72062822 de fecha 11/03/06, por la suma de mil ciento un dólares norteamericanos con 10/100 (US$1,101.10); **5)** Factura número 72062823 de fecha 11/03/06, por la suma de cuatro mil cuatrocientos uno dólares norteamericanos con 10/100 (US$4,401.10); **6)** Factura número 72062830 de fecha 11/03/06, por la suma de dos mil ochocientos treinta y siete dólares norteamericanos con 66/100.(US$2,837.66); **7)** Factura número 72062832 de fecha 11/03/06, por la suma de catorce mil trescientos cuarenta dólares norteamericanos con 55/100.(US$14,340.55); **8)** Factura número 72062833 de fecha 11/03/06, por la suma de cuatro mil cuarenta y ocho dólares norteamericanos con 80/100.(US$4,048.80); **9)** Factura número 72062834 de fecha 11/03/06, por la suma de mil seiscientos setenta dólares norteamericanos con 38/100 (US$1,670.38); **10)** Factura número 72062835 de fecha 11/03/06, por la suma de ciento cuarenta y ocho dólares norteamericanos con 00/100.(US$148.00); **11)** Factura número 72062836 de fecha 11/03/06, por la suma de dos mil veinticuatro dólares norteamericanos con 40/100 (US$2,024.40); **12)** Factura número 72062837 de fecha 11/03/06, por la suma de tres mil treinta y seis dólares norteamericanos con 60/100 (US$3,036.60); **13)** Factura número 72062838 de fecha 11/03/06, por la suma de cuatrocientos veinticuatro dólares norteamericanos con 48/100 (US$424.48); **14)** Factura número 72062839 de fecha 11/03/06, por la suma de trescientos tres dólares norteamericanos con 97/100 (US$303.97); **15)** Factura número 72062840 de fecha 11/03/06, por la suma de mil seiscientos ochenta y cuatro dólares norteamericanos con 80/100 (US$1,684.80); **16)** Factura número 72062901 de fecha 11/08/06, por la suma de quince mil setecientos noventa y siete dólares norteamericanos con 25/100 (US$15,797.25); **17)** Factura número 72062902 de fecha 11/08/06, por la suma de cinco mil trescientos ochenta y ocho dólares norteamericanos con 10/100.(US$5,388.10); **18)** Factura número 72062903 de fecha 11/08/06, por la suma de cinco mil quinientos ochenta dólares norteamericanos con 00/100 (US$5,580.00); **19)** Factura número 72062905 de fecha 11/08/06, por la suma de ochenta y dos dólares norteamericanos con 94/100 (US$82.94); **20)** Factura número 72062906 de fecha 11/08/06, por la suma de dos mil cinco dólares norteamericanos con 34/100 (US$2,005.34); **21)** Factura número 72062907 de fecha 11/08/06, por la suma de mil cuatrocientos sesenta y tres dólares norteamericanos con 62/100 (US$1,463.62); **22)** Factura número 72062908 de fecha 11/08/06, por la suma de mil ochocientos sesenta dólares norteamericanos con 00/100.(US$1,860.00); **23)** Factura número 72062909 de fecha 11/08/06, por la suma de quince mil ciento setenta y cinco dólares



Poder Judicial
República Dominicana.

norteamericanos con 44/100 (US$15,175.44); **24)** Factura número 72062910 de fecha 11/08/06, por la suma de doscientos veintidós dólares norteamericanos con 00/100 (US$222.00); **25)** Factura número 72062911 de fecha 11/08/06, por la suma de ciento setenta y cuatro dólares norteamericanos con 24/100 (US$174.24); **26)** Factura número 72062912 de fecha 11/08/06, por la suma de doscientos sesenta y siete dólares norteamericanos con 60/100 (US$267.60); **27)** Factura número 72062913 de fecha 11/08/06, por la suma de dos mil ochocientos trece dólares norteamericanos con 85/100 (US$2,813.85); **28)** Factura número 72062914 de fecha 11/08/06, por la suma de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60); **29)** Factura número 72063011 de fecha 11/10/06, por la suma de dos mil quinientos once dólares norteamericanos con 66/100.(US$2,511.66); **30)** Factura número 72063012 de fecha 11/10/06, por la suma de tres mil ochocientos treinta dólares norteamericanos con 40/100 (US$3,830.40); **31)** Factura número 72063013 de fecha 11/10/06, por la suma de dos mil seiscientos veinticinco dólares norteamericanos con 37/100 (US$2,625.37); **32)** Factura número 72063014 de fecha 11/10/06, por la suma de siete mil doscientos ochenta y siete dólares norteamericanos con 34/100 (US$7,287.34); **33)** Factura número 72063015 de fecha 11/10/06, por la suma de cinco mil quinientos uno dólares norteamericanos con 10/100 (US$5,501.10); **34)** Factura número 72063050 de fecha 13/11/06, por la suma de nueve mil trescientos sesenta y cuatro uno dólares norteamericanos con 32/100 (US$9,364.32); **35)** Factura número 72063051 de fecha 11/13/06, por la suma de novecientos veintitrés dólares norteamericanos con 76/100.(US$923.76); **36)** Factura número 72063052 de fecha 11/13/06, por la suma de trescientos treinta y uno dólares norteamericanos con 80/100 (US$331.80); **37)** Factura número 72063150 de fecha 11/15/06, por la suma de cinco mil cuatrocientos noventa y nueve dólares norteamericanos con 90/100.(US$5,499.90); **38)** Factura número 72063151 de fecha 11/15/06, por la suma de nueve mil cuatrocientos cincuenta dólares norteamericanos con 00/100.(US$9,450.00); **39)** Factura número 72063152 de fecha 11/15/06, por la suma de tres mil ciento diecinueve dólares norteamericanos con 55/100.(US$3,119.55); **40)** Factura número 72063153 de fecha 15/11/06, por la suma de de mil setecientos cuarenta y seis dólares norteamericanos con 21/100 (US$1,746.21) **41)** Factura número 72063154 de fecha 11/15/06, por la suma de ocho mil novecientos noventa dólares norteamericanos con 00/100 (US$8,990.00); **42)** Factura número 72063155 de fecha 11/15/06, por la suma de quince mil ochocientos sesenta y cuatro dólares norteamericanos con 00/100.(US$15,864.00); **43)** Factura número 72063156 de fecha 11/15/06, por la suma de tres mil ciento veinticinco dólares norteamericanos con 54/100 (US$1,125.54); **44)** Factura número 72063157 de fecha 11/15/06, por la suma de seiscientos ochenta y cinco dólares norteamericanos con 71/100 (US$685.71); **45)** Factura número 72063158 de fecha 11/15/06, por la suma de doscientos seis dólares norteamericanos con 00/100 (US$206.00) **46)** Factura número 72063219 de fecha 11/17/06, por la suma de mil un dólares norteamericanos con 25/100 (US$1,001.25); **47)** Factura número 72063220 de fecha 11/17/06, por la suma de mil cuatrocientos setenta dólares norteamericanos con 15/100 (US$1,470.15); **48)** Factura número 72063221 de fecha 11/17/06, por la suma de mil doscientos treinta y tres dólares norteamericanos con 23/100 (US$1,233.23); **49)** Factura número 72063222 de fecha 11/17/06, por la suma de mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00); **50)** Factura número 72063223 de fecha 11/17/06, por la suma de mil ciento sesenta y seis dólares norteamericanos con 40/100 (US$1,166.40); **51)** Factura número 72063224 de fecha 11/17/06, por la suma de cuatro mil ciento noventa y un dólares norteamericanos con 26/100 (US$4,191.26); **52)** Factura número 72063225 de fecha 11/17/06, por la suma de trescientos cuarenta y ocho



Poder Judicial
República Dominicana.

dólares norteamericanos con 48/100 (US$348.48); **53)** Factura número 72063226 de fecha 11/17/06, por la suma de doscientos cinco dólares norteamericanos con 47/100 (US$205.47); **54)** Factura número 72063227 de fecha 11/17/06, por la suma de mil trescientos quince dólares norteamericanos con 86/100 (US$1,315.86); **55)** Factura número 72063228 de fecha 11/17/06, por la suma de dos mil ciento cuarenta y ocho dólares norteamericanos con 12/100 (US$2,148.12); **56)** Factura número 72063229 de fecha 11/17/06, por la suma de trescientos quince dólares norteamericanos con 36/100 (US$315.36); **57)** Factura número 72063234 de fecha 11/17/06, por la suma de dos mil doscientos sesenta y tres dólares norteamericanos con 25/100 (US$2,263.25); **58)** Factura número 72063236 de fecha 11/17/06, por la suma de cinco mil setecientos ochenta y siete dólares norteamericanos con 94/100 (US$5,787.94); **59)** Factura número 72063237 de fecha 11/17/06, por la suma de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **60)** Factura número 72063238 de fecha 11/17/06, por la suma de doscientos sesenta y siete dólares norteamericanos con 04/100 (US$267.04); **61)** Factura número 72063239 de fecha 11/17/06, por la suma de mil novecientos ochenta y siete dólares norteamericanos con 20/100 (US$1,987.20); **62)** Factura número 72063249 de fecha 11/20/06, por la suma de tres mil trescientos dólares norteamericanos con 00/100 (US$3,300.00); **63)** Factura número 72063250 de fecha 11/20/06, por la suma de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100 (US$444.00); **64)** Factura número 72063316 de fecha 11/22/06, por la suma de cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00); **65)** factura número 72063318 de fecha 11/22/06, por la suma de tres mil setecientos veinte dólares norteamericanos con 00/100 (US$3,720.00); **66)** Factura número 72063319 de fecha 11/22/06, por la suma de doce mil ochocientos cuarenta y dos dólares norteamericanos con 00/100 (US$12,842.00); **67)** Factura número 72063320 de fecha 11/22/06, por la suma de dos mil noventa y seis dólares norteamericanos con 64/100 (US$2,096.64); **68)** Factura número 72063321 de fecha 11/22/06, por la suma de mil doscientos cincuenta y tres dólares norteamericanos con 95/100 (US$1,253.95); **69)** Factura número 72063322 de fecha 11/22/06, por la suma de diez mil ochocientos noventa y cuatro dólares norteamericanos con 76/100 (US$10,894.76); **70)** Factura número 72063323 de fecha 11/22/06, por la suma de un monto de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **71)** Factura número 72063324 de fecha 11/22/06, por la suma de dos mil novecientos cuarenta y nueve dólares norteamericanos con 60/100 (US$2,949.60.); **72)** Factura número 72063325 de fecha 11/22/06, por la suma de seis mil treinta y siente dólares norteamericanos con 20/100 (US$6,037.20); **73)** Factura número 72063326 de fecha 11/22/06, por la suma de novecientos veintisiete dólares norteamericanos con 20/100 (US$927.20); **74)** Factura número 72063327 de fecha 11/22/06, por la suma de setecientos treinta y un dólares norteamericanos con 81/100 (US$731.81); **75)** Factura número 72063328 de fecha 11/22/06, por la suma de cuatrocientos ochenta dólares norteamericanos con 80/100 (US$480.80); **76)** Factura número 72063340 de fecha 11/22/06, por la suma de mil seiscientos ochenta y ocho dólares norteamericanos con 31/100 (US$1,688.31); **77)** Factura número 72063444 de fecha 11/24/06, por la suma de cuatro mil ochocientos cincuenta y uno dólares norteamericanos con 71/100 (US$4,851.71); **78)** Factura número 72063445 de fecha 11/24/06, por la suma de dos mil doscientos noventa y ocho dólares norteamericanos con 24/100 (US$2,298.24); **79)** Factura número 72063446 de fecha 11/24/06, por la suma de nueve dólares norteamericanos con 72/100 (US$9.72); **80)** Factura número 72063474 de fecha 11/27/06, por la suma de siete mil trescientos dieciséis dólares norteamericanos con 01/100 (US$7,316.01); **81)** Factura número 72063475 de fecha 11/27/06, por la suma de ocho mil doscientos ochenta y siete dólares norteamericanos con

16/100 (US$8,287.16); **82)** Factura número 72063476 de fecha 11/27/06, por la suma de seiscientos sesenta dólares norteamericanos con 00/100 (US$660.00); **83)** Factura número 72063558 de fecha 11/29/06, por la suma de trescientos dólares norteamericanos con 61/100 (US$300.61); **84)** Factura número 72063559 de fecha 11/29/06, por la suma de mil ochocientos sesenta dólares norteamericanos con 00/100 (US$1,860.00); **85)** Factura número 72063560 de fecha 11/29/06, por la suma de setecientos cincuenta y seis dólares norteamericanos con 86/100 (US$756.86); **86)** Factura número 72063561 de fecha 11/29/06, por la suma de dos mil doscientos cuarenta y tres dólares norteamericanos con 52/100 (US$2,243.52); **87)** Factura número 72063562 de fecha 11/29/06, por la suma de setecientos cincuenta y ocho dólares norteamericanos con 31/100 (US$758.31); **88)** Factura número 72063563 de fecha 11/29/06, por la suma de mil cuatrocientos noventa y siete dólares norteamericanos con 60/100 (US$1,497.60); **89)** Factura número 72063564 de fecha 11/29/06, por la suma de ciento treinta y ocho dólares norteamericanos con 04/100 (US$138.04); **90)** Factura número 72063565 de fecha 11/29/06, por la suma de setecientos dos dólares norteamericanos con 47/100 (US$702.47); **91)** Factura número 72063566 de fecha 11/29/06, por la suma de cuatrocientos ochenta y un dólares norteamericanos con 14/100 (US$481.14); **92)** Factura número 72063635 de fecha 12/01/06, por la suma de dos mil ochocientos ocho dólares norteamericanos con 96/100 (US$2,808.96); **93)** Factura número 72063680 de fecha 12/04/06, por la suma de quinientos cuarenta y cinco dólares norteamericanos con 18/100 (US$545.18); **94)** Factura número 72063681 de fecha 12/04/06, por la suma de trescientos diez dólares norteamericanos con 00/100 (US$310.00); **95)** Factura número 72063711 de fecha 12/05/06, por la suma de cuatro mil cuatrocientos treinta y cinco dólares norteamericanos con 20/100 (US$4,435.20); **96)** Factura número 72063748 de fecha 12/06/06, por la suma de cuatro mil doscientos diez dólares norteamericanos con 50/100 (US$4,210.50); **97)** Factura número 72063749 de fecha 12/06/06, por la suma de cinco mil ochocientos noventa norteamericanos con 00/100 (US$5,890.00); **98)** Factura número 72063750 de fecha 12/06/06, por la suma de mil doscientos setenta dólares norteamericanos con 40/100 (US$1,270.40); **99)** Factura número 72063751 de fecha 12/06/06, por la suma de seiscientos dieciocho dólares norteamericanos con 00/100 (US$618.00); **100)** Factura número 72063752 de fecha 12/06/06, por la suma de dos mil trescientos dólares norteamericanos con 80/100 (US$2,300.80); **101)** Factura número 72063753 de fecha 12/06/06, por la suma de cinco mil trescientos cuarenta y seis dólares norteamericanos con 32/100 (US$5,346.32); **102)** Factura número 72063790 de fecha 12/07/06, por la suma de cuatro mil trescientos cuarenta y cuatro dólares norteamericanos con 60/100 (US$4,344.60); **103)** Factura número 72063845 de fecha 12/08/06, por la suma de dos mil doscientos treinta y dos dólares norteamericanos con 00/100 (US$2,232.00); **104)** Factura número 72063846 de fecha 12/08/06, por la suma de mil doscientos dos dólares norteamericanos con 00/100 (US$1,202.00); **105)** Factura número 72063847 de fecha 12/08/06, por la suma de mil ochocientos sesenta y nueve dólares norteamericanos con 50/100 (US$1,869.50); **106)** Factura número 72063848 de fecha 12/08/06, por la suma de tres mil ciento ochenta y dos dólares norteamericanos con 40/100 (US$3,182.40); **107)** Factura número 72063860 de fecha 12/08/06, por la suma de dieciocho mil quinientos sesenta y ocho dólares norteamericanos con 23/100 (US$18,568.23); **108)** Factura número 72063961 de fecha 12/13/06, por la suma de mil trescientos setenta y un dólares norteamericanos con 69/100 (US$1,371.69); **109)** Factura número 72063962 de fecha 12/13/06, por la suma de cuatro mil doscientos cincuenta y siete dólares norteamericanos con 75/100 (US$4,257.75); **110)** Factura número 72063963 de fecha 12/13/06, por la suma de mil ochocientos cincuenta y cuatro dólares norteamericanos con 00/100 (US$1,854.00); **111)**



Poder Judicial
República Dominicana.

Factura número 72063964 de fecha 12/13/06, por la suma de dos mil cuatrocientos cuatro dólares norteamericanos con 00/100.(US$2,404.00); **112)** Factura número 72063965 de fecha 12/13/06, por la suma de trescientos treinta y cuatro dólares norteamericanos con 20/100 (US$334.20); **113)** Factura número 72064053 de fecha 12/18/06, por la suma de doscientos ochenta y siete norteamericanos con 62/100 (US$287.62); **114)** Factura número 72064054 de fecha 12/18/06, por la suma de cuatrocientos ochenta y nueve dólares norteamericanos con 60/100.(US$489.60); **115)** Factura número 72064055 de fecha 12/18/06, por la suma de dos mil doscientos cincuenta y uno dólares norteamericanos con 08/100.(US$2,251.08); **116)** Factura número 72064076 de fecha 12/19/06, por la suma de mil seiscientos noventa y tres dólares norteamericanos con 44/100 (US$1,693.44); **117)** Factura número 72064135 de fecha 01/11/07, por la suma de seis mil ciento cincuenta y un dólares norteamericanos con 10/100 (US$6.151.10); **118)** Factura número 72064136 de fecha 01/11/07, por la suma de siete mil setecientos cincuenta dólares norteamericanos con 00/100 (US$7,750.00); **119)** Factura número 72064153 de fecha 01/12/07, por la suma de mil seiscientos cincuenta dólares norteamericanos con 00/100 (US$1,650.00); **120)** Factura número 72064158 de fecha 01/12/07, por la suma de cuatro mil doscientos dólares norteamericanos con 00/100 (US$4,200.00); **121)** Factura número 72064159 de fecha 01/12/07, por la suma de doce mil doscientos cuarenta y cuatro dólares norteamericanos con 30/100.(US$12,244.30); **122)** Factura número 72064160 de fecha 01/12/07, por la suma de mil setenta y nueve dólares norteamericanos con 87/100 (US$1,079.87); **123)** Factura número 72064161 de fecha 01/12/07, por la suma de mil ochocientos veintitrés dólares norteamericanos con 27/100 (US$1,823.27); **124)** Factura número 72064162 de fecha 01/12/07, por la suma de cuatro mil seiscientos setenta dólares norteamericanos con 00/100 (US$4,670.00); **125)** Factura número 72064163 de fecha 01/12/07, por la suma de seiscientos cuarenta y siete dólares norteamericanos con 14/100 (US$647.14); **126)** Factura número 72064164 de fecha 01/12/07, por la suma de mil seiscientos sesenta y tres dólares norteamericanos con 20/100 (US$1,663.20); **127)** Factura número 72064165 de fecha 01/12/07, por la suma de mil ciento ochenta y cuatro dólares norteamericanos con 00/100.(US$1,184.00); **128)** Factura número 72064166 de fecha 01/12/07, por la suma de doscientos doce dólares norteamericanos con 22/100.(US$212.22); **129)** Factura número 72064167 de fecha 01/12/07, por la suma de cuatro mil ochocientos setenta y cuatro dólares norteamericanos con 69/100 (US$4,874.69); **130)** Factura número 72064202 de fecha 01/15/07, por la suma de ciento cuarenta y ocho dólares norteamericanos con 00/100 (US$148.00); **131)** Factura número 72064203 de fecha 01/15/07, por la suma de ciento setenta y cuatro dólares norteamericanos con 24/100.(US$174.24); **132)** Factura número 72064204 de fecha 01/15/07, por la suma de mil trescientos cinco dólares norteamericanos con 00/100 (US$1,305.00); **133)** Factura número 72064292 de fecha 01/17/07, por la suma de doce mil trescientos dieciséis dólares norteamericanos con 16/100.(US$12,316.16); **134)** Factura número 72064293 de fecha 01/17/07, por la suma de trescientos cinco dólares norteamericanos con 25/100 (US$305.25); **135)** Factura número 72064294 de fecha 01/17/07, por la suma de doscientos veintidós dólares norteamericanos con 00/100.(US$222.00); **136)** Factura número 72064329 de fecha 01/18/07, por la suma de trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09); **137)** Factura número 72064330 de fecha 01/18/07, por la suma de diez mil novecientos ochenta y dos dólares norteamericanos con 60/100 (US$10,982.60); **138)** Factura número 72064331 de fecha 01/18/07, por la suma de de trescientos ochenta y nueve dólares norteamericanos con 09/100 (US$389.09); **139)** Factura número 72064381 de fecha 01/19/07, por la suma de ocho mil cuatrocientos dólares norteamericanos con 00/100 (US$8,400.00);



Poder Judicial
República Dominicana.

**140)** Factura número 72064382 de fecha 01/19/07, por la suma de mil doscientos diez dólares norteamericanos con 00/100 (US$1,210.00); **141)** Factura número 72064383 de fecha 01/19/07, por la suma de mil ochocientos setenta y dos dólares norteamericanos con 00/100 (US$1,872.00); **142)** Factura número 72064384 de fecha 01/19/07, por la suma de ocho mil quinientos ochenta dólares norteamericanos con 68/100.(US$8,580.68); **143)** Factura número 72064385 de fecha 01/19/07, por la suma de mil cuatrocientos treinta y ocho dólares norteamericanos con 08/100 (US$1,438.08); **144)** Factura número 72064386 de fecha 01/19/07, por la suma de trescientos setenta y ocho dólares norteamericanos con 43/100 (US$378.43); **145)** Factura número 72064387 de fecha 01/19/07, por la suma de veinte seis mil cincuenta dólares norteamericanos con 00/100 (US$26,050.20); **146)** Factura número 72064388 de fecha 01/19/07, por la suma de cuatrocientos sesenta y seis dólares norteamericanos con 56/100 (US$466.56); **147)** Factura número 72064389 de fecha 01/19/07, por la suma de cuatro mil quinientos treinta y dos dólares norteamericanos con 80/100 (US$4,532.80); **148)** Factura número 72064390 de fecha 01/19/07, por la suma de mil cuarenta y tres dólares norteamericanos con 60/100 (US$1,043.60); **149)** Factura número 72064391 de fecha 01/19/07, por la suma de cuatrocientos treinta y cuatro dólares norteamericanos con 16/100.(US$434.16); **150)** Factura número 720643292 de fecha 01/19/07, por la suma de doscientos treinta dólares norteamericanos con 85/100 (US$230.85); **151)** Factura número 720643293 de fecha 01/19/07, por la suma de cinco mil setecientos treinta y ocho dólares norteamericanos con 49/100 (US$5,738.49); **152)** Factura número 72064439 de fecha 01/23/07, por la suma de mil dólares norteamericanos con 51/100.(US$1,000.51); **153)** Factura número 72064440 de fecha 01/23/07, por la suma de mil doscientos veintidós dólares norteamericanos con 85/100 (US$1,222.85); **154)** Factura número 72064467 de fecha 01/24/07, por la suma de once mil cuatrocientos cincuenta y nueve dólares norteamericanos con 52/100.(US$11,459.52); **155)** Factura número 72064468 de fecha 01/24/07, por la suma de ochocientos sesenta y dos dólares norteamericanos con 18/100.(US$862.18); **156)** Factura número 72064469 de fecha 01/24/07, por la suma de setecientos cuarenta y seis dólares norteamericanos con 78/100 (US$746.78); **157)** Factura número 72064470 de fecha 01/24/07, por la suma de mil doscientos veintidós dólares norteamericanos con 37/100 (US$1,222.37); **158)** Factura número 72064471 de fecha 01/24/07, por la suma de sesenta y tres dólares norteamericanos con 07/100.(US$63.07); **159)** Factura número 72064472 de fecha 01/24/07, por la suma de mil cuatrocientos setenta y cuatro dólares norteamericanos con 02/100 (US$1,474.02); **160)** Factura número 72064473 de fecha 01/24/07, por la suma de ochenta y siete dólares norteamericanos con 48/100 (US$87.48); **161)** Factura número 72064474 de fecha 01/24/07, por la suma de de mil ochocientos setenta y dos dólares norteamericanos con 00/100.(US$1,872.00); **162)** Factura número 72064551 de fecha 01/26/07, por la suma de mil cincuenta dólares norteamericanos con 00/100 (US$1,050.00); **163)** Factura número 72064552 de fecha 01/26/07, por la suma de ochocientos dieciséis dólares norteamericanos con 20/100.(US$816.20); **164)** Factura número 72064553 de fecha 01/26/07, por la suma de mil trescientos veinticuatro dólares norteamericanos con 40/100 (US$1,324.40); **165)** Factura número 72064554 de fecha 01/26/07, por la suma de novecientos cincuenta dólares norteamericanos con 47/100.(US$950.47); **166)** Factura número 72064555 de fecha 01/26/07, por la suma de mil novecientos cuatro dólares norteamericanos con 76/100 (US$1,904.76); **167)** Factura número 72064556 de fecha 01/26/07, por la suma de quince mil ciento dos dólares norteamericanos con 40/100.(US$15,102.40); **168)** Factura número 72064557 de fecha 01/26/07, por la suma de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); **169)** Factura



Poder Judicial
República Dominicana.

número 72064558 de fecha 01/26/07, por la suma de ochocientos ochenta y cuatro dólares norteamericanos con 51/100.(US$884.51); **170)** Factura número 72064564 de fecha 01/30/07, por la suma de cuatrocientos cuarenta y cuatro dólares norteamericanos con 00/100 (US$444.00); **171)** Factura número 72064565 de fecha 01/30/07, por la suma de cuarenta mil quinientos noventa dólares norteamericanos con 90/100 (US$40,590.90); **172)** Factura número 72064566 de fecha 01/30/07, por la suma de once mil seiscientos cuarenta y dos dólares norteamericanos con 40/100 (US$11,642.40); **173)** Factura número 72064567 de fecha 01/30/07 ascendente a un monto de siete mil cuatrocientos veintiocho dólares norteamericanos con 10/100 (US$7,428.10); **174)** Factura Número 72064568 de fecha 01/30/07, por la suma de mil cuatrocientos cincuenta dólares norteamericanos con 66/100 (US$1,450.66); **175)** Factura número 72064569 de fecha 01/30/07, por la suma de seiscientos noventa y ocho dólares norteamericanos con 22/100 (US$698.22); **176)** Factura Número 72064570 de fecha 01/30/07, por la suma de cien dólares norteamericanos con 35/100 (US$100.35); **177)** Factura número 72064571 de fecha 01/30/07, por la suma de dos mil cuatrocientos treinta y tres dólares norteamericanos con 60/100 (US$2,433.60); **178)** Factura número 72064572 de fecha 01/30/07, por la suma de de doce mil novecientos dieciséis dólares norteamericanos con 80/100 (US$12,916.80); **179)** Factura número 72064573 de fecha 01/30/07, por la suma de doce mil quinientos sesenta y ocho dólares norteamericanos con 50/100 (US$12,560.50); **180)** Factura número 72064574 de fecha 01/30/07, por la suma de mil trescientos treinta y dos dólares norteamericanos con 00/100 (US$1,332.00), **181)** Factura número 72064575 de fecha 01/30/07, por la suma de diecisiete mil ciento setenta y siete dólares norteamericanos con 54/100 (US$17,177.54); **182)** Factura número 72064576 de fecha 01/30/07, por la suma de mil uno dólares norteamericanos con 25/100 (US$1,001.25); **183)** Factura número 72064577 de fecha 01/30/07, por la suma de veintidós mil veintinueve dólares norteamericanos con 00/100 (US$22,029.00); **184)** Factura número 72064578 de fecha 01/30/07, por la suma de doce mil ochocientos dos dólares norteamericanos con 06/100 (US$12,802.06); **185)** Factura número 72064579 de fecha 01/30/07, por la suma de de cuatro mil ochenta y cinco dólares norteamericanos con 76/100(US$4,085.76); **186)** Factura número 72064580 de fecha 01/30/07, por la suma de setecientos noventa y nueve dólares norteamericanos con 20/100 (US$799.20); **187)** Factura número 72064581 de fecha 01/30/07, por la suma de quinientos ochenta dólares norteamericanos con 32/100 (US$580.32); **188)** Factura número 72064582 de fecha 01/30/07, por la suma de dos mil ciento cuarenta dólares norteamericanos con 96/100 (US$2,140.96); **189)** Factura número 72064583 de fecha 01/30/07, por la suma de dos mil seiscientos treinta y dos dólares norteamericanos con 90/100 (US$2,632.90); **190)** Factura número 72064584 de fecha 01/30/07, por la suma de seiscientos veintiséis dólares norteamericanos con 88/100 (US$626.88); **191)** Factura número 72064585 de fecha 01/30/07, por la suma de mil doscientos cincuenta y ocho dólares norteamericanos con 56/100 (US$1,258.56); **192)** Factura número 72064586 de fecha 01/30/07, por la suma de mil quinientos noventa y tres dólares norteamericanos con 00/100 (US$1,593.00); **193)** Factura número 72064587 de fecha 01/30/07, por la suma de cuatro mil ciento cuarenta y nueve dólares norteamericanos con 32/100 (US$4,149.32); **194)** Factura número 72064588 de fecha 01/30/07, por la suma de mil ochenta y tres dólares norteamericanos con 60/100 (US$1,083.60); **195)** Factura número 72064589 de fecha 01/30/07, por la suma de seis mil setecientos cuarenta y dos dólares norteamericanos con 28/100 (US$6,742.28); **196)** Factura número 72064590 de fecha 01/30/07, por la suma de seiscientos setenta y siete dólares norteamericanos con 42/100 (US$647.42); **197)** Factura número 72064591 de fecha 01/30/07, por la suma de setenta y dos dólares norteamericanos con 89/100 (US$72.89); **198)** Factura



Poder Judicial
República Dominicana.

número 72064592 de fecha 01/30/07, por la suma de por la suma de dos mil ochocientos cuarenta y nueve dólares norteamericanos con 28/100 (US$2,849.28); **199)** Factura número 72064593 de fecha 01/30/07, por la suma de trescientos siete dólares norteamericanos con 92/100 (US$307.92); **200)** Factura número 72064594 de fecha 01/30/07, por la suma de cuatro mil seiscientos treinta y seis dólares norteamericanos con 80/100 (US$4,636.80); **201)** Factura número 72064595 de fecha 01/30/07, por la suma de mil seiscientos treinta y ocho dólares norteamericanos con 34/100 (US$1,638.34); **202)** Factura número 72064596 de fecha 01/30/07, por la suma de mil cuatrocientos setenta y ocho dólares norteamericanos con 02/100 (US$1,478.02); **203)** Factura número 72064597 de fecha 01/30/07, por la suma de cinco mil ciento sesenta y seis dólares norteamericanos con 72/100 (US$5,166.72); **204)** Factura número 72064598 de fecha 01/30/07, por la suma de novecientos treinta y cinco dólares norteamericanos con 34/100 (US$935.34); **205)** Factura número 72064599 de fecha 01/30/07, por la suma de mil seiscientos cincuenta y tres dólares norteamericanos con 79/100 (US$1,653.79); **206)** Factura número 72064600 de fecha 01/30/07, por la suma de dos mil doce dólares norteamericanos con 95/100 (US$2,012.95); **207)** Factura número 72064601 de fecha 01/30/07, por la suma de seis mil trescientos sesenta y tres dólares norteamericanos con 36/100 (US$6,363.36); **208)** Factura número 72064602 de fecha 01/30/07, por la suma de dos mil seiscientos ocho dólares norteamericanos con 20/100 (US$2,608.20); **209)** Factura número 72064603 de fecha 01/30/07, por la suma de seiscientos tres norteamericanos con 51/100 (US$603.51); **210)** Factura número 72064604 de fecha 01/30/07, por la suma de mil doscientos cuarenta y seis dólares norteamericanos con 86/100 (US$1,246.86); **211)** Factura número 72064605 de fecha 01/30/07, por la suma de novecientos cuarenta y dos norteamericanos con 97/100 (US$942.97); **212)** Factura número 72064606 de fecha 01/30/07, por la suma de dieciséis mil ochocientos noventa y siete dólares norteamericanos con 44/100 (US$16,897.44); **213)** Factura número 72064607 de fecha 01/30/07, por la suma de dos mil doscientos siete dólares norteamericanos con 52/100 (US$2,207.52); **214)** Factura número 72064608 de fecha 01/30/07, por la suma de de mil trescientos ochenta y nueve dólares norteamericanos con 60/100 (US$1,389.60); **215)** Factura número 72064609 de fecha 01/30/07, por la suma de once mil ochocientos dieciocho dólares norteamericanos con 17/100 (US$11,818.17); **216)** Factura número 72064610 de fecha 01/30/07, por la suma de veinte mil ciento cincuenta dólares norteamericanos con 00/100 (US$20,150.00); **217)** Factura número 72064611 de fecha 01/30/07, por la suma de ochocientos treinta y uno dólares norteamericanos con 00/100 (US$831.00); **218)** Factura número 72064612 de fecha 01/30/07, por la suma de cinco mil quinientos noventa y siete dólares norteamericanos con 71/100 (US$5,597.71); **219)** Factura número 72064613 de fecha 01/30/07, por la suma de doscientos veinte uno dólares norteamericanos con 36/100 (US$221.36); **220)** Factura número 72064614 de fecha 01/30/07, por la suma de dos mil ochenta y siete dólares norteamericanos con 52/100 (US$2,087.52); **221)** Factura número 72064615 de fecha 01/30/07, por la suma de ciento ochenta y seis dólares norteamericanos con 30/100 (US$186.30); **222)** Factura número 72064616 de fecha 01/30/07, por la suma de cuatrocientos treinta y siete dólares norteamericanos con 40/100 (US$437.40); **223)** Factura número 72064617 de fecha 01/30/07, por la suma de siete mil doscientos ochenta y nueve dólares norteamericanos con 49/100 (US$7,289.49); **224)** Factura número 72064618 de fecha 01/30/07, por la suma de mil novecientos cuarenta y uno dólares norteamericanos con 41/100 (US$1,941.41); **224)** Factura número 72064619 de fecha 01/30/07, por la suma de mil nueve dólares norteamericanos con 15/100 (US$1,009.15); **225)** Factura número 72064620 de fecha 01/30/07, por la suma de dos mil cincuenta y nueve dólares norteamericanos con 20/100 (US$2,059.20); **226)** Factura



Poder Judicial
República Dominicana.

número 72064621 de fecha 01/30/07, por la suma de ocho mil doscientos dólares norteamericanos con 92/100 (US$8,200.92); **227)** Factura número 72064624 de fecha 01/30/07, por la suma de ocho mil doscientos dólares norteamericanos con 62/100 (US$8,200.92); **228)** Factura número 72064623 de fecha 01/30/07, por la suma de catorce mil quinientos catorce dólares norteamericanos con 36/100 (US$14,514.36); **229)** Factura número 72064624 de fecha 01/30/07, por la suma de mil doscientos sesenta dólares norteamericanos con 00/100 (US$1,260.00); **230)** Factura número 72064625 de fecha 01/30/07, por la suma de veinte mil setecientos veintiuno dólares norteamericanos con 96/100 (US$20,721.96); **231)** Factura número 72064626 de fecha 01/30/07, por la suma de trescientos veinticuatro dólares norteamericanos con 68/100 (US$324.68); **232)** Factura número 72064627 de fecha 01/30/07, por la suma de cuatro mil novecientos cincuenta dólares norteamericanos con 95/100 (US$4,950.00); **233)** Factura número 72064628 de fecha 01/30/07, por la suma de siete mil novecientos ochenta y tres dólares norteamericanos con 36/100 (US$7,983.36); **234)** Factura número 72064629 de fecha 01/30/07, por la suma de doscientos ochenta y seis dólares norteamericanos con 72/100 (US$286.72), **235)** Factura número 72064630 de fecha 01/30/07, por la suma de dos mil ciento noventa y tres dólares norteamericanos con 56/100 (US$2,193.56); **236)** Factura número 72064631 de fecha 01/30/07, por la suma de quince mil cuatrocientos cuarenta dólares norteamericanos con 07/100 (US$15,440.07). **237)** Auto No.28, de fecha 1 de marzo del año 2007, dictado por la Segunda Sala de la Cámara Civil y Comercial del Distrito Judicial de Santiago.

**EL JUEZ, DESPUÉS DE HABER ESTUDIADO EL CASO:**

**CONSIDERANDO:** Que en el presente caso, el Tribunal se encuentra apoderado de una DEMANDA EN COBRO DE PESOS Y VALIDEZ DE EMBARGO RETENTIVO, interpuesta por la parte demandante, QST DOMINICANA, LLC, contra la parte demandada, INTERAMERICANA APPAREL COMPANY por la suma de NOVECIENTOS TREINTA Y UN MIL CUATROSCIENTOS NOVENTA Y SEIS DOLARES NORTEAMERICANOS CON 64/100 (US$931,496.64).

**CONSIDERANDO:** Que la parte demandante pretende de la demandada, el pago de la suma ya referida, en virtud de las facturas que constan en autos, debidamente traducidas al castellano, según certificaciones emitida por la Intérprete Judicial, Jethel Ma. Fiallo Pellerano.

**CONSIDERANDO:** Que la parte demandante persigue además que sea declarada la validez del embargo retentivo en la forma y en cuanto al fondo trabado en perjuicio de la demandada y entre las manos de los terceros embargados citados anteriormente, ordenando a estos pagar en manos del demandante, los valores afectados por el referido embargo, hasta la debida concurrencia de su crédito en principal y accesorios de derecho.

**CONSIDERANDO:** Que de su lado, la parte demandada ha solicitado que la demanda de que se trata sea rechazada por improcedente, mal fundada y carente de base legal.

**CONSIDERANDO:** Que según lo prescriben los artículos 1134 y 1135 del Código Civil, las convenciones legalmente formadas tienen fuerza de ley para aquellos que las han hecho; no pueden ser revocadas, sino por mutuo consentimiento, o por causas que están autorizadas por la ley; deben llevarse a ejecución de buena fe; y estas obligan no sólo a lo que se expresa



Poder Judicial
República Dominicana.

en ellas, sino también a todas las consecuencias que la equidad, el uso o la ley dan a la obligación según su naturaleza.

**CONSIDERANDO:** Que es obligación de todo deudor pagar a su acreedor en lugar y plazos convenidos.

**CONSIDERANDO:** Que ciertamente, la parte demandante ha probado ser acreedora de la parte demandada por la suma antes referida, quien de su lado no ha probado el pago ni hecho alguno que implique su liberación, por lo que procede reconocer judicialmente el crédito a favor de la parte demandante.

**CONSIDERANDO:** Que procede condenar a la parte demandada al pago de un interés de un uno por ciento (1%) mensual, a partir de la fecha de la demanda, a título de indemnización suplementaria.

**CONSIDERANDO:** Que en el presente caso, la parte demandante ha trabado embargo retentivo, en virtud de la Ordenanza Civil No. 281 de fecha 13 de febrero del año 2007 en perjuicio de la parte demandada y entre las manos de los terceros embargados.

**CONSIDERANDO:** Que a la parte embargada le fue notificada el acta del embargo y la demanda en validez, y esta última fue contra denunciada a los terceros embargados, en los plazos legales, establecidos en los artículos 563 y 564 del Código de Procedimiento Civil Dominicano, por lo que procede declarar regular y válido en cuanto a la forma y el fondo, el embargo retentivo, practicado por el demandante y ordenar a los terceros embargados, pagar en manos del embargante los valores afectados por el referido embargo hasta el monto del crédito en principal y accesorios de derecho.

**CONSIDERANDO:** Que toda parte que sucumbe en Justicia debe ser condenada al pago de las costas del proceso, con distracción de las mismas en provecho de los Abogados que afirman estarlas avanzando en su mayor parte.

POR TALES MOTIVOS, Y VISTOS los artículos 1315, del Código Civil; 130, 133, 141, 146, 149, 557, 561, 563 y 564, del Código de Procedimiento Civil; LA SEGUNDA SALA DE LA CÁMARA CIVIL Y COMERCIAL DEL JUZGADO DE PRIMERA INSTANCIA DEL DISTRITO JUDICIAL DE SANTIAGO, administrando Justicia en nombre de la República y por autoridad de la Ley, y en mérito de los artículos citados, **FALLA: PRIMERO:** Condena a la parte demandada INTERAMERICANA APPAREL COMPANY, a pagar la suma de NOVECIENTOS TREINTA Y UN MIL CUATROSCIENTOS NOVENTA Y SEIS DOLARES NORTEAMERICANOS CON 64/100 (US$931,496.64) a favor de QST DOMINICANA LLC, parte demandante. **SEGUNDO:** Condena a la parte demandada al pago de un interés mensual de un uno por ciento (1%), a partir de la fecha de la demanda, a título de indemnización suplementaria. **TERCERO:** Declara regular y válido en cuanto a la forma y en cuanto al fondo, el embargo retentivo trabado mediante actos números 148/2007 del 21 de febrero del 2007 y 155/2007 del 22 de febrero del 2007, de la Ministerial Yira Rivera Raposo, Alguacil Ordinaria de la Segunda Sala de la Cámara Penal del Juzgado de Primera Instancia del Distrito Judicial de Santiago, actuando a requerimiento de QST DOMINICANA LLC, en perjuicio de INTERAMERICANA APPAREL COMPANY y entre las manos de




LEVI STRAUSS & CO. y GRUPO M. **CUARTO:** Ordena a los terceros embargados pagar validamente entre las manos del embargante, las sumas de las que se reconozcan deudora de INTERAMERICA APPAREL COMPANY, hasta el monto del crédito que tiene el embargante contra su deudor, en principal, intereses, costas y demás accesorios de derecho. **QUINTO:** Condena a la parte demandada al pago de las costas del procedimiento, con distracción de las mismas a favor de los Licenciados Marlit Badía y J. Guillermo Estrella Ramia quienes afirman estarlas avanzando en su mayor parte. I por esta nuestra sentencia, así se pronuncia ordena y firma. Firmados. (Samuel Guzmán Fernández, Juez y Angélita Grullón, Secretaria)

Yo, Angelita Grullón Paulino, Secretaria de la Segunda Sala de la Cámara Civil y Comercial del Juzgado de Primera Instancia del Distrito Judicial de Santiago, Certifico: Que la sentencia marcada con el No. 1788 de fecha 1 del mes de octubre del año 2007, es fiel conforme al original registrada bajo el No. 1538 folio 326 del Libro 648 de Actos Judiciales.

Santiago 4 del mes de octubre del año 2007

Angelita Grullón P.
Secretaria