UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BANCO POPULAR DOMINICANO, C. Por A.

    Plaintiff and Counterclaim Defendant,

vs.

LEVI STRAUSS & CO.,

    Defendant and Third Party Plaintiff,

vs.

INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,

    Third-Party Defendants.

07 Civ. 6443 (LTS)(THK)

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK)

    **CHARLES S. CARANICAS**, being duly sworn, hereby deposes and says as follows:

    1.    I am not a party to this action, am over eighteen years of age, and reside in Brooklyn, New York.

    2.    On January 29, 2008, I caused the within **ANSWER DEFENSES AND CROSS CLAIM OF THIRD PARTY DEFENDANT QST DOMINICANA, LLC TO DEFENDANT'S THIRD PARTY COMPLAINT** to be served on all parties that have appeared in this action by dispatching true copies of same, enclosed in a properly addressed wrapper, for delivery by regular mail, to the following addresses:

NEWYORK/#190774.1

| | |
|---|---|
| Mary Ellen Shuttleworth, Esq.<br>Herrick Feinstein, LLP<br>2 Park Avenue<br>New York, New York 10016<br>*Attorneys for Plaintiffs* | Marlit Badia Taveras and<br>J. Guillermo Estrella Ramia<br>Estrella & Tupete<br>Calle 11 No. V-11<br>Jardines Metropolitanos<br>Santiago, Republica Dominicana<br>*Attorneys for*<br>*Southern Textile Dominicana, Inc.* |
| Gregory G. Plotko, Esq.<br>Cooley Godward Kronish, LLP<br>1141 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Defendant Levi Strauss & Co.* | |
| Howard F. Strongin, Esq.<br>Strongin Rothman & Abrams, LLP<br>50 Broadway, Suite 2003<br>New York, New York 10004<br>Attorneys for Third Party Defendant<br>*YKK Snap Fasteners America, Inc.* | Miguel Mauricio Duran, Ediardp Trieba<br>Leyba, Jose Ramon Vegga Battle,<br>Dioris A. Gomez<br>Scotia Bank Building<br>Del Sol Street, No. 56 (at Mella Street)<br>Santiago, Dominican Republic<br>*Attorneys for Interamericana Apparel,*<br>*Inc.* and<br>*Interamericana Products Int'nat'l, S.A.* |
| Daniel I. Goldberg<br>Salon Marrow DyckmanNewman & Broudy, LLP<br>292 Madison Avenue<br>New York, New York 10017<br>*Attorneys for Precision Custom Coatings, Inc.* | |

Sworn to and subscribed before me on
this ___ day of January, 2008

_____
Notary Public

NANCY J. NEUBAUER
Notary Public, State of New York
No. 01NE5041602
Qualified in New York County
Commission Expires April 10, 2011

_____
Charles S. Caranicas

NEWYORK/#190774.1