UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANCO POPULAR DOMINICANO, C. Por A.,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　vs.<br><br>LEVI STRAUSS & CO.,<br><br>　　　Defendant and Third Party Plaintiff,<br><br>　vs.<br><br>INTERAMERICANA APPAREL COMPANY, INC.; INTERAMERICANA PRODUCTS INTERNATIONAL, S.A.; QST DOMINICANA LLC; US PAPER & CHEMICAL; APPAREL MACHINERY & SUPPLY CO.; YKK SNAP FASTENERS AMERICA, INC.; SOUTHERN TEXTILE DOMINICANA, INC; INDUSTRIA CARTONERA DOMINICANA, S.A. (Smurfit); THE GRAPHIC LABEL GROUP DOMINICANA, INC.; and TAG-IT PACIFIC, INC.,<br><br>　　　Third-Party Defendants. | 07 Civ. 6443 (LTS)(THK) |

### RULE 7.1 STATEMENT OF THIRD PARTY DEFENDANT
### <u>QST DOMINICANA, LLC</u>

　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for third party defendant QST Dominicana, LLC ("QST") certifies that QST is a limited liability company organized under the laws of the State of Delaware and that QST's parent is QST Industries, Inc. QST has no affiliates and/or subsidiaries which are publicly held, and there are no publicly held corporations that own ten percent (10%) or more of the stock of QST.

Dated: New York, New York　　　　　　　　　　　Respectfully submitted,
　　　　　January 29, 2008

NEWYORK/#191080.1

|  | **VEDDER PRICE P.C.** |
|---|---|
| Michael M. Eidelman, Esq.<br>Randy M. Lending, Esq.<br>VEDDER PRICE, P.C.<br>222 North LaSalle Street<br>Chicago, Illinois  60601<br>(312) 609-7500 | By:   s/Charles Caranicas<br>         Charles Caranicas (CC 9244)<br><br>1633 Broadway, 47th Floor<br>New York, New York  10019<br>(212) 407-7700<br><br>Attorneys for Third Party Defendant<br>*QST Dominicana LLC* |