UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
Banco Popular Dominicano, C. Por A.,    :

        Plaintiff and
        Counter-Claim Defendant,    :

  vs.    :

Levi Strauss & Co.,    :

        Defendant and    :   INDEX No. No. 07 Civ. 6443 (LTS) (THK)
        Third Party Plaintiff,
                              :

  vs.    :

Interamericana Apparel Company, Inc.;    :   **REPLY TO CROSS CLAIM OF THIRD**
Interamericana Products International, S.A.;     **PARTY DEFENDANT QST**
QST Dominicana LLC; US Paper & Chemical;   **DOMINICANA LLC**
Apparel Machinery & Supply Co.; YKK Snap    :
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera    :
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,    :
Inc.,
                              :
        Third Party Defendants.
                              :
---------------------------------------- X

     Pursuant to Rules 8(b) and 12(a) of the Federal Rules of Civil Procedure, Defendant Levi Strauss & Co. ("LS&CO."), by its counsel Cooley Godward Kronish LLP, as and for its reply to the Answer ("Answer"), Defenses ("Defenses") and Cross Claim ("Cross Claim") to Defendant's Third Party Complaint by Third Party Defendant, QST DOMINICANA LLC ("Third Party Defendant") and dated January 29, 2008, states as follows:

1412181 v1/NY

1. LS&CO. avers that no response is required to the allegations contained in paragraphs 1 through 24 of the Answer.

2. LS&CO. avers that no response is required to the allegations contained in the Defenses.

3. LS&CO. is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 4 of the Cross Claim, and on that basis denies each and every such allegation. To the extent those allegations constitute legal conclusions, no response is required.

### FIRST AFFIRMATIVE DEFENSE

The Third Party Defendant fails to state a claim in which relief can be granted.

### FIRST AFFIRMATIVE DEFENSE

LS&CO. is not permitted to remit payment to the Third Party Defendant because LS&CO. received formal payment embargoes under the laws of the Dominican Republic from numerous other creditors of Interamericana and under the laws of the Dominican Republic, LS&CO. is required to hold such funds pending a judicial determination of the relative rights of the creditors that served payment embargoes or may expose itself to liability to other creditors of Interamericana that served payment embargoes upon LS&CO.

### SECOND AFFIRMATIVE DEFENSE

As set forth in LS&CO.'s Answer With Counterclaim And Third Party Complaint In Interpleader dated August 27, 2007, ("Third Party Complaint") pursuant to 28 U.S.C. §1335, LS&CO. is entitled to an interpleader discharge from any liability related to Third Party Defendants' counterclaim as well as an award of reasonable attorney's fees and costs.

WHEREFORE, LS&CO. demands judgment as follows: (i) granting the relief sought in the LS&CO.'s Third Party Complaint; (ii) dismissing Third Party Defendant's counterclaim; and (iii) granting such other and further relief as the Court deems just and equitable.

Dated: February 5, 2008

COOLEY GODWARD KRONISH LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Robert L. Eisenbach III (Cal. Bar No. 124896)

-and-

1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

By: _____
Ronald R. Sussman (RS 0641)
Gregory G. Plotko (GP 9234)

-and-

Levis Strauss & Co.
1155 Battery Street
San Francisco, CA 94111
Tracy M. Preston, Esq. (Cal. Bar No. 154393)

Attorneys for Defendant and Third-Party Plaintiff
Levi Strauss & Co.