SRA FILE # 848-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BANCO POPULAR DOMINICANO, C. POR A.,

                    Plaintiff and
                    Counter-Claim Defendant,

-against-

LEVI STRAUSS & CO.,

                    Defendant and Third Party Plaintiff,

-against-

INTERAMERICANA APPAREL COMPANY, INC.;
INTERAMERICANA PRODUCTS
INTERNATIONAL, S.A.; QST DOMINICANA LLC;
US PAPER & CHEMICAL; APPAREL
MACHINERY & SUPPLY CO.; YKK SNAP
FASTENERS AMERICA, INC; SOUTHERN
TEXTILE DOMINICANA INC.; INDUSTRIA
CARTONERA DOMINICANA, S.A. (SMURFIT):
THE GRAPHIC LABEL GROUP DOMINICANA,
INC.; AND TAG-IT PACIFIC, INC.,

                    Third Party Defendants.
-----------------------------------------------------------------x

Docket #:  07 Civ. 6443
(LTS) (THK)

**ANSWER TO THIRD PARTY DEFENDANT QST DOMINICANA LLC's CROSS-CLAIM**

       Third-Party Defendant, YKK SNAP FASTENERS AMERICA, INC. ("YKK"), by its attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, answering the Cross-Claim of Third-Party Defendant, QST DOMINICANA LLC ("QST") states as follows:

1.     Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "1" of the Cross Claim.

2.  Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "2" of the Cross Claim.

3.  Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "3" of the Cross Claim.

4.  Denies each and every allegation contained in paragraph "4" of the Cross Claim.

### AND AS FOR A FIRST AFFIRMATIVE DEFENSE

1.  YKK's right to the stake deposited with the court is superior to that of any party in this action.

**WHEREFORE,** Third-Party Defendant, YKK SNAP FASTENERS AMERICA, INC., requests that a judgment be entered dismissing the cross-claim with prejudice and for any such further relief that the Court deems just and proper.

Dated: February 6, 2008

        Yours, etc.

        STRONGIN ROTHMAN & ABRAMS, LLP

        _____
        JILL S. TAYLOR, ESQ. (JT4731)
        Attorneys for Third-Party Defendant
        YKK SNAP FASTENERS AMERICA, INC.
        50 Broadway, Suite 2003
        New York, NY 10004
        (212) 931-8300

TO:

DANIEL I. GOLDBERG, ESQ.
SALON MARROW DYCKMAN NEWMAN & BROUDY LLP
292 Madison Avenue
New York, NY 10017
(212) 661-7100
Attorneys for Third-Party Defendant
PRECISION CUSTOM COATINGS, as the assignee of SOUTHERN TEXTILE DOMINICANA, INC.

CHARLES CARANICAS, ESQ.
VEDDER, PRICE KAUFMAN & KAUFMAN
1633 Broadway, 47th Floor
New York, NY 10019
Attorneys for Third-Party Defendant
QST DOMINICAN LLC

MARY ELLEN SHUTTLEWORTH, ESQ.
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Attorney for Plaintiff
BANCO POPULAR DOMINICANO, C. POR A.

GREGORY PLOTKO, ESQ.
COOLEY GODWARD KRONISH LLP
114 Avenue of the Americas
New York, NY 10036
Attorney for Defendant and Third Party Plaintiff
LEVI STRAUSS & CO.

STATE OF NEW YORK      )
                       )SS.:
COUNTY OF NEW YORK     )

LATASHA McINTYRE, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Suffolk County, New York. That on this 6th day of February, 2008 she served the within **ANSWER TO THIRD PARTY DEFENDANT QST DOMINICANA, LLC'S CROSS-CLAIM** upon:

| | |
|---|---|
| DANIEL I. GOLDBERG, ESQ<br>SALON MARROW DYCKMAN NEWMAN<br>& BROUDY LLP<br>292 Madison Avenue<br>New York, NY 10017<br>(212) 661-7100<br>Attorneys for Third-Party Defendant<br>PRECISION CUSTOM COATINGS, as the<br>assignee of SOUTHERN TEXTILE<br>DOMINICAN, INC. | MARY ELLEN SHUTTLEWORTH, ESQ.<br>HERRICK, FEINSTEIN LLP<br>2 Park Avenue<br>New York, NY 10016<br>Attorney for Plaintiff<br>BANCO POPULAR DOMINICANO, C.<br>POR A. |
| CHARLES CARANICAS, ESQ.<br>VEDDER, PRICE KAUFMAN &<br>KAUFMAN<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attorneys for Third-Party Defendant<br>QST DOMINICAN LLC | GREGORY PLOTKO, ESQ.<br>COOLEY GODWARD KRONISH LLP<br>114 Avenue of the Americas<br>New York, NY 10036<br>Attorney for Defendant and Third Party<br>Plaintiff<br>LEVI STRAUSS & CO. |

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
LATASHA McINTYRE

Sworn to before me this
6th day of February, 2008

_____
NOTARY PUBLIC

JILL S. TAYLOR
Notary Public, State of New York
No. 02TA6144183
Qualified in New York County
Commission Expires April 24, 2010