**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

BANCO POPULAR DOMINICANO, C. POR A.,

                 Plaintiff,

        -against-                     07 CIVIL 6443 (LTS) (THK)

LEVI STRAUSS & CO.,

                 Defendant, &
              Third Party Plaintiff
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Howard F. STRONGIN, ESQ._

☑ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _HS 7851_

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _STRONGIN ROTHMAN & ABRAMS, LLP._

    To: _____

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:* _5 Hanover Square, 4th Floor, NY NY 10004_
☑ *Telephone Number:* _(212) 931-8300_
☑ *Fax Number:* _(212) 931-8319_
☑ *E-Mail Address:* _HSTRONGIN@SRALAWFIRM.COM_

Dated: _3/7/08_