COOLEY GODWARD KRONISH LLP
Ronald R. Sussman
Gregory G. Plotko
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

-and-

Robert E. Eisenbach III
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000

*Attorneys for Defendant and* Third *Party Plaintiff, Levi Strauss & Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

| | |
|---|---|
| Banco Popular Dominicano, C. Por A., | : |
| Plaintiff and Counter-Claim Defendant, | : |
| | : |
| vs. | |
| Levi Strauss & Co., | : |
| Defendant and Third Party Plaintiff, | : |
| | : INDEX No. 07 Civ. 6443 (LTS) (THK) |
| vs. | : |
| Interamericana Apparel Company, Inc.; Interamericana Products International, S.A.; QST Dominicana LLC; US Paper & Chemical; Apparel Machinery & Supply Co.; YKK Snap Fasteners America, Inc.; Southern Textile Dominicana, Inc.; Industria Cartonera Dominicana, S.A. (Smurfit); The Graphic Label Group Dominicana, Inc.; and Tag-It Pacific, Inc., | : : : : |
| Third Party Defendants. | : |

----------------------------------------- X

1338892 v5/NY

**CERTIFICATE OF SERVICE**

I, Gregory G. Plotko hereby certify that the Statement Regarding Service of Summons Against United States Chemical Supply, Inc. was served in compliance with the Federal Rules of Civil Procedure by electronic service through the CM/ECF system on March 26, 2008, upon:

Charles Spencer Caranicas     ccaranicas@vedderprice.com

Daniel I. Goldberg     dgoldberg@salonmarrow.com

Mary Ellen Shuttleworth     mshuttleworth@herrick.com, courtnotices@herrick.com

Howard F. Strongin     hstrongin@sralawfirm.com

Jill Suzanne Taylor     jtaylor@sralawfirm.com

and by regular first class mail upon Michael Safranek, Safranek Cohen & Krolian, One Water Street, White Plains, New York  10601.

/s/Gregory G. Plotko
Gregory G. Plotko