UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

| | | |
|---|---|---|
| Banco Popular Dominicano, C. Por A., | : | |
|     Plaintiff and Counter-Claim Defendant, | : : | |
| vs. | : | |
| Levi Strauss & Co., | : | INDEX No. No. 07 Civ. 6443 (LTS) (THK) |
|     Defendant and Third Party Plaintiff, | : : | |
| vs. | : | |
| Interamericana Apparel Company, Inc.; Interamericana Products International, S.A.; QST Dominicana LLC; US Paper & Chemical; Apparel Machinery & Supply Co.; YKK Snap Fasteners America, Inc.; Southern Textile Dominicana, Inc.; Industria Cartonera Dominicana, S.A. (Smurfit); The Graphic Label Group Dominicana, Inc.; and Tag-It Pacific, Inc., | : : : : : : | **CERTIFICATE OF SERVICE** |
|     Third Party Defendants. | | |

------------------------------------------------- X

1457627 v1/NY

## CERTIFICATE OF SERVICE

I, Brian W. Byun, do hereby certify that on July 14, 2008 I caused a true copy of the Clerk's Certificate of Default against US Paper & Chemical and accompanying Affidavit of Facts to be served by first class regular mail upon the following parties:

Charles Spencer Caranicas, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
*Counsel for QST Dominicana, LLC*

Mary Ellen Shuttleworth, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
*Counsel for Banco Popular Dominicano, C. Por A.*

Howard F. Strongin
Strongin Rothman & Abrams, LLP
50 Broadway, Suite 2003
New York, NY 10004
*Counsel for YKK Snap Fasteners America Inc.*

Marlit Badia Taveras and J. Guillermo Estrella Ramia
Estrella & Tupete
Call 11 No. V-11
Jardines Metropolitanos
Santiago, República Dominicana
*Counsel for US Paper and Chemical*
(Via Federal Express)

Yolanda Jimenez, Secretary
U.S. Paper & Chemical
La Cuarta Etapa de la Zona Franca Industrial de Santiago
Santiago, República Dominicana
(Via Federal Express)

Daniel I. Goldberg
Salon Marrow Dyckman Newman & Broudy, LLP
292 Madison Avenue
New York, New York 10017
*Counsel for Precision Custom Coatings, LLC*

_____
Brian W. Byun (BB-3009)