UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

Banco Popular Dominicano, C. Por A.,

        Plaintiff and
        Counter-Claim Defendant,

vs.

Levi Strauss & Co.,

        Defendant and
        Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

        Third Party Defendants.

------------------------------------------- X

**REQUEST FOR DEFAULT**

Index No. 07 Civ. 6443 (LTS) (THK)
Honorable Laura T. Swain

TO:    CLERK OF THE COURT
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following defendant:

U.S. PAPER & CHEMICAL

1458792 v1/NY

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Gregory G. Plotko, Esq.

Dated: July 15, 2008
New York, New York

COOLEY GODWARD KRONISH LLP

By: _____
Gregory G. Plotko (GP 9234)
Ronald R. Sussman (RS 0641)
1114 Avenue of the Americas
New York, NY 10036-7798
(212) 479-6000

Attorneys for Defendant and
Third Party Plaintiff, Levi Strauss & Co.