UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
Banco Popular Dominicano, C. Por A.,

        Plaintiff and
        Counter-Claim Defendant,

vs.

Levi Strauss & Co.,

        Defendant and
        Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

        Third Party Defendants.
-------------------------------------------------- X

INDEX No. 07 Civ. 6443 (LTS) (THK)

**STIPULATION OF DISMISSAL**


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 5 2008

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties who have appeared in the above-captioned action, that the present action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party paying its own attorneys' fees and costs.

Dated: August 19, 2008


RECEIVED
AUG [illegible] 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

HP4228694 v.1 #12878-000 07/29/2008 06:19 PM

| | |
|---|---|
| **HERRICK FEINSTEIN, LLP**<br><br>By: _/s/ signature_<br>JOHN AUGUST<br>MARY ELLEN SHUTTLEWORTH<br>2 Park Avenue<br>New York, NY 10016<br>Tel.: (212) 592-1400<br>Fax: (212) 592-1500<br>jaugust@herrick.com<br>mshuttleworth@herrick.com<br>Attorneys for Interpleader Defendant Banco Popular Dominicana, C Por A | **COOLEY GODWARD KRONISH LLP**<br><br>By:_____<br>ROBERT L. EISENBACH III<br>GREGORY G. PLOTKO<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: (415) 693-2000<br>Fax: (415) 693-2222<br>reisenbach@cooley.com<br>gplotko@cooley.com<br><br>-and-<br><br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Tel.: (212) 479-6000<br>Fax: (212) 479-6275<br>Attorneys for Third Party Plaintiff Levi Strauss & Co. |
| **VEDDER PRICE P.C.**<br><br>By: _/s/ signature_<br>MICHAEL EIDELMAN<br>CHARLES CARANICAS<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Tel: (312) 609-7636<br>Fax: (312) 609-5005<br>meidelman@vedderprice.com<br>ccaranicas@vedderprice.com<br><br>-and-<br><br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Attorneys for Third-Party Defendant<br>QST Dominicana LLC | **STRONGIN ROTHMAN & ABRAMS, LLP**<br><br>By:_____<br>JILL S. TAYLOR<br>5 Hanover Square<br>4th Floor<br>New York, NY 10004<br>Tel: (212) 931-8305<br>Fax: (212) 931-8319<br>jtaylor@sralawfirm.com<br>Attorneys for Third-Party Defendant<br>YKK Snap Fasteners America, Inc. |

| HERRICK FEINSTEIN, LLP | COOLEY GODWARD KRONISH LLP |
|---|---|
| By:_____<br>JOHN AUGUST<br>MARY ELLEN SHUTTLEWORTH<br>2 Park Avenue<br>New York, NY 10016<br>Tel.: (212) 592-1400<br>Fax: (212) 592-1500<br>jaugust@herrick.com<br>mshuttleworth@herrick.com<br>Attorneys for Interpleader Defendant Banco Popular Dominicana, C Por A | By: *[signature]*<br>ROBERT L. EISENBACH III<br>GREGORY G. PLOTKO<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: (415) 693-2000<br>Fax: (415) 693-2222<br>reisenbach@cooley.com<br>gplotko@cooley.com<br><br>-and-<br><br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Tel.: (212) 479-6000<br>Fax: (212) 479-6275<br>Attorneys for Third Party Plaintiff Levi Strauss & Co. |
| **VEDDER PRICE P.C.** | **STRONGIN ROTHMAN & ABRAMS, LLP** |
| By:_____<br>MICHAEL EIDELMAN<br>CHARLES CARANICAS<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Tel: (312) 609-7636<br>Fax: (312) 609-5005<br>meidelman@vedderprice.com<br>ccaranicas@vedderprice.com<br><br>-and-<br><br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Attorneys for Third-Party Defendant<br>QST Dominicana LLC | By:_____<br>JILL S. TAYLOR<br>5 Hanover Square<br>4th Floor<br>New York, NY 10004<br>Tel: (212) 931-8305<br>Fax: (212) 931-8319<br>jtaylor@sralawfirm.com<br>Attorneys for Third-Party Defendant<br>YKK Snap Fasteners America, Inc. |

2

| HERRICK FEINSTEIN, LLP | COOLEY GODWARD KRONISH LLP |
|---|---|
| By:_____<br>JOHN AUGUST<br>MARY ELLEN SHUTTLEWORTH<br>2 Park Avenue<br>New York, NY 10016<br>Tel.: (212) 592-1400<br>Fax: (212) 592-1500<br>jaugust@herrick.com<br>mshuttleworth@herrick.com<br>Attorneys for Interpleader Defendant Banco Popular Dominicana, C Por A | By:_____<br>ROBERT L. EISENBACH III<br>GREGORY G. PLOTKO<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: (415) 693-2000<br>Fax: (415) 693-2222<br>reisenbach@cooley.com<br>gplotko@cooley.com<br><br>-and-<br><br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>Tel.: (212) 479-6000<br>Fax: (212) 479-6275<br>Attorneys for Third Party Plaintiff Levi Strauss & Co. |
| **VEDDER PRICE P.C.** | **STRONGIN ROTHMAN & ABRAMS, LLP** |
| By:_____<br>MICHAEL EIDELMAN<br>CHARLES CARANICAS<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601-1003<br>Tel: (312) 609-7636<br>Fax: (312) 609-5005<br>meidelman@vedderprice.com<br>ccaranicas@vedderprice.com<br><br>-and-<br><br>1633 Broadway, 47th Floor<br>New York, New York 10019<br>Tel: (212) 407-7700<br>Fax: (212) 407-7799<br>Attorneys for Third-Party Defendant<br>QST Dominicana LLC | By:__/s/ Jill S. Taylor__<br>JILL S. TAYLOR<br>5 Hanover Square<br>4th Floor<br>New York, NY 10004<br>Tel: (212) 931-8305<br>Fax: (212) 931-8319<br>jtaylor@sralawfirm.com<br>Attorneys for Third-Party Defendant<br>YKK Snap Fasteners America, Inc. |

2

SALON MARROW DYCKMAN
NEWMAN & BROUDY, LLP

By: /s/ Daniel I. Goldberg
DANIEL I. GOLDBERG
292 Madison Avenue
New York, New York 10017
Tel: (212) 661-7100 X 905
Fax: (212) 661-3339
DGoldberg@salonmarrow.com
Attorneys for Third-Party Defendant
Precision Custom Coatings, LLC, appearing as
assignee and on behalf of Southern Textile
Dominicana, Inc.

SO ORDERED:

_____ 8/22/08
U.S.D.J.