```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

Banco Popular Dominicano, C. Por A.,

    Plaintiff and
    Counter-Claim Defendant,

vs.

Levi Strauss & Co.,

    Defendant and
    Third Party Plaintiff,

vs.

Interamericana Apparel Company, Inc.;
Interamericana Products International, S.A.;
QST Dominicana LLC; US Paper & Chemical;
Apparel Machinery & Supply Co.; YKK Snap
Fasteners America, Inc.; Southern Textile
Dominicana, Inc.; Industria Cartonera
Dominicana, S.A. (Smurfit); The Graphic Label
Group Dominicana, Inc.; and Tag-It Pacific,
Inc.,

    Third Party Defendants.

------------------------------------ X

**ORDER TO RELEASE INTERPLED FUNDS**

INDEX No. 07 Civ. 6443 (LTS) (THK)

    **THIS MATTER** having come before Hon. Theodore H. Katz, U.S.M.J. by the Order of Reference to a Magistrate Judge of Hon. Laura Taylor Swain, U.S.D.J., dated December 6, 2007, and upon an order granting LS&CO. leave to deposit the Receivable into the Court's Registry entered on August 27, 2007, and upon Levi Strauss & Co.'s deposit of $2,325,132.27 into the Court's Registry on August 28, 2007, receipt number 625593 (the "Interpled Funds"), and upon the so-ordering by Judge Laura Taylor Swain on August 26, 2008 of the Global Settlement Stipulation and Mutual Release made by and among plaintiff/counter-claim defendant Banco Popular Dominicana, C Por A., defendant/third-party plaintiff Levi

HF 4224086 v.1 #12878/0001 07/29/2008 06:16 PM

Strauss & Co., and third-party defendants QST Dominicana LLC, YKK Snap Fasteners America, Inc., Southern Textile Dominicana, Inc. and Precision Custom Coatings, LLC appearing as assignee and on behalf of Southern Textile Dominicana, Inc., and for good cause shown;

**IT IS ORDERED**, on this __ day of August, 2008 that the Interpled Funds shall be disbursed by the Clerk of the Court as follows:

1. $92,000.00 to be paid from the Interpled Funds to Levi Strauss & Co. c/o Cooley Godward Kronish LLP, attn: Robert L. Eisenbach III, Esq., 101 California Street, 5th Floor, San Francisco, CA 94111-5800.

2. $99,666.67 to be paid from the Interpled Funds to QST Dominicana LLC c/o Vedder Price P.C., attn: Michael Eidelman, Esq., 222 N. LaSalle Street, Suite 2600, Chicago, IL 60601-1003.

3. $19,666.67 to be paid from the Interpled Funds to Precision Custom Coatings, LLC c/o Salon Marrow Dykman Newman & Broudy, LLP, attn: Daniel Goldberg, Esq., 292 Madison Avenue, New York, New York 10017.

4. $48,666.66, to be paid from the Interpled Funds to YKK Snap Fasteners America, Inc. c/o Strongin Rothman & Abrams, LLP, attn: Jill S. Taylor, Esq., 5 Hanover Square, 4th Floor, New York, NY 10004.

5. The balance, $2,065,132.27, to be paid from the Interpled Funds to Banco Popular Dominicana, C Por A. c/o Herrick, Feinstein LLP, attn: Mary Ellen Shuttleworth, Esq., 2 Park Avenue, New York, NY 10016.

8/21/08

Hon. Theodore H. Katz, U.S.M.J.

HF 4224086 v.1 #12878/0001 07/29/2008 06:16 PM